UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| Changzhou Kaidi Electrical Co., Ltd. and Kaidi, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Okin America, Inc. and Dewert Okin GmbH<br><br>Defendants. | Case No.: 1:13-cv-1798 |

## VERDICT

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after deliberation. Please answer the questions in the order in which they appear.

### INFRINGEMENT

1. Has Okin proven that it is more likely than not that Kaidi has infringed the following claims of Okin's '144 Patent?

| | | YES (For Okin) | NO (For Kaidi) |
|---|---|---|---|
| '144 Patent | Claim 1 | | ✓ |
| | Claim 26 | | ✓ |
| | Claim 27 | | ✓ |
| | Claim 28 | | ✓ |

## INVALIDITY

2.  Has Kaidi proven by clear and convincing evidence that Claim 1 of the '144 Patent is invalid as anticipated by the Takei '104 prior art reference?

|  |  | Yes (For Kaidi) | No (For Okin) |
|---|---|---|---|
| '144 Patent | Claim 1 |  | ✓ |

## DAMAGES

*Answer the following questions only if there is at least one claim of the '144 Patent that is infringed (Question No. 1) and is not invalid (Question No. 2).*

3. What is the total amount of reasonable royalty damages to which Okin is entitled as compensation for Kaidi's infringement of the '144 Patent?

    $ _____

4. What is the royalty rate that was used to determine the reasonable royalty damages in Question No. 3?

    _____ %

Signed this __20TH__ day of __MAY__, 2015.

**SIGNATURE REDACTED**

_____
Jury Foreperson