```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION


CHANGZHOU KAIDI ELECTRICAL          )
COMPANY, LTD., ET AL.,              )
     Plaintiff/Counter-Defendant,  )
     vs.                            ) CIVIL CASE NO. CCB-13-1798
OKIN AMERICA, INC., ET AL.,         )
     Defendant/Counter-Plaintiff.  )
_____     )



                    Monday, May 11, 2015
                      Courtroom 7D
                    Baltimore, Maryland


       BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
                   (AND A JURY)



For the Plaintiff/Counter-Defendant:

Gary M. Hnath, Esquire
Brian A. Rosenthal, Esquire
Michael Lindinger, Esquire

For the Defendant/Counter-Plaintiff:

John T. Johnson, Esquire
Francis J. Gorman, Esquire
Michael Autuoro, Esquire

Also Present:

Shucheng "Leo" Zhou, Corporate Representative, Changzhou Kaidi
Greg Bowen, Corporate Representative, Okin America
Allen Eaton, Trial Technician - Plaintiff/Counter-Defendant
Michael Miller, Trial Technician - Defendant/Counter-Plaintiff
_____


                       Reported by:

                 Douglas J. Zweizig, RDR, CRR
                 Federal Official Court Reporter
                 101 W. Lombard Street, 4th Floor
                   Baltimore, Maryland  21201
```

1          <u>**P R O C E E D I N G S**</u>

2       (Jury voir dire was recorded stenographically and is not

3    transcribed at this time.)

4             <u>A F T E R N O O N   S E S S I O N</u>

5       (Proceedings were heard outside the presence of the jury.)

6       **THE COURT:**  Well, first of all, it's just a little

7    after 2:00 and I had -- it's my fault.  I had not gotten the

8    message to Ms. Moyé that I had wanted to start a little bit

9    before the jury came back, but here we are.  And I think we may

10   still be waiting for one juror, although perhaps they're there

11   by now.

12       So before we go and see if they are all there, let me

13   just see if there's anything else that you need to tell me

14   about regarding the preliminary jury instructions; because,

15   otherwise, that's what I'm going to start with.

16       I looked through the rest of them over lunch in terms

17   of taking out references to obviousness and willfulness and

18   anything other than Claim 1.  So I think I can catch all that

19   as we're going along.

20       We're going to start with the video, and then we'll

21   just give the shortened version that we talked about of the

22   preliminary instructions.

23       So a piece of what's at Page 10 and 11, and then we --

24   I made the other change about putting in Okin's burden by a

25   preponderance of the evidence on Page 13.  So I don't think

1   there were any other -- any other issues or problems on the

2   preliminary instructions?

3          **MR. HNATH:**  Yeah.  Your Honor, I think the only other

4   one was Instruction No. 11, the outline of the trial.

5          **THE COURT:**  Okay.  What page is that?

6          **MR. HNATH:**  Page 23.

7          **THE COURT:**  All right.

8          **MR. HNATH:**  And the third-to-the-last line, "and that

9   the infringement has been and continues to be willful," should

10  be -- should come out.

11         **THE COURT:**  Yes.

12         **MR. HNATH:**  I think we had a minor dispute over

13  whether we used "more likely than not."

14         **THE COURT:**  Right.  I'm using "preponderance of the

15  evidence."

16         **MR. HNATH:**  Okay.  And the only other change is at the

17  end, the last -- and then the last were two and then the

18  sentence at the top of Page 24 --

19         **THE COURT:**  Yes.  I've taken out the "willfulness"

20  part.  And on the next sentence about damages, actually, it

21  seemed to me I needed to add:  "Okin will also present evidence

22  and must prove by a preponderance of the evidence the total

23  amount of damages that it asserts."

24         **MR. HNATH:**  Yes, that's perfect.

25         **THE COURT:**  And then I would move on to Kaidi and just

1    talk about Claim 1, and I would take out "willfulness."

2           **MR. HNATH:**  You're good.  You're right on top of it.

3    You caught it.

4           Thank you, Your Honor.

5           **THE COURT:**  Yes.  I think I got those.  Yes.

6           **MR. AUTUORO:**  Your Honor, one other thing.  I believe

7    we had discussed this last week.  Maybe just a brief mention

8    about the ITC and how this case was initiated as an ITC action

9    against Kaidi.

10          **THE COURT:**  I have no -- did I get a proposed

11   instruction on that?

12          **MR. AUTUORO:**  Yeah.  I believe the parties have not

13   proposed a joint instruction.

14          **THE COURT:**  I don't think I'm --

15          **MR. ROSENTHAL:**  We didn't get one, Your Honor.  I

16   think we can just be fair in our presentation.

17          **THE COURT:**  I think you'll have to try to do that.  I

18   don't think I can add it at this point.

19          **MR. AUTUORO:**  All right.  Thank you, Your Honor.

20          **THE COURT:**  And I'll talk to you again briefly before

21   you actually give the openings, but I do hope we can get moving

22   with them.  I see a lot of equipment here and things and

23   tables, and that's all fine.

24          If I didn't previously mention it -- I assume this

25   won't be an issue for anyone -- you can certainly walk around

1  to an extent while you're doing your openings and to show

2  whatever you want to show here.

3          The only thing that I didn't want anybody to do was go

4  up and lean on the front rail and become best friends with

5  Juror No. 1 or something like that; but other than that, you

6  can move around, so . . .

7          Okay.  And I'll go ahead and bring in the jury.  And I

8  think where we were resolved on the claim of construction, I'm

9  going to read to them at this point.  We're not giving them

10  anything, but I'm going to read to them my claim construction

11  just for "surrounded" and for "guide section."

12      (Jury entered the courtroom at 2:10 p.m.)

13          **THE COURT:**  And if you'd like to swear in the jury.

14          **THE CLERK:**  Members of the jury panel selected in the

15  present case, please stand and raise your right hand.

16      (Jury duly sworn/affirmed.)

17          **THE CLERK:**  Thank you.  You may be seated.

18          Jury is sworn.

19          **THE COURT:**  Thank you.

20          All right.  Ladies and gentlemen, before we move into

21  opening statements and then some evidence, I have some

22  preliminary instructions just about your role as jurors in this

23  case.

24          And actually, the first thing we're going to ask you

25  to do is to watch a short video.  And let me tell you a little

 1   bit about it.  It's about a 17-minute video.  It's going to

 2   provide some background information to help you understand what

 3   patents are and why they're needed and the role of the patent

 4   office and why there might be disputes about patents.

 5        This video was prepared by the Federal Judicial

 6   Center.  It's an educational part of the judiciary, if you

 7   will.  It was not prepared by the parties in this case.

 8   They've agreed that it would be helpful for you to see it to

 9   introduce you to the patent system.

10        Now, is there going to be a sample patent that you

11   want them to look at?

12        **MR. ROSENTHAL:**  Yes, Your Honor.  It's in the

13   notebooks.  If I may, I can distribute the notebooks.

14        **THE COURT:**  Yes, if you would do that.

15        The video refers to a sample patent; not the one at

16   issue in this case, but a sample patent.  And you're going to

17   have a copy of that in this juror notebook so that you can

18   follow along with the video.

19        And does the notebook have other documents in it as

20   well at this point?

21        **MR. ROSENTHAL:**  It has the patent in suit, the sample

22   patent, and some notepaper.

23        **THE COURT:**  And some notepaper.  Okay.

24        So you don't need to look at it right now, just to use

25   it as the video tells you to follow it along.  It's the sample

```
 1    patent and the '144 patent that's at issue in this case.

 2            And additionally, some notepaper.  I think you

 3    probably may have gotten notepaper in your folders as well.

 4    But that's what's in the binder.  And I guess we'll start.

 5        (Video was played but not reported.)

 6            THE COURT:  All right.  Thank you.

 7            All right.  Ladies and gentlemen, with that

 8    background, let me give you some additional information.

 9            I've told you a little bit already about the positions

10    that the parties are taking in this case.  I'll just give you a

11    brief summary.  You'll be hearing from them shortly.

12            The parties have already been -- been introduced, and

13    there are -- there's a group called Okin and a group called

14    Kaidi.

15            The case involves United States Patent No. 5,927,144.

16    That patent is owned by Okin.  We will probably be referring to

17    it just by the last three numbers, the '144 patent.  You don't

18    need to look at it right now.  But that is also in your

19    notebook, as you've been told, I think.

20            But Okin is seeking money damages from Kaidi for

21    allegedly infringing this '144 patent by making, importing

22    into, using, selling, and offering for sale a linear actuator

23    product in the United States that Okin argues is covered by

24    Claims 1, 26, 27, and 28 -- and I'll point them out to you in a

25    minute -- of the '144 patent.  Now, these may be referred to as
```

1  the asserted claims or the claims at issue in this case.

2       The product that Okin accuses of infringement is the

3  Kaidi Model No. KDPT005 actuator.  It may just be referred to

4  as the "005" actuator or the Kaidi 005.

5       Kaidi denies that it has infringed Claims 1, 26, 27,

6  and 28 of this patent.  They also argue that Claim 1 of the

7  '144 patent is invalid.  And I'll be instructing you later as

8  to the way in which a patent might be invalid in general.  A

9  patent is or may be invalid if it is not new in view of the

10 state of the art at the relevant time.

11      So your job is going to be to decide whether or not

12 Claims 1, 26, 27, and 28 of the '144 patent have been infringed

13 and whether or not Claim 1 of that patent is invalid.

14      If you decide that any claim of the '144 patent has

15 been infringed and it is not invalid, you will then need to

16 decide the money damages to be awarded to Okin to compensate it

17 for the infringement.

18      Now, a patent, as has been explained to you in the

19 video, but you might say that it has two basic parts.  There's

20 a written description of the invention, and then there are the

21 patent claims themselves.  The written description, which may

22 include drawings, is often referred to as the specification of

23 the patent.

24      Now, if you want to take a look at your '144 patent,

25 just to begin to become familiar with it, I'll just tell you

1  very briefly, and similar to what you saw on the video, the
2  cover page has identifying information.

3       It has such things as the date that the patent was
4  issued.  It has the patent number.  It has the inventor's name,
5  the filing date.  It also has a list of documents or references
6  that were considered in the Patent and Trademark Office when
7  the patent was applied for as it passed through the Patent
8  Office.

9       Now, the specification begins with what's called an
10  abstract.  You see that right there on the cover page.  It's
11  just a brief statement about the subject matter of this
12  invention.

13       After that abstract, you can see there are various
14  figures, drawing -- 13 numbered figures that are described.
15  After we go past those drawings or figures, they are described
16  in what follows.

17       What you will see when you look at these pages,
18  starting with the specification, you have each page divided
19  into two columns, and those columns are numbered at the top of
20  the page.

21       Also, the lines on each page are numbered so there's
22  some little numbers running down the middle.  You've got
23  Column 1 on the left side, Column 2 on the right side; and the
24  numbers that go down the middle tell you which line in that
25  particular column is being discussed.

1     Now, if you go to the -- and a little -- just go to

2  Column 6 of this patent.  Again, as you saw in the video, at

3  the end you have what are called the claims.  The claims for

4  this patent start at Column 6.  So it says, "I claim," and then

5  there's Number 1.  They continue through into Column 8.

6     You see on Claim 1 -- I'm not going to read the whole

7  thing.  But it begins [reading]:  1, Drive for adjusting parts

8  of seating and reclining furniture.

9     And then it continues with a number of other

10  sentences.  That's the first claim.

11     Now, a claim may be divided into different parts.  The

12  different parts would be called claim limitations.

13     If you go through to the next page, the end, you see

14  the claims continue.  There are a total of 29 going through the

15  end of Column 8.  Not all of these claims are at issue.

16     It's Claim 1 that you saw briefly and Claims 26, 27,

17  and 28.  They're there in Column 8.  Those are the ones that

18  are at issue that are what you're going to hear the dispute

19  about in this case.

20     Now, the -- I guess you can close that up for the

21  moment.

22     The claims, as I've told you, there are infringement

23  issues as to those claims.  There is also an issue as to

24  invalidity as to Claim 1.

25     When you're making your decision about infringement or

```
1    invalidity, you have to consider each asserted claim

2    separately.  It will be on Infringement 1, 26, 27, and 28.  And

3    on -- as far as validity, just Claim 1.  You need to consider

4    them separately.

5         I also will tell you that there are certain words or

6    phrases in these claims where I was asked to determine the

7    meaning of those claims in advance, and I have determined a

8    meaning for them.  There are two in particular that I need to

9    tell you when you get all this, much more detailed writing at

10   the end of the case.

11        But two that I do want you to keep in mind, the word

12   "surrounded" applies in Claim 1.  And I have determined that to

13   mean "completely or nearly completely enclosed."  So

14   "surrounded" is "completely or nearly completely enclosed."

15        And there is also the term "guide section" in Claim 1.

16   And I have determined that "guide section" means "a two-part

17   component that guides a moving part."  So a "guide section" is

18   "a two-part component that guides a moving part."  And you'll

19   hear more about this as the case goes along.

20        If there are claim terms that come up and I have not

21   given you a definition, you should apply the ordinary meaning

22   that one skilled in the art would give that claim term.

23        You're going to be hearing from a number of witnesses

24   with skill in this art.  And if a claim term -- again, if I

25   have not given you a specific instruction, then it would be up
```

1    to you to apply the ordinary meaning that a person skilled in

2    the art would give to that term.

3         The fact that I have interpreted some of the language

4    out of the claims should not be taken as an indication that I

5    have any view regarding the issues of infringement and

6    invalidity that you have to decide.  I don't.  That's entirely

7    up to you.

8         Again, I'm going to be giving you more detailed

9    instructions, both reading them to you and giving them to you

10   in writing, at the end of the case.

11        Now, some more general instructions, or at least

12   instructions that may apply in other cases as well.  You've

13   been asked to consider or you will be asked to consider

14   specific legal standards.  And you heard a reference, I think,

15   in that video to the preponderance of the evidence to start

16   with.

17        So the first issue you're being asked to decide is

18   whether Okin has shown by a preponderance of the evidence that

19   Kaidi infringed the asserted claims, the claims that are at

20   issue in this '144 patent.

21        As I said, infringement is assessed on a

22   claim-by-claim basis.  So there may be infringement as to one

23   claim, but not infringement as to another.

24        There are a few different ways that a patent might be

25   infringed, and I'll explain the requirements in more detail at

1   the end of the case; but in general, Kaidi may infringe the

2   '144 patent by making, using, selling, or offering for sale in

3   the United States or by importing into the United States a

4   product meeting all the requirements of a particular claim of

5   the patent, the one you are considering at the time.

6          Another issue you're going to be asked to decide is

7   whether Claim 1 of the '144 patent is invalid.  A patent claim,

8   again, it may be invalid for a number of reasons, including

9   that it claims subject matter that is not new.

10          For a claim to be invalid because it is not new, Kaidi

11   must show by clear and convincing evidence that all the

12   elements of a claim are present in a single previous printed

13   publication or patent.  That is what's called the prior art

14   that you heard a little bit about in the video.

15          If a claim is not new, it is said to be anticipated,

16   so you may hear that word as well, "anticipated."

17          Now, if you decide that any claim of the '144 patent

18   has been infringed and that it is not invalid, you'll need to

19   decide the money damages to be awarded to Okin to compensate it

20   for the infringement.

21          The damages award may not be less than what Okin would

22   have received if it had been paid a reasonable royalty.  I'll

23   tell you more later about the meaning of a reasonable royalty.

24          Any damages you award are meant to compensate Okin,

25   not to punish Kaidi.  So you may not include in your award, if

1  you give one, any additional amount as a fine or penalty above

2  what is necessary to compensate Okin for the infringement.  You

3  may not be -- again, it is not to punish Kaidi.

4          You'll get more instructions on damages as the case

5  goes along.

6          Generally also, as you may already know, my job and

7  yours are different.  It's my job to instruct you on the law

8  that applies to this case, but it's your job to decide the

9  facts.  And then you have to apply the law as I've given it to

10 you, but you're the only judges of the facts.

11         So if any expression of mine or anything I may or may

12 not do or say during the course of the trial makes you think I

13 have some opinion on the factual matters, you must disregard

14 it.  It's up to you to decide the facts.

15         You're going to have evidence for you to make that

16 decision.  The evidence consists of the sworn testimony of the

17 witnesses.  They'll come in and testify to you under oath,

18 regardless of who called them.

19         Any exhibits that are admitted into evidence,

20 regardless of who offered them.

21         And any facts that have been admitted or stipulated

22 to, if there are stipulations.

23         There are certain things that are not evidence, so

24 questions and statements and arguments by the lawyers are not

25 evidence.  You shouldn't consider them as evidence.

1    If there's any evidence as to which I sustain an

2    objection or I tell you is stricken or I tell you to disregard

3    it, obviously you should disregard it and it is not evidence.

4    And anything you may see or hear outside the

5    courtroom, it's not evidence.  It must be disregarded.

6    When you decide the facts, however, it's up to you to

7    consider not only any evidence to which I refer, if I do

8    throughout the case or later at the end, or not only any

9    evidence that counsel refer to when they argue to you, but any

10   testimony or exhibits that have been admitted in the case that

11   you think is important to your decision, you may consider them.

12   Now -- and as you think about that evidence, you can

13   consider only the evidence that's presented.  You can't guess.

14   You can't speculate about some other facts in this case.

15   On the other hand, when you consider the evidence, you

16   can draw what we call inferences that seem justified in the

17   light of your own experience; in other words, reason and common

18   sense might lead you to draw some conclusions from certain

19   facts that have been established by the evidence in the case.

20   And we expect you to apply your common sense.

21   Another way of looking at the evidence is to say that

22   it can be direct or it can be circumstantial.

23   Direct evidence is something like the testimony of an

24   eyewitness:  A person who's present at an event comes in and

25   tells you what they saw or heard.

1    The other type of evidence is indirect or

2  circumstantial.  It's the proof of a chain of circumstances

3  that point to the existence or nonexistence of certain facts.

4  And I'm going to give you a very simple example of what we're

5  talking about.

6    You came into this courthouse this morning and the sun

7  was shining.  But you were locked up in that little room with

8  no windows, and you couldn't see outside.  But as you're

9  sitting there, somebody else comes in taking off a raincoat and

10  folding up a dripping, wet umbrella.

11    Well, you didn't look outside the courtroom.  You

12  didn't see the rain.  But you saw some other facts from which

13  you might conclude that, in fact, it had been raining.  That's

14  what we mean when we say there is circumstantial evidence.

15    You decide, on the basis of your reason and experience

16  from some established fact, that another fact exists.  And

17  that's an example of it.

18    Circumstantial evidence is of no less value than

19  direct evidence.  It's up to you to consider both kinds that

20  you find persuasive.

21    Regarding your conduct as jurors, as I told you and

22  probably will repeat, we need to ask you not to discuss the

23  facts of the case, the evidence in the case with anyone, or let

24  anyone else talk to you about it until you go out to deliberate

25  on your verdict at the end of the case.

PRELIMINARY INSTRUCTIONS TO THE JURY

1    If anyone -- this is very unlikely.  But if anyone

2  should try to talk to you about the case outside the courtroom,

3  please let me or the courtroom deputy know about it right away.

4  Don't talk to them.  Just let us know about it.

5    I've told you and I will elaborate that you shouldn't

6  read or listen to or do any research or any investigation about

7  this case.

8    So that includes any of the facts, any of the parties

9  that are involved here.  You shouldn't go to dictionaries or

10 reference materials or the Internet or Web sites or blogs or

11 any other electronic means.

12    If there happens to be a newspaper article or a radio

13 or television report about this case, don't read it.  Don't

14 watch it.  Don't let anybody else read it to you.  Again, the

15 reason for this is it's important that you all make a decision

16 based on the evidence that you all hear together in the

17 courtroom.

18    And if it wasn't already clear, that includes don't

19 use your cell phones, tablets, Internet, and other technology

20 tools to try to investigate the case.  Don't talk to your

21 family and friends about it.  Don't go on Facebook.  Don't

22 message.  Don't Tweet, Twitter, any of those things.

23    Very important:  Don't form any opinion until all the

24 evidence is in.  It's important to keep an open mind until you

25 start your deliberations at the end of the case.  You'll hear a

1    piece of the evidence come in; but then later you'll hear

2    another piece of the evidence and it may, you know, make you

3    think a different way.

4         So keep your mind open until all the evidence is in

5    and until you've finished your deliberations.

6         Now, during the case, you are permitted to, if you

7    would like, to take notes; take notes on the testimony or write

8    down an exhibit number or your impressions of a witness,

9    something relating to the proceedings.  That is absolutely

10   fine.

11        You just need to remember that if some of you take

12   notes and others don't, the notes will not control.  It's

13   everybody's individual recollection that's supposed to be

14   considered at the end of the case.

15        And when you -- it's also important to keep in mind

16   that you need to pay attention to the witness and listen and

17   hear what the witness has to say.

18        Your notes, obviously, are not evidence.  They're --

19   obviously, you can't take this down completely verbatim, so

20   you're welcome to take notes.  But just understand that they

21   have a limited purpose, and they will not control when you come

22   to deliberate at the end.

23        I should probably also tell you that although we have

24   a very experienced court reporter here taking everything down,

25   that does not necessarily mean that there will be transcripts

1    for you at the end of the case.  So, again, it's important to

2    pay attention.  Take the notes that you need, but listen to the

3    testimony of all the witnesses.

4         You've already seen me bringing the lawyers up to the

5    bench for conferences up here, a bench conference or sometimes

6    called a sidebar.  That may happen again in the course of the

7    trial.  I apologize.  We're not trying to be annoying, but

8    sometimes there are things that I need to talk about with the

9    lawyers up at the bench.

10        And if we seem to be up here a lot or there's a lot of

11   noise or you're just sitting there, feel free to stand up,

12   stretch.  Just sort of move around a little bit, as long as you

13   don't leave the jury box, if it's a long conference.

14        Okay.  So the trial is going to begin very shortly.

15        Each side has the opportunity to make what's called an

16   opening statement.  It's not evidence.  It's just an

17   opportunity for the lawyers to explain what they think the

18   evidence is going to show, a little bit about how it's going to

19   come in, because evidence doesn't always come in in a perfectly

20   chronological order.

21        I mentioned that there are two standards of proof that

22   you need to apply to the evidence, depending on the issue

23   you're deciding.

24        On some issues, you have to decide whether facts have

25   been proved by a preponderance of the evidence.  I referred to

1    that in terms of Okin proving infringement.

2          A preponderance of the evidence means that the fact

3    that is to be proved is more likely true than not.

4          So the evidence in favor of that fact being true is

5    sufficient to tip the scale, even if slightly, in its favor.

6          On other issues -- and I mentioned Kaidi proving

7    invalidity as to Claim 1, you have to use a higher standard.

8    You have to determine whether the fact has been proved by

9    what's called clear and convincing evidence, that you have been

10   left with a clear conviction that the fact has been proven.

11         Now, I don't honestly recall if any of you had served

12   on criminal juries.  These standards are different from what

13   you may have heard about or even applied yourselves in a

14   criminal jury case where a fact has to be proved beyond a

15   reasonable doubt.

16         On a scale of these various standards of proof, you

17   move from preponderance of the evidence, where the proof has to

18   be -- only has to be sufficient to tip the scale in favor of

19   the party proving the fact to beyond a reasonable doubt where

20   the fact has to be proved to a very high degree of certainty.

21   You may think of clear and convincing evidence as being between

22   these two standards.

23         So after the opening statements, Okin is going to

24   present its evidence in support of its contention that

25   Claims 1, 26, 27, and 28 of the '144 patent have been and

continue to be infringed by Kaidi.

Again, to prove infringement of any claim, Okin must persuade you by a preponderance of the evidence that Kaidi has infringed that claim.

Okin will also present regarding and must prove by a preponderance of the evidence the total amount of damages that it asserts would fairly and adequately compensate Okin for Kaidi's infringement.

Kaidi will then present its evidence that Claim 1 of the '144 patent is invalid. To prove invalidity, Kaidi must persuade you by clear and convincing evidence that the claim is invalid.

Now, in addition to presenting its evidence of invalidity, of course, Kaidi has the opportunity to put on evidence responding to Okin's proof of infringement and responding to Okin's evidence on the total amount of damages.

Then Okin has an opportunity to put on evidence responding to Kaidi's evidence that Claim 1 is invalid and to offer any additional evidence of infringement and damages. That's what we're calling -- we would call rebuttal evidence.

So at that point Okin, its rebuttal evidence can respond to evidence that was offered by Kaidi. And, finally, Kaidi has the chance to put on rebuttal evidence to support its position about invalidity of Claim 1 by responding to any evidence that Okin offered.

1    Now, it is possible that during the presentation of

2    the evidence, the attorneys will have opportunities, they'll be

3    trying to explain what they believe the evidence has shown or

4    what they believe upcoming evidence will show.

5    I may have some comments on that.  If we do, that's --

6    again, attorneys' comments are not evidence.  They would only

7    be to help you understand the evidence.

8    But at the end, once all the evidence is done, the

9    attorneys have the chance to make closing arguments.  I will

10   give you final instructions on the law that applies to the

11   case, so I will likely give you those instructions before the

12   closing arguments.

13   Once you have all of that, you will be asked to decide

14   the case.

15   Again, regarding the schedule, I've told you, in

16   general, the days that we're going to be here.  After today,

17   it's Wednesday, Thursday, Friday, and then as much of Monday,

18   Tuesday, and Wednesday, as much as we need of that next week.

19   We are normally going to begin the day at 9:30 or

20   10:00.  Actually, I believe 9:30 probably tomorrow morning, but

21   I'll tell you that at the end of the day.

22   We will recess for lunch.  It will either -- it will

23   usually be around 1:00.  And then we'll resume again from

24   approximately 2:00 to 5:00.  There are going to be breaks here

25   and there in the morning and the afternoon.

 1     If I seem to have forgotten to give you a break and if

 2  one of you is sitting there uncomfortable and you need it,

 3  please get my attention or Ms. Moyé's attention.  We don't want

 4  anybody to be uncomfortable.  So we'll give you a break if you

 5  need it.

 6     All right.  The only day that I'm likely to go much

 7  past 5:00 -- and I still won't go -- normally would not go

 8  terribly late -- is if you are deliberating.  If you have the

 9  case for deliberations, you might want to be able to stay a

10  little bit longer than 5 o'clock.

11     And, finally, what I will tell you is just that one of

12  the things when you do go out to deliberate that I'll ask you

13  to do is to elect a foreperson.  The foreperson can be any one

14  of you.  I just put you in the box in the order that you were

15  there.

16     The foreperson doesn't get an extra vote.  We just

17  need somebody to sort of preside over your deliberations and be

18  your spokesperson in court.  So I'll ask you to just select

19  someone to do that at the end of the case.

20     All right.  Counsel, regarding those preliminary

21  instructions, anything you need to see me about?  Otherwise,

22  I'll give the jury a short break before we go into openings.

23     **MR. JOHNSON:**  No, Your Honor.

24     **THE COURT:**  No?  Okay.

25     **MR. ROSENTHAL:**  No issues, Your Honor.

1    **THE COURT:**  All right.  Ladies and gentlemen, we're

2 going to take just about between a five- and ten-minute recess

3 just to let everything -- make sure everything is all set up,

4 and then we'll be going into the openings.

5    Let's see.  I believe you'll be hearing from Kaidi and

6 then from Okin.

7    But please step back in the jury room for just a few

8 minutes.

9    (Jury left the courtroom at 2:54 p.m.)

10    **THE COURT:**  So you can sit down.  Just tell me what

11 you have or have not worked out about openings.

12    **MR. ROSENTHAL:**  Your Honor, I think we have resolved

13 everything on Kaidi's opening with one possible exception.

14    There was, I think, an objection to one of the slides

15 in our opening where we were putting up a piece of prior art,

16 and we were also showing a picture at Slide No. 43 in our dec.

17 And we were putting up a picture -- it's up on this monitor as

18 well if that helps.

19    Our expert, Dr. Howard, is going to opine in this case

20 that if the guide is interpreted in such a way that it would

21 read on our spindle cover, the same would be true of the prior

22 art Takei.  And this picture is being used to demonstrate that,

23 that comparison, and there's an objection to that slide.

24    I believe that's the only other issue that remains.

25    The parties did agree, with respect to the issue we

1  raised this morning, we are not going to object to any

2  discussion of the use of the BetaDrive in designing our

3  original design, but they have agreed not to use the word

4  "copy" or "copying."

5          THE COURT:  Good.

6          MR. ROSENTHAL:  We are going to be allowed to talk

7  about what we did with respect to the patent, but we are not

8  going to use the word "design around."

9          THE COURT:  Okay.  Sounds reasonable.

10          MR. ROSENTHAL:  But I think -- I think this is all

11  that remains.

12          THE COURT:  All right.  Do you want to be heard on

13  this slide?

14          MR. AUTUORO:  Yes, Your Honor.

15          THE COURT:  Okay.

16          MR. AUTUORO:  Yeah, just briefly.

17          Our position on this slide is that it's just -- first

18  of all, it's argument.

19          But, second of all, it's an improper comparison.  In

20  order for an invalidity argument to be made, the proper thing

21  to do is to prepare -- compare the prior art to the claims.

22          And by trying to draw an analogy either through this

23  slide from the accused product to the patented product, it's

24  prejudicial, number one.

25          And, number two, it's not the proper lens through

1    which validity of Claim 1 should be viewed.

2         **THE COURT:**  Would their expert not be allowed to

3    testify using this?

4         **MR. AUTUORO:**  Well, what -- this is called a

5    "practicing the prior art" defense.  And we would submit, no,

6    that this sort of testimony to say, "Well, we don't infringe

7    Claim 1, because if we did, then our product would be

8    essentially practicing the prior art and your patent would be

9    invalid," that is something that's been expressly rejected by

10   the Federal Circuit.  I even have a cite for you of a case that

11   rejects this notion of practicing the prior art defense.

12        The way that it should be viewed is that, you know,

13   invalidity and should be viewed with respect to the claims and

14   so should infringement with respect to the claims, not a

15   comparison of one thing against the other.

16        And so specifically, one case is Tate Access Floors,

17   279 F.3d 1357.  It's a Federal Circuit case from 2002,

18   Your Honor.

19        **THE COURT:**  So you would object to that same

20   testimony?

21        **MR. AUTUORO:**  Yes, this comparison -- this line of

22   comparison between the prior art and the accused product.

23        **THE COURT:**  Mr. Rosenthal?

24        **MR. ROSENTHAL:**  Your Honor, we offered to just only

25   show the Takei Figure 3; just forget about the comparison for

1    the slide.  Counsel said they'd have the same objection.

2         So I'm not sure what I can say.  A part of our case --

3    and it's an important part of our case -- is that if "guide" is

4    interpreted in such a way that a cover meets it, then the

5    claims would be interpreted such that it would read on the

6    prior art.

7         That is not a "practicing the prior art" defense,

8    which has been looked at with disfavor.  That is simply saying

9    if the claims are interpreted one way to render infringement

10   possible, that same interpretation must apply to the invalidity

11   analysis.  And under that interpretation, the claims would be

12   invalid.  That is par for the course in patent cases.  That's

13   what always happens.

14        **THE COURT:**  Okay.  Well, I think at this point if we

15   limit it to the Takei Figure 3, I can't imagine that the jury's

16   not going to be allowed to see that.  That's a piece of the

17   prior art, as I understand it, that's fairly important in this

18   case, so let's limit it to that.

19        And if you want to -- I'll take a look at the Tate

20   case, and you can alert me when we get closer to this issue

21   with the actual expert.

22        **MR. AUTUORO:**  The only reason, Your Honor, that we

23   maintain the objection in this slide is that counsel informed

24   me that orally he would be essentially making the same point,

25   that this comparison is a valid comparison, when in reality the

Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter

1   test should be whether or not the accused device meets the

2   limitation of guide in the claims and whether or not what's

3   shown in Takei meets that limitation as well and not whether

4   there's a valid comparison to be drawn between the two.

5              THE COURT:  Okay.  Well, of course, I've told them the

6   openings are not evidence, and they'll have all kinds of

7   instructions at the end of the case.  So I think we'll be fine

8   on that.

9              Anything else?

10             MR. ROSENTHAL:  Your Honor, I think that's it for

11  ours.  I'm assuming that all the other issues that we discussed

12  are, in fact, agreed.

13             MR. AUTUORO:  Well, one other issue we hadn't agreed

14  on is Slide 45.  Counsel had put forward just an image of a

15  train, and I think he was seeking to make an analogy using this

16  image.  Again, we object to that image as improper argument for

17  opening.

18             MR. ROSENTHAL:  I thought we had an agreement that

19  this is in; and I made a bunch of concessions and took a bunch

20  of stuff out, and we said that's a deal.  But I can argue this

21  if you'd like.

22             I'm going to simply analogize the question that the

23  jury is being presented with the question that this picture

24  asks, which is, "What is guiding this train, the platform or

25  the train tracks?"  I'm not making arguments.  I'm asking a

1    question, and this is an analogy that's going to be made by

2    witnesses in this case.

3           THE COURT:  Okay.  That's fine.  You can do it.

4           MR. ROSENTHAL:  Thank you, Your Honor.  I do have some

5    issues with the other side's opening.

6           I think we have -- I think we've resolved almost

7    everything.  Did we resolve the declaration?

8           MR. HNATH:  No.

9           MR. ROSENTHAL:  So I think the only remaining issue is

10   the declaration.  There is a slide, which unfortunately I don't

11   have the number of, but they want to show a declaration of

12   Mr. Yao.

13          Mr. Yao is going to testify in this case.  The

14   declaration talks about why certain components are called

15   Guide Rail A and Guide Rail B.

16          THE COURT:  145?

17          MR. ROSENTHAL:  It's 145.  It's a declaration by a

18   witness who will be testifying in this case.  We have no

19   problem at all, of course, with them saying Mr. Yao will say

20   this.

21          This is, I'm sure, going to be used as impeachment if

22   he says something different, but this is a declaration.  It's

23   not going to be admitted as evidence.  It's hearsay.  It's an

24   out-of-court statement.  We don't see any exception here.

25          MR. AUTUORO:  On this, Your Honor, we thought this

1    would qualify as a hearsay exception, both as a statement

2    against interest and an admission by a party-opponent.   This

3    was a declaration that was submitted in connection with summary

4    judgment briefings in this case on behalf of Kaidi.

5         And so we're just simply trying to point out something

6    that was said on behalf of Kaidi.   We think it would qualify as

7    a hearsay exception and, therefore, be admissible.

8         **THE COURT:**   So is it on the exhibit list as something

9    that's objected to?

10        **MR. ROSENTHAL:**   I believe so, Your Honor.   And we

11   objected on hearsay grounds.

12        **THE COURT:**   If there is a pending objection on hearsay

13   grounds that I have not had a chance to resolve, I think it's

14   probably best if you don't actually show the declaration at

15   this point.   You can obviously say what you expect the

16   testimony is going to be.

17        **MR. AUTUORO:**   Thank you, Your Honor.

18        **MR. ROSENTHAL:**   Thank you, Your Honor.   And I --

19        **THE COURT:**   Anything else?

20        **MR. ROSENTHAL:**   I just want to confirm the other

21   arrangements that we made putting the other things that you

22   said that you would do.

23        You are doing those things --

24        **MR. JOHNSON:**   Yes.

25        **MR. ROSENTHAL:**   -- without compromise?

1          Good.   Then I believe that's it, Your Honor.

2          **THE COURT:**  All right.   Then why don't we just take a

3  five-minute recess for everybody.   And then we can go --

4  understanding that neither side's going more than an hour, we

5  can get through both openings today.

6          I don't think we're going to be getting to witnesses.

7  But we'll get to -- and 9:30 tomorrow morning -- not tomorrow.

8  Sorry -- Wednesday, Wednesday morning?

9          **MR. ROSENTHAL:**  Yes.

10          **MR. JOHNSON:**  Yes, Your Honor.

11          **THE COURT:**  All right.   Let's take five minutes, and

12  then we'll go through both arguments, statements.

13      (A recess was taken.)

14      (Jury entered the courtroom at 3:12 p.m.)

15          **THE COURT:**  Welcome back.   You can all be seated.

16          And I believe I forgot to mention, ladies and

17  gentlemen -- I told you about taking notes.   In terms of asking

18  questions, I think you'll find that the lawyers are going to be

19  quite thorough in asking their questions.

20          But if a question occurs to you that's not being

21  answered, you can write it down on a piece of paper.   Don't

22  discuss it with everybody else, but just write it down on a

23  piece of paper.   Get my attention or Ms. Moyé's attention, and

24  we'll take a look at the question.   I'll talk to counsel.   If

25  it's something that we can answer, we will.

1           So thank you.  Sorry.  I forgot to say that.

2           All right.  We're going to be hearing from Kaidi

3    first, I believe.  Thank you.

4           **MR. HNATH:**  Thank you, Your Honor.

5           And good afternoon, ladies and gentlemen.  My name is

6    Gary Hnath.  I'm with the law firm of Mayer Brown, and our law

7    firm represents the plaintiffs in this case, Changzhou Kaidi

8    Electrical Company and Kaidi, LLC.

9           And, first of all, I wanted to thank you for serving

10   as jurors in this case.  This is a very important case to our

11   clients, and we know your time is very valuable.  And we very

12   much appreciate you spending your time over the next week and a

13   half to hear the case.

14          I'm going to give you just some brief introductions.

15          First of all, let me introduce our legal team.  In

16   addition to me, Mr. Brian Rosenthal, he's one of our attorneys.

17          Bryan Nese you'll be hearing from as well.

18          And Mike Lindinger, also with our law firm.

19          We have Mr. Allen Eaton, who is going to be our

20   "Wizard of Oz."  He's going to be pulling up exhibits and

21   deposition transcripts as we go along.

22          And then I wanted to introduce our client to you,

23   Mr. Rongqing Zhou.

24          Mr. Zhou, if you could rise.

25          Mr. Zhou is the founder and chairman of Changzhou

1    Kaidi.

2          Leo Zhou, Shucheng Zhou, is Mr. Zhou's son.  He's a

3    director of Kaidi.  He will be our corporate representative,

4    sitting at the table with us.

5          And Mr. Butang Yao, who also goes by James, is the

6    vice president of technology of Kaidi.  Okay.

7          So, once again, we look forward to presenting the case

8    to you in the next week and a half.

9          Thank you for your service.

10         And at this time I'm going to turn it over to

11   Mr. Rosenthal, who will give the opening statement on behalf of

12   Kaidi.

13         Thank you.

14         **MR. ROSENTHAL:**  Good afternoon.  As Mr. Hnath said, my

15   name is Brian Rosenthal, and I also represent Kaidi in this

16   case.

17         I want to echo, first, what Mr. Hnath said, and this

18   is on behalf of everyone.  We thank you.  This is a very

19   important case for our client.  It's a very important case for

20   the other side.

21         We know that there's a lot of very important stuff

22   going on outside of this courthouse, and we know in this city

23   there's a lot of very important things going on.  We really

24   appreciate you taking the time.  Your attention is invaluable.

25         This is one of the only countries in the world that

 1   uses this jury system for issues like this.  A lot of countries

 2   will use specialized patent courts, technical-background judges

 3   to deal with patent issues.  This is one of those very few

 4   countries that has a jury decide issues like this.

 5        And the reason is that in this country, we value this

 6   system.  We value a system where decisions about disputes

 7   between people, disputes between countries -- companies are

 8   decided based on common sense, based on judgment, based on

 9   perception of those in our community.  And that's what this

10   jury system is all about.

11        So it's very, very important.  And whatever the

12   outcome is, it's a very important process.  And we thank you

13   for participating in this process.

14        This case is a patent case, as you've heard.  A lot of

15   patent cases are somewhat difficult to understand in terms of

16   technology.  You have patent cases that deal with, you know,

17   what's going on in your smartphone.

18        You can't see it.  You can't feel it.  You can't touch

19   it.  You know there's something going on, and people will argue

20   about what's going on.

21        Some cases have to do with what's in the allergy

22   medications that we take, what chemicals are in there.  We

23   can't see it and feel it.  And it's very, very technical.  Very

24   few people understand it.

25        This is not one of those patent cases.  It's going to

1    be complicated.  There's going to be a lot of technical

2    evidence.  But, thankfully, this is a patent case that has to

3    deal with things that you can see and touch and feel and

4    perceive.

5           And you heard Judge Blake say very aptly:  Use your

6    common sense.  This is a perfect case for that.  We're going to

7    be asking that you look at the evidence and apply your common

8    sense, apply your own perception and your own judgment.

9           I'm not going to be arguing anything to you until the

10   end of this case, but whatever I argue is not evidence.  We

11   want you to look at the evidence and decide for yourself the

12   issues in this case.

13          This particular patent case, as you've heard a lot

14   about today, is about furniture.  And in particular, it's about

15   a motor that is used in power reclining furniture.  So we

16   thought it would be interesting to show you what we're talking

17   about.

18          This is a reclining chair.  We've seen these types of

19   chairs before, at least in showrooms, if not in homes of

20   friends or family.  And there's usually a button on the side of

21   the chair, makes it go up and down (indicating).  Okay?

22          Now, we've modified this chair so we can take off some

23   of the pieces a little bit and show you exactly what's going on

24   underneath.  If we take off these cushions, you'll see what

25   this case is all about.

1          Inside this chair -- it's maybe a little difficult for

2     those in the back to see.  If you need to stand up and take a

3     look, please do.

4          **THE COURT:**  Standing up is fine.  Or, counsel, if you

5     need to move around, that's fine.

6          **MR. ROSENTHAL:**  I'm going to have -- I'm going to have

7     one of these I'm going to hold up in a second, but I just want

8     to show where it is in the chair.

9          Right in here you'll see a motor.  Okay?  That motor

10    is what causes this chair to recline (indicating).

11         See how it's attached to the frame of the chair?

12    Okay?  That motor is what this case is all about.

13         I'm not going to refer to this anymore, so you can

14    feel free to sit down, if you'd like.

15         I'm going to instead pick up in my hand one of those

16    motors.  So this is the motor that is sitting inside of that

17    chair.  And this motor is made by my client, Kaidi.  It's

18    called the 005.  You heard Judge Blake refer to it earlier.

19         And what this motor does is it allows this white

20    slider to go up and down or, in the case of the chair, back and

21    forth in a line.

22         This device is called a linear actuator, the technical

23    name.  You're going to hear a lot about linear actuators in

24    this case.  That's what a linear actuator is.  It's a motor

25    that causes linear motion.  It causes motion in a straight

 1   line, back and forth (indicating).

 2          This is a linear actuator that's accused of

 3   infringement in this case, and it's made by Kaidi.

 4          So on the one hand it's going to be somewhat

 5   technical, but on the other hand it's going to be something at

 6   least that we can see.

 7          And the ultimate issue in this case is going to be --

 8   ah, does this motor infringe Okin's patent?  That's the

 9   question.

10          Now, what I'm going to submit to you is that you will

11   be able to answer that question using your own eyes.  There's

12   going to be a lot of testimony.

13          You're going to hear fact witnesses talk about how

14   they developed this motor.  You're going to hear from both

15   sides talking about their perception of how it does in the

16   marketplace.  You're going to hear expert witnesses with

17   degrees in electrical engineering and mechanical engineering

18   and they're going to perform all kinds of tests, and I'll tell

19   you about those tests in a moment.

20          But at the end of the day, we don't think you need any

21   of that to make this decision, because at the end of the day,

22   this issue is such that you can see it with your own eyes.  You

23   can just see whether this does what their patent requires or

24   not, and you'll be asked to make that decision based on what

25   you perceive.

1          So one of the interesting things about this case is

2   that Kaidi is the plaintiff in this case.  It's a little

3   strange.  Usually the party that has a patent will sue someone

4   and say, "We think that you're using our technology."  That's

5   not exactly how we got here today.

6          We have a timeline that gives you a little sense of

7   what happened here.  We started selling -- Kaidi, my client,

8   started selling this 005 product back in 2012.

9          In April of 2013, Okin sued Kaidi.  They didn't sue

10  Kaidi here.  They sued in a different court.  It's a

11  specialized court.  It's called the International Trade

12  Commission, ITC.

13         And without going into the details of that case, that

14  case was resolved.  But in the meantime, Kaidi filed a lawsuit

15  here in Maryland.  And it filed this lawsuit because it was

16  concerned that Okin had filed this case and it was concerned

17  about what its customers might think about this product.

18         And it wanted to clear the air.  It wanted to make it

19  absolutely clear to everyone in the market:  There is no issue

20  with this drive.  This drive does not use Okin's technology.

21         So they filed this case.  That's why they're the

22  plaintiff.  That's why I'm speaking to you first, because we

23  filed this case to clear the air, to make it very clear what's

24  going on here with this drive.

25         Now, even though we filed this case -- you heard from

 1    the patent video.  You heard from the judge -- Okin still bears

 2    the burden of proof.  Okin is the one that has to prove and

 3    show to you that this drive, this motor, uses their patent.

 4            That's still their burden.  That's why they're going

 5    to go first when it comes to evidence.  They're going to put on

 6    their experts, and then we'll respond to that.  So they have to

 7    prove it to you.  We don't have to prove anything.  They have

 8    to prove that this product infringes their patent.

 9            Now, there's one very important fact that Okin didn't

10    know before this case was filed, but we're going to be

11    demonstrating to you with testimony.  And that is Kaidi learned

12    about this patent a long time before it designed this product,

13    and it made sure that the design that it chose did not use

14    their technology.

15            It actually -- and we're going to show you the

16    evidence that shows that.  They actually found it.  They looked

17    at it.  And they said, We're going to make sure that whatever

18    we do, it's not going to use this technology.

19            They didn't know that when they filed this case.  But

20    we're going to have hard evidence to show you, some of which

21    I'll show you right now, that's going to show that we knew

22    about this patent and we specifically made sure that we're not

23    using this technology.

24            Okay.  Before I get into all of the merits and all of

25    the evidence, I want to first introduce our client, and both

 1    parties, really.

 2          I want to start with my client, Kaidi.  Kaidi is a

 3    Chinese company.  They make all kinds of different motor

 4    products.  I have on the screen, which should be in front of

 5    you, the various types of motors that they make.

 6          They make these linear actuators, which are used in

 7    beds.  They're used in seats, couches.  They make power

 8    supplies for them.  They make machine parts.

 9          One of the things that Kaidi uses to distinguish

10    itself is they make everything in-house.  They don't buy the

11    little pieces, the little screws and nuts and all the little

12    plastic pieces from someone else.

13          They make it all themselves so they can control the

14    quality; they can control the timing; they can control the

15    price.  So they've invested a lot of money to do all that stuff

16    themselves, and they make all those.

17          They make these little handsets that you use to

18    control them (indicating).

19          They make circuit boards for more complicated pieces

20    of furniture.  So they make all of these.

21          And among the things that they make are these linear

22    actuators.

23          Kaidi is located in Changzhou City, just outside of

24    Shanghai.  Just so that we all know what we're talking about

25    here, China is shown up on the screen.  And you see it's on the

```
 1    east coast of China.  It's actually -- it's not that dissimilar

 2    from Baltimore.

 3         It's on the east coast, very similar climate, similar

 4    latitude, a little bit bigger, right up on the water.  They

 5    have universities, a lot of universities there, business.  They

 6    have some shipping because they're right on the water.  It's

 7    very similar to Baltimore.

 8         And it's in that city that Kaidi was founded and

 9    Kaidi's factory is.  This is a picture of Kaidi's factory and

10    some of their state-of-the-art facilities.

11         Kaidi puts a lot of money and resources into its

12    facilities for the following reason:  You're going to hear from

13    those at Kaidi how important quality is, quality assurance.

14    They have more tests than anyone.  They have more quality

15    assurance folks than anyone.  They do a lot of work to make

16    sure that their products are the absolute best; that you can't

17    break them; you can't -- they won't wear down.  Very important

18    to them.

19         In fact, one of the things you'll hear is when they're

20    approaching a new customer, like Ashley or whoever they're

21    trying to sell these motors to, whoever is making these chairs,

22    one of the first things they try to do is bring them out to the

23    factory in China.

24         Next time you're in China, come visit us.  Take a look

25    at our factory.  Look at our facilities.
```

1          They're very proud of those facilities.  And you're

2    going to hear various witnesses talking about those.

3          Now, one of the witnesses you're going to hear from is

4    going to be Chairman Zhou, Rongqing Zhou.  We call him

5    Chairman Zhou.  You're going to hear a lot of people call him

6    Chairman Zhou.  He's the chairman of the company.

7          Okay.  And he's sitting right here.  Mr. Hnath already

8    introduced him.  He founded this company in 1992.  He put his

9    life's savings into this company, and he started with 30 people

10   making motor parts.

11         And over the last 20-plus years, almost 25 years, he's

12   grown this company into a company that has 900 employees, 20 or

13   30 engineers.  It is a very well-respected, very high-quality

14   player in this industry.  And he's built that.  And he's built

15   it with the values that he carried in with him.

16         You're going to hear from not only him, but those that

17   worked with him, how much he values hard work, how much he is

18   principled.  And he makes his decisions, his business decisions

19   based on those principles.

20         Don't take my word for it.  The evidence is going to

21   show you some of those decisions he made that's going to

22   demonstrate what kind of person Chairman Zhou is and what kind

23   of company he runs.

24         He didn't always have this fancy factory.  He started

25   in 1992 in a pretty humble beginning, small buildings, making a

 1    few different products.  And he's grown it really with hard

 2    work and perseverance into what it is today.

 3           You're going to hear from five -- you may hear from

 4    some more -- but it's principally five witnesses from our

 5    company during this trial.

 6           You're going to, of course, in the middle hear from

 7    Chairman Zhou, as I've already talked about.

 8           You're also going to hear from Leo Zhou.

 9           Chairman Zhou would ordinarily be sitting up here at

10    counsel table as what's called the corporate representative.

11    Chairman Zhou doesn't speak any English.  He's going to testify

12    through an interpreter.  Okay?  So we didn't think it was fair

13    really for him to sit here and not have interpretation.

14           We thought that Leo Zhou should sit here.

15           Leo runs the company day to day.  He's the director.

16    He started as an intern several years ago.  He went to school

17    in Canada.  He does speak English fairly well, better than

18    Chairman Zhou, certainly.  He's going to do his best to testify

19    in English.  There might be a couple of points.  But he'll be

20    sitting here the entire trial.

21           You're also -- and he's going to testify about what

22    this case means to this company, and he's going to testify

23    about some of the things that have happened after this case was

24    filed.

25           He's going to testify about how Kaidi markets to its

 1  customers, how it distinguishes itself, why this product has

 2  been so successful and the other products of Kaidi.

 3          You're also going to hear from Mr. Yao, who's in the

 4  audience.

 5          Mr. Yao is the head of technology for Kaidi.  So he's

 6  going to have an important role to tell.  He's going to tell

 7  all about how this product was developed.  He's going to talk

 8  about some of the various earlier products, which I'll talk

 9  about today.  And he's going to talk about how they work.

10  That's really what this case is all about, is how they work.

11          You're going to hear from Mr. Zhu, who's on the top

12  right here.  Mr. Zhu is not going to come to Baltimore.  He's

13  in China.  Most of the top managers of the company are here for

14  this entire trial.  He's not able to be here, but he's still

15  going to testify through his deposition.

16          He testified during a deposition and it was recorded.

17  You're going to hear from him through the words that he gave

18  under oath.  And he's going to testify about the design of some

19  of these products as well.

20          And, finally, you'll hear from Sean McCarthy.  Sean

21  McCarthy is the head of the North American sales organization

22  at Kaidi.  He was their first employee in North America.  He

23  was hired at 24 years old.

24          His job was to introduce this Chinese company to the

25  U.S. market.  For a 24-year-old, that's a challenge.  And he

1    did it the old-fashioned way.  He beat down doors.  He made

2    phone calls.  He attended trade shows, he got meetings, and he

3    built his way into this industry.

4            And he's actually, from 2010, when he started, when

5    Kaidi was an unknown player in this industry, Kaidi is now at

6    the forefront and probably the most or one of the most

7    respected companies in this space.  And that's very much due to

8    Sean McCarthy and what he's done.  He'll testify about how

9    they've grown to that level.

10            I did want to make one note.  This case is very

11    important to Chairman Zhou and to all of the witnesses.  The

12    only one who's allowed to sit through the trial the whole time

13    is Leo Zhou.  The reason is there's a rule; you're not allowed

14    to sit and watch the testimony of other people before you

15    testify.

16            So he's here.  He cares very much about the case.  But

17    he won't be sitting in the audience the entire time,

18    Chairman Zhou and the other witnesses.  They're here.  It's

19    very important to them.  They will be here when they're allowed

20    to be.  Okay?

21            Now, this is a patent case.  We're going to talk about

22    the patent.  I want to introduce this patent to you.  So this

23    is a patent.  The judge already told you we're going to refer

24    to it as the '144 patent.  It's actually 5,927,144.  That's the

25    number of the patent.

1     They order them sequentially.  That's how many patents

2  get issued by the U.S. Government.  It's a lot.

3     Not all of them are the lightbulb like in the patent

4  video.  Some of them are small improvements.  In fact, many of

5  them are small improvements to what already existed.  This is

6  one of the those patents, the evidence will show.

7     It was invented by a gentleman named Mr. Koch, a

8  German individual who filed -- he worked for Okin at the time,

9  and he filed a patent application in Germany and then later

10  brought that to the United States.  And they filed in the

11  United States.

12     And this patent is now owned by Okin.  That's why Okin

13  is the patentholder in this case.  This is the original German

14  application in 1994.  Mr. Koch filed for this application.

15  This is German, but it means linear actuator.  And he disclosed

16  his patent at that time.

17     So you heard from the patent video and the judge that

18  what's important in a patent, or at least the most important

19  thing, is the claim.  The claim defines -- it's that little

20  barbed-wire fence that excludes people from coming in.  So the

21  claim is really what it's all about in a patent.

22     This claim defines what Okin has a right to do.  They

23  don't have a right to exclude people from making any linear

24  actuator.  They have a right to exclude people from making a

25  very specific type of linear actuator.  Okay?

1    So we're going to go through what those requirements

2  are in this claim.  There's a lot of words in this claim.

3  We're going to try to simplify it for you and focus on just the

4  things that matter.  But just so that we're all looking at this

5  and understand how it all fits in, I'm going to go through some

6  of the basic elements.

7    The claim requires -- it's a drive for adjusting parts

8  of furniture that has a basic housing.  This is just some, you

9  know, a housing like this (indicating).

10   And within the basic housing, there is a spindle.  A

11  spindle is a mechanical engineering term for a long screw.

12   See that screw that's in there?  That's a spindle

13  (indicating).

14   It's surrounded by a guide section.  This is going to

15  be where the rubber meets the road in this particular case, the

16  guide section.

17   So what you see is -- for instance, this metal piece

18  here (indicating) is a guide section.  Everybody agrees this is

19  a guide section.

20   There's a motor that's attached to the side.  That's

21  this black piece here.  There's a nut that goes on -- the way

22  these things work is there's actually a nut, you know, like a

23  nut and a bolt.  There's a nut that goes on the spindle.

24   And as the motor turns -- and maybe I can even run

25  this.

1          As the motor turns, it turns the spindle (indicating),

2     and there's a nut inside of here that's moving up and down the

3     screw, and that nut is attached to this white piece called the

4     adjuster or the slider.  They call it that because it slides up

5     and down.

6          And so that's how this motor works.  That basic design

7     has been around for a long time.  I'll tell you how long in a

8     moment.  And there's also -- they talk about a slit between two

9     parts of the guide section.

10         The critical limitation, the critical part of this

11    device that everyone's going to be talking about for a long

12    time in this case is this part that I have highlighted here in

13    red.  The guide section has two parts.

14         Remember the judge said "guide section" means a

15    two-part component that guides; right?  It has to have two

16    parts.

17         This is what Mr. Koch invented.  Everything else that

18    precedes it, the basic housing and all that other stuff,

19    there's going to be no dispute.  There were linear actuators

20    before this patent that had all those elements.  You're going

21    to hear everybody admit to that, everybody agree to that.  This

22    is the only thing that was supposed to be new, two parts.

23    Okay?

24         So I mentioned that this is old technology; I wasn't

25    kidding.  You're going to see patents from 1893 that have this

1   technology, generally, linear actuators.  They've been used in

2   furniture for over a hundred years.  That's not new.

3          This is where we're going to be talking about, is this

4   two-piece guide.  Okay?

5          There's also three other claims that are in the case.

6   I showed you Claim 1.  There are 26, 27, and 28.  They're also

7   at issue.

8          We're not going to talk very much about those in this

9   case.  They don't add a whole lot.  They just say that the

10  guide is metal or aluminum or extruded material.  In this

11  industry, that's what all these guides are made of.  So this

12  doesn't really add a whole lot.  We're not going to be focused

13  on those.

14         But they are important and you're going to be asked

15  ultimately to determine whether this infringes those.

16         The one thing that's very important, if Kaidi's

17  product does not infringe Claim 1, it doesn't infringe these

18  claims either.  That's the law.  Because these are called

19  dependent claims, you have to meet everything that's in Claim 1

20  and it has to be metal and it has to be extruded.  So if you

21  find that it doesn't even do what's in Claim 1, that's the end

22  of the inquiry.  All these other claims are also not infringed.

23         Now, I said that the crux of this, what Mr. Koch

24  brought to the table, was this two-part guide.  That's right in

25  the patent.  That's what he said.  I've highlighted a portion

1  of this patent.

2        It says [reading]:  In a drive of the kind mentioned

3  at the start -- now, that's these linear actuators that have

4  been around for a long time -- in that sort of a drive, his

5  task was solved in that the adjuster, the slider, is designed

6  as a slider surrounding the outside of the guide sections in a

7  form-fitting manner.

8        And then this is the important part I wanted to

9  emphasize.

10        [Reading]:  The guide section being designed in two

11  parts.

12        That's what he's telling the world.  He solved this

13  problem by using a guide section in two parts.

14        Now, you're not really going to hear a whole lot of

15  testimony about why that's an important distinction, why that's

16  an important piece.  We're not really sure why that's so

17  important.  But we do know he was telling the world it's

18  important to have two pieces.

19        Okay?  I want to introduce Okin, our counterpart, the

20  party that we sued.

21        Okin is a German company.  They have a U.S. subsidiary

22  that makes products in the United States as well.  And to be

23  clear, Kaidi has a U.S. subsidiary as well.  We -- Kaidi

24  imports its products from China.  Okin has a German parent, a

25  U.S. subsidiary.  They make their products, some of their

1    products here.

2         Okin is a company that makes linear actuators, just

3    like Kaidi.  They make a whole range of motors, just like

4    Kaidi.

5         They have not always been successful, even before

6    Kaidi was in the market; they went bankrupt in 2009.  And they

7    were ultimately purchased by another company called

8    Phoenix Mecano in February of 2009.

9         But they're in this space.  They were a very big

10   player in this space.  They're now a somewhat smaller but still

11   very important player in this space of linear actuators used

12   for reclining seats.

13        Their flagship product in this particular space is

14   called the Okin BetaDrive.  That's this.  There's a picture on

15   the screen, but I'm holding it in my hand.  Okay?

16        This product is what they've been using and selling

17   for over ten years.  This is based on the 1994 patent

18   application that Mr. Koch applied for back when Cal Ripken was

19   still playing for the Orioles.  This has been around for a long

20   time.

21        And what you can see is there's two pieces to the

22   guide section.  That's exactly what Mr. Koch was talking about,

23   two pieces to the guide section.  The slider goes around it.

24   It goes up and down, up and down (indicating).  Okay?

25        That's Okin's BetaDrive.  They have made other

 1    products.  They have sold other products, but that's their

 2    flagship product.  They're gradually moving away from that type

 3    of design from what's patented, but they are -- they certainly

 4    are selling this product.

 5              Now, I want to talk about Kaidi's development of the

 6    products that are at issue in this case.

 7              When Kaidi first decided to get into the market of

 8    these linear actuators, Mr. Yao joined the company in 2006.

 9    And it was among his responsibilities to start making this type

10    of linear actuator.

11              Now, the first type of linear actuator that they

12    designed they called the 001, was their first one.  There were

13    some letters before it as well, but they call it the 001.

14              They tweaked it; it was the 002.  They tweaked it

15    again; it was the 003.  But it was the same basic design.

16              And in order to design it, they took a look at what

17    was out there in the market.  And they looked, for instance, at

18    the Okin BetaDrive.  And they said, well, this looks like a

19    good design.

20              They had absolutely no way to know that there was a

21    patent on this device.  They decided to make something that

22    looked just like this.  They used better materials.  They

23    didn't make exactly the same thing, but they made something

24    similar.

25              Now, that is not the product that they sold.  They

1   never sold a product that has two parts.  You're going to hear

2   them testify about that.  And the evidence is going to be

3   uncontroverted that they never sold a product that looked just

4   like this.

5         Now, they only made samples.  They made a bunch of

6   samples that they gave to customers as they were developing the

7   product.  And while we don't have any samples left, because

8   they're old and we only had a few of them, we do have a piece

9   of a sample.

10        So this is actually one of the products Kaidi made,

11  and you can see it has two guide pieces.  So that would seem to

12  be what Okin invented.  That would be an issue if that were

13  what was at issue in this case.  That's not what's at issue in

14  this case (indicating).

15        But they initially were going to make a design like

16  this.

17        Now, something very important happened.  They had the

18  assembly line ready to go.  They were about to run production

19  on the guide, this two-part guide.  And one of their customers

20  who had received a sample said, Wait a minute.  I think there

21  might be a patent on this device.

22        And so Kaidi, almost immediately, stopped production.

23  They said, We are not making that kind of product.  And you're

24  going to see the evidence that shows exactly what happened.

25        I want to first show you -- this is the design

1    document, the technical schematic, the drawing of the original

2    design.  You see it has Guide Rail A and Guide Rail B, two

3    different guide rails, and those are highlighted here in

4    yellow.

5           But when they heard about the fact that there might be

6    a patent, they stopped and they looked online.  They tried to

7    find what patent -- nobody told them what patent it was.  They

8    had to go out and look for it.  And so they actually looked for

9    it.

10          Now, some of the notebooks that Kaidi had used in

11   their day-to-day work cover this time period.  We haven't been

12   able to find every notebook that existed way back when, but we

13   found a few of them.

14          And these notebooks show exactly what happened when

15   Kaidi found out about this patent.  And it's a very -- I'm very

16   proud to tell you the story about what happened here with this

17   patent.

18          These are the notebooks of Mr. Yao and Mr. Zhu, who

19   you're going to hear from.  And in these notebooks, it tells

20   the story of what happens -- what happened when they found out

21   about this patent.

22          So this is from Mr. Zhu's notebook.  You see -- and

23   the date of this is March of 2008.  The date's on a different

24   page.  We'll show you in the notebook.

25          But on that date, they found the patent that they had

1  been told might exist.  It was this '144 patent.

2         So what did they do?  Did they say, Okin hasn't

3  noticed it yet; we'll just keep making the product; we'll see

4  what we can do?  Did they say, Oh, we'll just try to see how

5  long we can get away with it?

6         No.  They had a meeting.  They had a meeting on

7  May 27th, 2008, and this is recorded in these books -- I'll

8  show you in a moment -- with the chairman of the company,

9  Chairman Zhou, Mr. Zhu, and Mr. Yao and others.

10        And they all sat down and they said, What are we going

11 to do about this patent?  It seems to say, Use a two-part

12 guide.  That's exactly what's in our product.  What are we

13 going to do?

14        And what happened at that meeting tells you everything

15 you need to know about the character of this company and the

16 type of company Chairman Zhou wanted to run.  He said, Stop.

17 Do not sell this product.  If it is close to their product,

18 their patent, don't sell it.

19        That's in the notebooks.  You can see these notebooks.

20        Both Mr. Zhu's and Mr. Yao's notebooks record a

21 meeting from May 27, 2008.  What you're looking at -- by the

22 way, is they're written in Chinese.  We've all agreed on the

23 translation of the language.

24        So what you're looking at there in English is a

25 translation of what they wrote.  Those are their words

 1    underneath it.  And everybody agrees that this is the right

 2    translation.

 3          So on May 27th, you see on the right Mr. Zhu says,

 4    "Linear actuator involves patent issues.  Cease production."

 5          That was the instruction from Chairman Zhou:  Cease

 6    production.

 7          Mr. Yao's notebook reflects the same thing:  Cease

 8    deliveries.  And they did.  They never sold a single device

 9    that had a two-part guide.  They had to throw a lot of material

10    away.  They had like 300 samples.  And you're going to hear

11    they just had to scrap it.  It wasn't useful anymore.  They had

12    to get rid of it.

13          And so they decided, we got to use a different design.

14          Now, you heard in the patent video there was a

15    discussion about what happens to patents when they've been out

16    for a long time, when they expire.  They become free.

17          And so they had a very good idea.  They said, All

18    right.  We want to get into this market.  We know Okin has a

19    patent on a two-part guide, so let's design something that's

20    free.  Let's design something using technology that's been out

21    there forever.  We want to make sure that we're not using

22    anybody's patents.

23          And so they drew right here -- this is Mr. Zhu's

24    notebook, again, from March of two thousand -- May, I should

25    say, of 2008.  He drew a one-piece guide.  This was going to be

1     their new design.

2         And the way they found this design is they actually

3     looked for expired patents.  They found a 1987 expired German

4     patent that uses a one-piece guide.  You see, rather than

5     having these two pieces with a slit in between them, they found

6     one that's a design that has just a single piece, all

7     highlighted there in yellow.

8         And that's exactly what Mr. Zhu drew in his book.

9     We've just turned it around so it's -- we've turned it upside

10    down, so you can compare it.

11        But he drew exactly that.  And that's the one-piece

12    guide design that they came up with.  And they called it --

13    because they were on 003 at the time, they called it the 004.

14        So we made a little animation here to show you what

15    we're talking about.  This is how the Okin patent describes its

16    invention.  This is the '144 patent.

17        So if we run this, what you see is the slider is

18    guided by this two-part guide.  There's two different pieces.

19    What Kaidi said is -- let's go to the next slide -- okay, we're

20    going to use this new design.  It's called the 004, one piece

21    only, and see what happens.

22        As the slider comes along the guide, there's only one

23    piece doing the guiding.  You see that's all one metal piece

24    going all the way around.

25        And this is not disputed.  Here's a piece of the 004

 1   so you can see the difference (indicating).  See, here's the

 2   003, two pieces (indicating).  Here's the 004, one piece

 3   (indicating).

 4          Okin will agree this does not infringe.  This does not

 5   use their technology.  One does not equal two.  It's easy.

 6          So that's not the end of the story; otherwise, we

 7   wouldn't be here.

 8          We developed a new product, and it's that new product

 9   they say now infringes their patent.  Okay?  That new product

10   is called the 005.

11          Now, what happened is that when they made the 004, one

12   of the things that you can notice here is that this is how it

13   sits.  There's an opening here on the bottom (indicating).

14   This sits under the chair.

15          What you now see is there's a little hole here

16   (indicating) that grease can drip out of.  Okay?  That's a

17   problem.  You put these in your carpet, and all of a sudden

18   you've got grease drippings on your carpet.  Right?

19          So they had feedback from customers.  This was a good

20   product.  They sell this product even today.  But some of their

21   customers said, You know, we're a little worried about the

22   grease, and so can you do anything about that?

23          The other thing is, it uses a lot of material.  And

24   Kaidi's always innovating.  They said, Let's try to make this a

25   little smaller.

 1            So they actually developed what's called the 005

 2    product.  And what it is, is it uses a smaller guide.  The

 3    guide has now shrunk to be much smaller.  It's still one piece,

 4    one metal piece.  And the slider surrounds that.  And that's

 5    what's used to guide.  And we have an animation.  But if we can

 6    run it, you see it's still one piece just like the 004.  It's

 7    just one piece.  But here's the problem . . .

 8            If you could pause that, Mr. Eaton.

 9            Here's the problem that they then encountered.  Now

10    that they've made the material smaller, they've got a real

11    problem.  See, the spindle is now completely exposed, the

12    screw.  So now you've got all this greasy material, which is --

13    I already got some on my hands.  It's quite greasy and drips on

14    the floor.

15            And you have customers like Ashley saying, Well, geez,

16    what if people have shag carpet?  Maybe it will get caught as

17    it goes back and forth.  It might get -- the carpet might get

18    caught in there.  Children's hands might go underneath the

19    chair and get caught in here while it's moving.  Becomes

20    dangerous.

21            It also doesn't look very nice.

22            So what they decided to do at Kaidi was they said,

23    Okay, let's put a cover on it.  We'll cover it up.  That will

24    solve all these problems.  It will catch the grease so the

25    grease can just drip onto here.

60

1          And they just designed a cover that they can just put

2    right in here, and it solves those problems.  Now it's no

3    longer as ugly.  It's not as exposed.  You're not going to get

4    people's hands caught in it.

5          So we put a cover on it.  This cover doesn't do

6    anything functional other than what I just described.  You'll

7    hear evidence to that effect.

8          You'll see the slider does exactly the same thing with

9    the cover and without the cover.  There's no difference

10   (indicating).  This is doing the guiding.  Right?

11         But now Okin has an argument.  Now Okin is saying,

12   Well, even though this is the guide, this is the thing that

13   slides it up and down, we're going to say this is a second part

14   of your guide.  And this somehow participates in guiding this

15   along.  Even though you can see it works exactly the same

16   without this cover, they say this is, nonetheless, a guide.

17   That's what this case is all about.

18         So I said at the beginning, you're going to be able to

19   see with your own eyes.  You're not going to need experts and

20   all this other evidence to try to see whether this infringes or

21   not.

22         The question you're going to be asked is:  Can Okin

23   prove that this helps to guide this, that this cover guides

24   this slider?  That's what you're going to hear evidence about.

25         So if we can continue this animation, the question is:

Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter

 1    Just because we put this cover on here, have we now somehow put

 2    an additional guide piece on, such that there's now a two-piece

 3    guide?

 4              It might seem a little strange to be arguing over, you

 5    know, is this a guide or not?  But that's what the patent

 6    claims.  The patent claims a two-piece guide.  We have a

 7    one-piece guide.  That's what's going to be debated here.

 8              So we started developing this product in 2010, and we

 9    introduced it in January of 2012; so not only are we going to

10    show you how this product works when you look at it, so you can

11    see it with your own eyes, you're going to hear it from the

12    people that developed it.

13              You're going to hear from Mr. Yao, who was the head of

14    engineering when this was developed.  And he's going to tell

15    you what this spindle cover does and why it was put in.  It

16    doesn't do anything with respect to guiding, he will testify.

17    It is solely there for decoration, and it's solely there to

18    catch the grease.  If you take it out, doesn't make a

19    difference.

20              Mr. Zhu will say the same thing.  Mr. Zhu, who I told

21    you, he's only going to testify by deposition.  He's not here.

22    But you'll hear his testimony.  And he says, again, this

23    doesn't do anything in guiding.

24              Guiding means -- and you'll hear from the experts on

25    this.  The experts will agree that guiding means helping to

 1    direct something along its intended path.  That's how it's

 2    understood.  This doesn't do anything to help it go along its

 3    path, this piece (indicating).

 4         And that's what Mr. Zhu will say.  What Mr. Zhu will

 5    say is the only thing it could do potentially in theory is, I

 6    guess it could stop it from going down.  It could stop it from

 7    falling onto the ground if this guide rail weren't here, but

 8    that's not pushing it along its intended path.

 9         So Mr. Zhu will testify about that.

10         Now, one of the things that the other side is going to

11    focus on is not what this does, because that doesn't really

12    help them.  They're going to focus on a technical document.

13    There's actually a handful of technical documents.

14         When the 005 product was made, someone decided it

15    would be a good idea to use the same terminology that had been

16    used from the old product.  Not a great idea.  The old product

17    had Guide Rail A and Guide Rail B, two guides (indicating).

18         The assembly line workers all thought about Guide Rail

19    A and Guide Rail B.  Those are the two components I'm putting

20    together.  They're both guide rails.

21         So when they designed a product that had a guide and a

22    cover, they thought, Well, wouldn't it be easy for the assembly

23    workers -- we'll just call it Guide Rail A and Guide Rail B.

24         And so this is what Okin is going to latch onto.  This

25    is what they're going to show you.  They're going to say, Oh,

 1    their document says it's a guide.

 2         This case is not about what something is called.  It's

 3    about what something does.  Does it do this function?  That's

 4    the question.  That's what's claimed.

 5         So they're going to focus on this.

 6         What -- what we're going to show you is the history of

 7    this naming is actually exactly consistent with what Kaidi is

 8    going to be telling you and what their witnesses are going to

 9    be telling you; and that is when this document was made that

10    called this Guide Rail A, Mr. Yao noticed that.

11         In 2011, years ago, before this lawsuit was ever filed

12    and he went to Mr. Zhu and he said, This is not the right name

13    for this component.  This should be called a cover.  It's not a

14    guide.  It doesn't do any guiding.  Long before Okin ever came

15    on the scene and said that we were infringing.

16         And Mr. Zhu said, Well, I agree, but we can't really

17    do anything about it.  The thing's already in mass production.

18    It's been -- it's being sold all around the world and it's just

19    the name, so why are we going to change it?  So they didn't.

20         But when they -- when Kaidi developed its

21    next-generation product, called the 007, they did fix the name,

22    again, before this lawsuit was ever filed.

23         Kaidi introduced a new product.  And this is one of

24    the products they still sell today, along with the 005.  This

25    is called the 007.

 1          There was also an 006.  It wasn't sold in the U.S.  So

 2    we don't talk about it, just because it's not that relevant to

 3    this case.

 4          But this is the 007.  It was made in the U.S. and

 5    is -- sorry, sold in the U.S. and it is today.  It looks very

 6    similar to the 005.  It has some improvements in it.  One of

 7    the improvements is the spindle cover is no longer metal.  Now

 8    it's plastic.  But it does exactly the same thing.

 9          It sits there.  It provides decoration.  It catches

10    the grease.  It doesn't provide any function in the guiding,

11    it's, you know, very, very difficult to see the difference

12    between these two, other than the fact that it's metal.

13          You see here, this is the 005, (indicating) the 007

14    (indicating).  This one's plastic; this one's metal.  That's

15    the difference.  There are other differences in the products,

16    but that's the difference of the spindle cover.

17          And so, again, the original drawings for the 007

18    called that a guide rail.  This time Mr. Yao was able to

19    correct it before it ever went to manufacturing.

20          And so when you see the technical drawings which were

21    dated -- it's hard to read this.  But on the left there it says

22    "2013, March 28th."  That's before any lawsuit was filed,

23    before any allegation of infringement.  That piece is called

24    the spindle cover.  Before this lawsuit was ever filed.

25          So this whole argument that they are going to raise

 1    about "What do our documents say?" -- we are going to show you

 2    the documents that show that long before this lawsuit, they

 3    realized that it should be called the spindle cover and that

 4    they actually have documents that call it a spindle cover.

 5            But at the end of the day, that's a sideshow.  That's

 6    not what the case is about.  The case is about what the product

 7    does.

 8            So while we think you can see it, we also hired an

 9    expert, world-class expert in electrical engineering, in

10    mechanical engineering, who's very familiar with these

11    products, with linear actuators; and we asked him, Can you

12    devise some tests and come up with an opinion about whether

13    this thing is doing any guiding, whether this spindle cover is

14    part of a two-piece guide or not?

15            So Dr. Howard, who's sitting in the front row, is

16    going to testify.  He has a lot of degrees.  He has a Ph.D. in

17    Mechanical Engineering.  He has a Master's of Mechanical

18    Engineering, a Bachelor's of Electrical Engineering.  He's even

19    got an MBA.  He's a Professional Engineer.  He knows what he's

20    doing.  He's a very, very precise guy.

21            And he's going to testify about all the tests that

22    he's done, and he's done a lot of them.  The first thing he did

23    is he did what I did.  He just looked at the thing run, with

24    and without the spindle cover.

25            And he saw what we all saw, that it doesn't make a

difference in the operation of the product. It's not doing anything with respect to guiding.

But that's not enough for Dr. Howard. He's also going to show you that he used a laser machine that can detect to pinpoint accuracy, millimeters or maybe even less than a millimeter accuracy, the position of objects. And he used that device to very, very precisely measure this slider as it goes along, 'cause sometimes the eye can deceive us.

So he wanted to make sure the eye was not deceiving him, and he measured the motion of this slider as it moves along the track. With and without the spindle cover, it's the same (indicating). Spindle cover doesn't make a difference.

That's not all. He also responded to -- remember, Okin has the burden here, so Okin hired an expert. And what they did is they -- their expert came up with a test that tries to measure forces that are working on the spindle cover, as the spindle cover -- as the slider moves back and forth (indicating), can we measure whether there's any force on this device? Is it being stressed in any way? 'Cause if something's pressing on it, it's pressing back and it's helping to guide. That's not a bad way to approach the problem.

Only problem is his test setup. He looked at it in a device like this where, you know, the pressure of the chair is pushing down on the motor.

And so Dr. Howard was very intrigued by the results of

 1   Mr. Babcock's test, their expert.  And he said, This is

 2   interesting to me because it looks like you've found that there

 3   are some forces on this slider.

 4        But what he found is the reason for that is because

 5   the chair is pushing down on the slider; and, therefore, it's

 6   pushing down on the cover.  And so he's saying the cover has

 7   some forces acting on it, but that's because of the setup.

 8        So what Mr. -- what Dr. Howard was able to do, if I

 9   have -- well, I think I can just show you.

10        What Dr. Howard did is he used a different

11   configuration.  This is another chair frame.  This just sits

12   under a chair.  We didn't bring the whole other chair in, but

13   this is the bottom part of the chair.  It's a different type of

14   chair.  It's a rocker chair.  Okay?

15        And in this configuration, the way that this is

16   configured is it's able to isolate the forces that are just

17   being driven by the motor.  And the pressure of the chair --

18   you see there's nothing attached from above onto the slider.

19        So you're not going to -- the test is not going to get

20   confused by the weight of the chair.  And the only thing that

21   you would measure -- if you measured the force that's acting on

22   this cover, the only thing that you would be measuring is the

23   guiding forces.

24        And so Dr. Howard ran that experiment.  So he

25   basically used Mr. Babcock's methodology.  And he said, Well,

```
 1   let's use that.  Let's do it in the right way.  And he set up a
 2   test methodology, and he put weights on it to simulate someone
 3   sitting on the chair.
 4          And what do you see right there?  Dr. Howard is going
 5   to talk about it.  Zero.  For the entire time there was zero
 6   force acting on this spindle cover, nothing, confirming what he
 7   will tell you, which is this does nothing.  It's a piece of
 8   metal that's there to catch grease and to please the eye, but
 9   it does not do anything with respect to guiding.  That's what
10   he'll tell you.
11          Now, the other thing that he'll say is that he's
12   looked at the prior art in this case.  Now, you remember in the
13   patent video, Judge Fogel was talking about the fact that
14   patents are granted through this process in the Patent Office
15   where the patent examiner looks at prior art and decides
16   whether or not to grant the patent.
17          That happened in this case, and the Patent Office
18   granted this patent.  And we're not saying the Patent Office
19   made a mistake.  That's not our argument.
20          But what Dr. Howard will say is that if somehow you
21   consider this to be a second guide piece instead of what it
22   really is, a cover, well, you could say the same thing about
23   the prior art, what existed before.  The Patent Office never
24   would have granted this patent if that's the interpretation.
25   That's what he's going to tell you.
```

1      So what he's going to say is this -- there's a

2 reference by a Japanese manufacturing company that made

3 actuators that was before Mr. Koch's filing of his patent in

4 1994.  And the Patent Office looked at this reference and

5 decided that the two-piece guide was different than this,

6 because this doesn't disclose a two-piece guide.

7      But when you look at Takei, just like the 005, it has

8 a one-piece guide.  That's what we've highlighted here in

9 green.  But it also has a cover, which we've highlighted in

10 yellow, just like the 005.

11      And so if the claims, if the word "guide," the

12 "two-piece guide" is twisted and stretched so that it can cover

13 something where there's a one-piece guide with a cover, well,

14 you could say the same thing about this prior art and the

15 Patent Office never would have issued this patent.

16      And so what we would say is if you're going to take

17 that interpretation, the claim, Claim 1, should be held

18 invalid.  That's what Dr. Howard will tell you his opinion is.

19      The other thing that Okin's expert, Mr. Babcock, does

20 is he -- he -- it's an interesting test.  He takes a Magic

21 Marker or a whiteboard marker, and he draws along the side of

22 the slider.  And he says, Okay, let's see this in action.  I'm

23 going to draw on it.  I'm going to put it back in place.  And

24 then he runs it.  And what he finds is when he runs it, the

25 slider scrapes some of the Magic Marker off.

 1          So he says, Well, it must be guiding.

 2          Dr. Howard will say, No.  That means it must be

 3   touching.  Touching is not guiding, he'll say.

 4          And there's nothing in the claim that talks about

 5   touching.  It doesn't say "a guide section that touches."  It

 6   says "a guide section."  And what you'll hear is that means

 7   that directs something along an intended path.  That's not

 8   touching.

 9          There's an analogy that's pretty apt here.  It's very

10   similar to the question that you're being asked, which is if

11   you take a train that's pulling into a station, okay, and the

12   train comes into the station and stops and you ask the

13   question, "What's guiding that train?"  Well, we all know

14   what's guiding the train.  It's the train tracks.

15          Is the platform that sits very close to the train

16   guiding the train?  And we all know the answer to that

17   question.  It's, no, it's not.  It's very close.

18          If you reached out your hand and touched the train as

19   it went by, would you be guiding the train?  No.

20          If you scrape some Magic Marker off of it, would you

21   be guiding the train?  No.

22          Now, the question that you'll be asked to answer in

23   this case is:  Are Mr. Babcock's tests that show that there is

24   contact or can be contact between the slider and the cover, is

25   that enough to prove that this is doing the guiding, in view of

 1    all the other evidence?

 2          I cannot answer that question for you.  Dr. Howard

 3    can't.  Mr. Babcock can't.  The other side's lawyers can't.

 4    That's for you to use your common sense and your perception to

 5    decide the answer to that question.

 6          **THE COURT:**  I'm sure you're getting close, but you've

 7    got about another five minutes.

 8          **MR. ROSENTHAL:**  Thank you.  That's perfect.  Thank

 9    you, Your Honor.

10          Now, I do want to talk to you about the lawsuit and

11    why we're here in those last five minutes.

12          We made this product in 2012, sold it in the

13    United States.  And then this lawsuit was filed against us, and

14    then we sued.  The reason that we sued -- I talked about this.

15    The reason that we launched this lawsuit and filed this case is

16    because we wanted to clear the air.

17          We want to establish once and for all that this

18    product does not infringe.  We want to make sure our

19    customers -- this is not a big market, there's only a handful

20    of furniture makers that use this kind of stuff.  If one of

21    these customers gets skittish, that's a huge deal for our

22    company.

23          And we want to make sure they're not skittish.  We

24    want to make sure they have absolute comfort that this product

25    can be used in their devices.  It doesn't infringe anybody's

Douglas J. Zweizig, RDR, CRR - Federal Official Court Reporter

1    intellectual property.

2         Okin has been losing their position in the market.

3    They haven't been able to compete.  You're going to hear

4    evidence that they aren't responsive enough.  They don't have

5    great service.  They're selling the same old products.

6         They're now selling some different products, but they

7    were late.  Other companies have passed them by, and they're

8    losing big customers.  And they can't compete in the market, or

9    at least they don't want to compete in the ways that they need

10   to.  And so they filed this case to fight it out in the

11   courtroom rather than in the market.

12        Kaidi wants to fight this in the market.  Kaidi wants

13   to offer a better product.  You're going to hear that they want

14   to offer better service, that they do offer better service.

15   And at the end of the day, we'll be asking whether they're

16   allowed to do that.

17        We do want to just talk briefly about damages.  I want

18   to be clear.  Our position is and always will be in this case

19   that there should be no damages.  If the product doesn't

20   infringe, there are no damages, period.

21        But they do offer a damages case.  So we have

22   Dr. Varner, who has a lot of credentials.  He's an expert in

23   licensing.  Nobody's going to question his qualifications and

24   licensing, and he'll testify about what the right damages are.

25   He'll respond to their damages case.

1          And I want to leave with this one last point, which is

2    back to the Chairman.

3          You might ask in a case like this:  Why are we here at

4    trial?  A lot of cases get settled out of court.  Not very many

5    cases go to trial.  Very, very few cases go to trial,

6    especially patent cases.  Why are we here?  Why didn't

7    Chairman Zhou just make them an offer, pay them some money so

8    they can keep going on?

9          The answer is the same reason that he decided to stop

10   production on this two-piece guide.  It's principle.  It's

11   principle.

12         He'll tell you all about it.  He'll tell you the

13   reason that he's here, the reason he's not going to pay is

14   because he didn't take someone else's technology.  He's not

15   going to pay for something he didn't take, plain and simple.

16         He's not going to take something that isn't his, and

17   he's not going to pay for something he didn't take.  It's the

18   same principle.  That's why we're here.

19         So I just want to thank you again.  This is going to

20   be a long week and a half.  It's going to be long days.  It's

21   hard to take everything in.  I don't envy you.

22         It's a lot of people telling you different things.

23   And everybody tells you, This is the way it is; and the other

24   person says, This is the way it is.  It's hard to know what's

25   right and what's wrong.  But just trust your judgment.

1    You came in here with your common sense.  You're going

2 to leave with your common sense.  That's what you're going to

3 apply to the facts.  That's all we're going to ask you to do.

4    Use your eyes.  Use your head.  Try to figure out, you

5 know, who you believe and who makes more sense.

6    It's not about people telling the truth and lying.

7 It's just what's -- what's credible to you.

8    Thank you very much.  It's a very important process.

9 I will have the opportunity again to talk to you at the end of

10 the case to kind of summarize where I think we are at the end

11 of the case.  But until then, good luck and thank you.

12    **THE COURT:**  Thank you.

13    Thank you, Mr. Rosenthal.

14    **MR. JOHNSON:**  Your Honor, do we have a moment to

15 switch out the devices and the chair?

16    **THE COURT:**  Yes, you do.  Can you just possibly go

17 ahead and do that.

18    If you all want to stand up, that's a good idea.

19 Stretch.

20    (Pause.)

21    **THE COURT:**  All right.

22    **MR. JOHNSON:**  May it please the Court, ladies and

23 gentlemen of the jury, like Mr. Rosenthal, I also want to thank

24 you for your service.  Like he said, this is really important

25 to the companies that are having this patent infringement

 1    dispute.

 2            And we understand that there's other important things

 3    in your lives and I get that.  And we will do our best to try

 4    to put this case on efficiently.  I do agree with

 5    Mr. Rosenthal:  This is a case of common sense, and it's one of

 6    perception.  All right?  And we think that if you apply that

 7    common sense and perception to the case here, it should be

 8    something that will reach the correct judgment.

 9            Now, like Mr. Rosenthal, I would also like to

10    introduce the representatives from the Okin side.

11            My name is John Johnson, and I'm with

12    Fish & Richardson.  And I want to first start with our

13    corporate representative.  Our corporate representative is

14    Mr. Greg Bowen.

15            Greg, can you stand up.

16            Greg's here from Shannon, Mississippi.  And he's the

17    general manager of the Okin America manufacturing plant in

18    Mississippi.  He'll be here throughout this trial, sitting

19    right over there.  And he also will be testifying and telling

20    you about the manufacturing plant and the making of the

21    BetaDrive that's at issue in this case.

22            In addition, I'd like to introduce you to some of our

23    other executives who have come out here for this trial.  You

24    can see in the back, if you can stand up, Max Kleinle.

25            Max Kleinle is the head of the DewertOkin company.

1    And he is here from Germany, and he also will be testifying

2    during this trial.  You'll be able to hear from him firsthand

3    about his experiences in this market and with respect to other

4    relevant issues.

5            Philip Brown, would you please stand.

6            He is the president of Okin America, Inc.  He's

7    actually out of Frederick, Maryland.  He travels down to

8    Shannon from time to time and works with Greg, but he is the

9    president and CEO of Okin America, another party in this case.

10           I wanted to introduce you to them so you can see them

11   firsthand as well.

12           The legal team.  We also have our legal team here, and

13   I'd like to introduce you to the Okin team:

14           Frank Gorman, co-counsel.  Frank.

15           James Jeffcoat in the back, he's another attorney

16   that's on our team.

17           Michael Autuoro, he's there as well.

18           And Mike Miller, he's the guy -- he's the wizard on

19   our side who's going to be presenting the documents to you.

20   And you'll see in the PowerPoint various things and animations.

21   He's the guy that will run the show.

22           And there will be other people coming in and out for

23   some assistance.  So don't fret when you see some people

24   handing documents off.

25           I want to start with this patent, which is what is at

 1   issue here.  Okay?  And it is the 5,927,144 Patent.  It's the

 2   patent that was granted by the Patent Office, you know, not --

 3   it's an older patent.  And it's coming closer to the end of its

 4   life.  All right?

 5           And I want to start with a summary and tell you that

 6   Okin owns this patent, as Mr. Rosenthal stated.  So there's no

 7   dispute about that, the '144 patent.

 8           Okay.  Now, we will present evidence that Kaidi, with

 9   its 005 product, infringes this patent.  And there's one simple

10   issue that Mr. Rosenthal identified, and that's whether there's

11   a two-part guide section.  And we'll go through that.

12           And next we'll prove -- the evidence will prove that

13   Kaidi owes Okin royalty payments for this infringement.

14           I don't really need to do the slide.  I think you saw

15   a demonstration already.  You saw the actual seat in operation.

16   But I wanted to demonstrate visually that the drive -- these

17   drives, actually, fit underneath the seat and you can see it.

18           The patent is not associated with an entire chair.

19   The patent is associated with a linear actuator.  I think

20   Mr. Rosenthal called it a motor.  Actually, the motor's right

21   here.  This is a linear actuator (indicating).  And this linear

22   actuator fits underneath the chair, and it will move objects

23   and the chair, namely, the back and the footrest of the chair.

24           So where did this patent come from?  It came from the

25   Constitution of the United States.  And Congress was given

 1  power to promote the progress of science and to grant for

 2  limited times patent rights, exclusive rights.

 3        You can see that on the screen.  And you saw the

 4  patent video where the patent property right was defined.  A

 5  patent right, it's a grant, an official grant by the United

 6  States Government.  And it gives the right to stop others from

 7  making, stop others from using, stop others from selling or

 8  offering for sale the invention that is -- and this is

 9  important -- claimed in the patent.  Okay.  Claimed in the

10  patent.

11        Not claimed what is in a figure.  Not claimed in what

12  is in a product.  Claimed in the patent.

13        The judge explained to you that there are four claims

14  at issue in this case:  Claim 1, Claim 26, Claim 27, and

15  Claim 28.  And that language is what governs, not figures, not

16  other products, not a device like this (indicating).  Not any

17  of these devices, okay, these older devices.  It's the language

18  in the claim.

19        Now, with respect to this patent property right, the

20  evidence will show that Kaidi makes and sells the linear

21  actuator called the KDPT005.  We just call it the 005, and it

22  makes it without Okin's permission.

23        The patent term, you heard from the video that the

24  patent lasts for a specific period of time.  Usually it's

25  20 years from the date that the application is filed by the

1    inventor.

2         Here the U.S. application date is October 12th, 1995,

3    and the expiration date is not so far off, October 12th, 2015.

4         Okay.  But despite that fact of expiration, incoming

5    expiration, this patent still has value.  It has value until it

6    expires.  And after it expires, it's free to be used.  We don't

7    dispute that whatsoever.

8         Mr. Rosenthal explained how Kaidi looked at some

9    German reference and thought that it was free to use that, to

10   take what was taught in that particular reference.

11        After the term of this patent, that will be true here.

12   But up until that time -- and the evidence will show, up until

13   that time a royalty will be owed.

14        Now, the bargain.  The patent system is based on a

15   bargain, so in return "from" the right to prevent others and

16   stop others from doing things -- like making, using, and

17   selling -- the inventor must disclose or enhance the public

18   knowledge.  Inventor must tell the public about the invention,

19   and that's what the language in the patent is.  The figures,

20   all of this information, must be sufficient to tell the public

21   how to make it and how to use it.

22        And here the '144 patent, this patent enhanced the

23   public knowledge with a new and a novel linear actuator device

24   for a recliner chair.

25        The royalty payment.  You heard from the video that a

1    patent in many ways is like a deed of property.  It grants the

2    owner the right to keep people off of the property or to charge

3    a fee for it.  It's like rent for using it.

4         And the evidence here will show that Kaidi has sold

5    millions of dollars' worth of the 005 without permission, and

6    the evidence will show that Kaidi owes a royalty fee.  It owes

7    rent for making and using and selling that, Okin's invention.

8         Let me quickly explain some about DewertOkin and

9    Okin America.

10        These companies are linear actuator technology

11   companies.  Make linear actuators for beds, chairs, and other

12   furniture applications.  As I said, Okin America, Inc., has its

13   headquarters in Frederick, Maryland, and it has a manufacturing

14   plant in Shannon, Mississippi.

15        DewertOkin has its headquarters in Germany.  For

16   decades they've been making linear actuators, a leader in this

17   field, a true leader in this field.  Some of Okin's linear

18   actuator offerings you can see here.

19        Right in the middle is the BetaDrive.  This is the

20   drive that was a breakthrough in the industry.  And this linear

21   actuator, the BetaDrive, is something that came out of this

22   patent; right?  This is what resulted from this invention, the

23   '144 invention.  And it still has legs.  It's still selling

24   quite well.  Okay?  20 years into it, it is selling very well.

25   It has great success in the marketplace.  And it has had great

 1    success in the marketplace, as the evidence will show.

 2         Changzhou Kaidi and Kaidi, LLC, you heard about them.

 3    I won't say much except for, you know, to note that they are

 4    headquartered and they have their manufacturing operations in

 5    China.  They do have a registered LLC in Michigan related to

 6    their product sales in the United States.

 7         I do want to note, though, that Mr. Rosenthal did

 8    explain this, that they started their efforts to enter the

 9    linear actuator business in 2006.  Okay?  In 2006.

10         We should talk a little bit more about that, because

11    it's important in the overall story with respect to how they

12    got to their device and our position and our evidence that will

13    show that there's a two-part guide section.

14         Okay.  Let's get back to the Okin '144 patent, back to

15    the power recliner again.

16         And I want to highlight that.  This actuator, okay,

17    these linear actuators are designed not to be held in the hand,

18    not to be designed so that you can take off one of the rails

19    and operate it in front of a jury.

20         They're designed actually as workhorses to sit

21    underneath a chair so that a person can actually sit on the

22    chair and really enjoy power recline without having to recline

23    with the hand (indicating).

24         The remote-controlled powered recliners.  Okay.  So,

25    you know, tonight you go home and you want to watch your

1    favorite show and maybe you want to watch the game; you can do

2    this remotely.

3        And they have to be designed to absorb weight.  Like

4    me, if I were to sit down on this particular chair -- I

5    wouldn't do it now because it doesn't have the cushions.  But

6    with this actuator in there, it has to be designed to absorb a

7    load, and that's important.  It's important to keep in mind as

8    we discuss issues relating to guiding and whether rails

9    participate in guiding.

10       And, again, it's all about common sense and

11   perception.

12       Now, we touched on this subject, and I'll briefly go

13   over it again.  The patent derived from the work of a

14   Mr. Dietmar Koch, German man, and he invented his work in the

15   mid '90s.

16       He first applied for a patent application in Germany.

17   Later on he filed for international protection.  And you can

18   see right on the screen there's a reference to PCT.  That's the

19   Patent Cooperation Treaty.

20       The Patent Cooperation Treaty is a treaty that allows

21   people who are looking to get international patent protection

22   to file through that treaty.  He did that.  And, ultimately,

23   this patent was issued, the '144 patent in the United States.

24       This linear actuator has great benefit, and sometimes

25   the benefit can be the simplicity of the design.  And you can

1   see right here I just pulled out some of the language from the
2   patent, and you have the patent in your binders.
3          But the task of this invention was to create a compact
4   drive.  It was a breakthrough.  This is something that didn't
5   exist in the marketplace before for this particular market.
6   It's a compact drive, and it is inexpensive to make.  And it's
7   easy to manufacture and put together.
8          And, again, the solution it created is -- you can see
9   it -- a particular compact drive of simple design.  And that's
10  important, important to keep in mind.
11         I agree very much with the statement that the claim is
12  the critical aspect of this case.  It's the patent claim.  It's
13  not comparing the BetaDrive (indicating) to the 005
14  (indicating).  It's not comparing figures to the 005.  It's
15  about the patent claim.  Okay?
16         And this is a legal statement of what the boundaries
17  of the property are.  All right?  And this claim has a lot of
18  information in it.
19         Now, I want to break it down just like Mr. Rosenthal
20  did.
21         And you can see there's this preamble that starts with
22  a drive for adjusting parts of seating and reclining furniture.
23  And it includes -- it includes a basic housing.  Okay?
24         And there's no dispute on most of these elements.  It
25  includes a rotating spindle.  And you can see the rotating

1    spindle in there, as Mr. Rosenthal showed you.

2          It includes a nut.  There's going to be a nut that's

3    going to be associated with the spindle.  And a spindle, by the

4    way, is a screw.  That's what it is.  It's a screw, and you

5    have a nut that's associated with that screw.

6          There's a motor.  Right there on the side, it's a

7    motor.

8          There's an accepting device.  The accepting device is

9    right here on the side (indicating), and it will fit into the

10   frame.  Right?  And this is all part of the invention.  All of

11   these elements are part of the invention.

12         And there is a two-part guide section.  And here you

13   can see that two-part guide section quite clearly, one, two

14   (indicating).

15         There's a slit.  There's a slit on both sides of the

16   two-part guide section, fitting through both sides.

17         There's a slider.  Sometimes you might hear it be

18   called a -- an adjuster.  Sometimes you might hear it be called

19   a moving block.  This is the slider.

20         And as Mr. Rosenthal showed you, the slider moves back

21   and forth.  And that's what affects the movement ultimately,

22   like the footrest.  It will move the footrest or it will move

23   the back of the chair.

24         There's also some fins that extend from the slider

25   through the slot.  Okay?  And all of this is, this entire

 1    combination is what this invention is about.  There's more than

 2    just two parts.  There's an entire invention defined here.

 3            But I will agree that the dispute boils down to a

 4    two-part guide section.  And I pulled that out on the screen.

 5    This is what the dispute is about.  This 005 (indicating), does

 6    this include a two-part guide section?

 7            Now, Okin says that, yeah, the two parts in the 005

 8    are parts of the guide section.  When this slider moves back

 9    and forth, they are parts of the guide section.  They

10    participate in the guiding.

11            Kaidi, Kaidi says that the lower part is a spindle

12    cover.  It's a decoration.  It's for collecting grease.  It's

13    not part of the guide section.

14            We disagree.  We believe that common sense and the

15    evidence will show that this is a two-part guide section.

16            Now, there are three other claims that are also

17    involved in this suit, and these are Claims 26, 27, and 28.

18            And these add additional elements to Claim 1.  All

19    right?  And I don't think there's any dispute, and that's what

20    I heard earlier during the opening.  Said it's not important.

21    There's no dispute that this is metal.  There's no dispute that

22    this is metal (indicating).  Claim 26 requires that the two

23    parts are metal.

24            There's no dispute that this part is aluminum

25    (indicating).

1    There's no dispute that this part is aluminum

2  (indicating).

3    And, again, this is the 005 I'm holding (indicating).

4    And there's no dispute that these two parts, A and B,

5  are cut of extruded material cut to length.

6    Now, I think it's important to talk a little bit more

7  about what "guiding" means.  All right?  And if you take a look

8  at Figure 1 -- which, again, it's an example.  This is Figure 1

9  in the patent, and this is an example.  Right?  It's not the

10  claims.  It's an example.

11    So you don't compare the figure to determine -- you

12  have to look at the claim language.  It's all about the claim

13  language.  It's not about finding some sort of connection

14  between this drawing.  But this is an embodiment, and so it's

15  good to explain one embodiment.

16    So let me show you what we're looking at in this

17  particular figure.

18    So this is Figure 1 of the patent, and it's a side

19  view.  So if you picture yourself looking into the side of

20  this, there's some cutaway on the motor side.  But you can see

21  there's a spindle shown in orange.

22    There's a slider.  And, again, that slider is going to

23  move back and forth.  There's an upper guide section

24  (indicating), and there's a lower guide section (indicating).

25  And there's a slit (indicating), and the slit exists on both

1    sides.

2         And we just colored that so you can see these elements

3    a little clearer.  And, you know, this is a collection of these

4    elements together as shown on Figure 1.

5         Okay.  Now I want to bring this alive a bit and show

6    you in an animation.  You can see this three-dimensional

7    rendition come up on your screen.  We'll see it start to move

8    in just a moment.

9         And this gives you kind of the imagery of what it

10   looks like if you're looking into now, into the spindle, right

11   into that spindle.  You can see the spindle (indicating).  You

12   can see the guide section up top (indicating).  You can see the

13   guide section on the bottom (indicating).  And you can see that

14   slider (indicating).  And let's watch it move.

15   (Animation played.)

16   **MR. JOHNSON:**  And there it slides back and forth,

17   okay, along the two-part guide section.

18        Now, again, we got to go back to the claim.  We don't

19   look at the figures.  We look at the figure for education, but

20   we look at the claim for determining the mete and bound of the

21   invention.

22        And, again, this claim, the dispute is all about

23   whether there's a two-part guide section in this device.

24        Let's take a closer look at this Kaidi 005.

25        Part of the guide section, the top part, part of the

1  guide section, Kaidi says, No.  We believe the common sense is

2  evident, and the evidence will prove that it is part of the

3  guide section.

4        The slider slides along the two-part guide section.

5  There's a slit.  I don't think there's a dispute about the slit

6  on both sides.

7        And if we twist this and we cut it, what you'll see is

8  you'll see a top part (indicating); you'll see a bottom part

9  (indicating); and you'll see the cut part of the slider

10  (indicating).  And when this slider moves back and forth, it

11  moves along the two-part guide section.

12        Here we've extracted the two-part guide section; as

13  the evidence will show, both of these sections participating in

14  the guiding of the slider as it moves back and forth.

15        Counsel for Kaidi introduced his witnesses, and I'll

16  do the same.  We've already did a little bit of that.  But you

17  will hear from Mr. Kleinle, who, again, is the head of

18  DewertOkin.

19        You'll hear from Philip Brown, president and CEO of

20  Okin America.

21        Greg Bowen, from the Mississippi plant, you'll hear

22  from him.

23        And you'll also hear from two of our experts, James

24  Babcock and Richard Troxel, technical expert and damages

25  expert.  And, you know, they can explain the technology and the

 1    damages issue to you.  I'm going to leave most of that to them.

 2          I want to talk a little bit about the history of --

 3    the 005 history, that is.

 4          So Kaidi starts to develop its first linear actuator

 5    product in 2006.  We heard about that.  It obtains an Okin

 6    BetaDrive.

 7          There's no dispute that it got this BetaDrive.  No

 8    dispute that it took it apart.  There's no dispute that it

 9    analyzed it.  And there's no dispute that it then started

10    development of the 001 in 2006, September/October time frame.

11    There's no dispute that that particular 001 product didn't make

12    it to the marketplace.

13          Next was the 002.

14          Next was the 003.

15          And there's no dispute that a customer informed Okin

16    about -- informed Kaidi about Okin's patent in 2008.

17          And we heard about the shift to the 004 product.  We

18    heard about the shift to this single-guide section product.

19    And as Mr. Rosenthal said, we're not going to dispute that.

20    Okin does not dispute that they moved to a single-part guide

21    section product.

22          And we heard about the start of the development of the

23    005 and also about the sales of the 005 in the U.S, the first

24    sales of the 005 in the U.S. in 2012.

25          So really, we're on the same page with respect to many

 1    of these events.  But one thing I want to highlight is what

 2    happened after this litigation started.

 3            Okin asserted infringement against Kaidi's 005

 4    April 2013 as having a two-part guide section.

 5            Kaidi denies that it's a two-part guide section.

 6            Now, in December of 2013, Kaidi makes its first sale

 7    of the 007 product, and this is important.

 8            This is a metal product, the 005.  And with respect to

 9    the precise issue that is in dispute in this case, whether this

10    is part of the guide section, Kaidi switches its part to

11    plastic (indicating), goes to plastic.

12            Let's continue on some additional events.

13            In August of 2014, Mr. Yao, sitting in the back,

14    submits a declaration in this case saying that Guide Rail A on

15    technical documents is really or should be named a spindle

16    cover.  Okay.  We're not going to go to the next slide.

17            Yes, here we'll go.

18            So in this technical document -- and you saw it in the

19    opening of Mr. Rosenthal.

20            This technical document identifies two guide rails:

21    Guide Rail A and Guide Rail B.  And this is with respect to the

22    KDP'005 product, and this is an internal technical document.

23            After this was raised, the declaration was submitted

24    by Mr. Yao, one of the lead engineers at Kaidi, saying that

25    that was a mistake.

1        And this is the precise issue that is being litigated

2    in this case, whether this product is a two-part guide or a

3    one-part guide, the precise issue Mr. Yao comes back and says

4    that this is a cover rather than a guide.

5        In December of 2014, the 005 engineer who designed

6    this product, Mr. Zhu, he admits that a Guide Rail A, this

7    Guide Rail A, can prevent the movement in a downward direction

8    of the slider.

9        And during his deposition, he drew out an exhibit.

10   And you can see that exhibit.  And he said specifically that

11   the lower guide rail, this Guide Rail A, can prevent the

12   Y minus direction movement of the slider as it's moving along.

13   If it's preventing the movement downward, we would submit that

14   that is evidence of guiding.

15       Okin's technical expert, Mr. Babcock, you'll see him

16   during the trial.  He analyzes the 005, and he analyzes it with

17   both parts present.  He doesn't take the part off and analyze

18   it that way.

19       He analyzes it as installed in the chair and used in

20   normal operation, and that's important.  These aren't designed

21   to be walked around a courtroom and shown to a jury.  They're

22   not made for that purpose.  They're made to actually sit in

23   chairs and to be subjected to various forces.

24       His analysis relies on many items, including the

25   patent documents, physical examination, technical drawings from

 1    Kaidi, witness testimony, and testing, such as contact testing.

 2    And you heard a little bit about that from Mr. Rosenthal,

 3    strain/force testing.

 4          For example, with respect to this contact testing,

 5    yes, he did place a marker application on the side of the guide

 6    rails, and he ran the slider back and forth.  And the slider

 7    rubbed off the marker, and that is evidence of guiding.

 8          Now, Mr. Rosenthal used an example of a train coming

 9    into the station.  I don't know of many trains that actually

10    scrape up against the side of the platform when they're coming

11    into the train -- into the station.

12          But with respect to this product, as it's going back

13    and forth, it makes the contact, as the evidence will show, and

14    it participates -- the lower guide rail and the upper guide

15    rail both participate in the guiding of the slider.

16          Another testing example is strain/gauge testing that

17    Mr. Babcock did that measures certain forces applied to the

18    lower guide rail and the upper guide rail.  And he will explain

19    all of that, very simple.

20          And you can make the judgment call with respect to his

21    testing, and you can apply your own common sense and perception

22    to that.

23          Just very quickly on the validity of this patent.

24          Kaidi relies on one piece of prior art, the Takei

25    reference.  And that reference was already considered by the

1    Patent Office when it was granted.

2            In fact, if you look at the front cover of the patent,

3    Takei is listed right there.  The examiner considered this

4    piece of prior art and granted this patent in 1999.  This

5    patent has been alive for almost 20 years now.

6            Kaidi's not challenging, by the way, Claims 26, 27,

7    and 28.  Only challenging Claim 1.

8            Damages.  The evidence will show that the Okin

9    BetaDrive has been a successful product over the years.  You

10   can see from this slide here from 2009, the sales were moving

11   in a trajectory upward.  And you can see what happened in 2013.

12   Okay?

13           Now, this patent has withstood time, and you can see

14   this value throughout that time.

15           And what Kaidi is seeking here -- or what, rather,

16   Okin is seeking here is what is known as a reasonable royalty.

17   And this is the rent for the use of this patent.  And that rent

18   is based on the overall sales of the systems of the 005 from

19   April 3rd, 2013, when we started our lawsuit against Kaidi.

20   And through the time of April 30th, 2015, the overall sales

21   would be about $8.2 million.

22           And the reasonable royalty that we seek is in the

23   range of about $1.2 million.  And the evidence will show that

24   we are entitled to this rent for the use of this patent.  After

25   it's expired, we will agree it's free to be used by the public

1   'cause that's the bargain we got.  The bargain we got is that

2   we got the exclusive right to the end of it, but not until the

3   end of it.

4          In summary, Okin owns this patent.  There's no doubt

5   about that or no dispute about that.  And Kaidi infringes with

6   its 005.  The evidence will show that.

7          The evidence will show that this system includes a

8   two-part guide system and that the slider slides along and the

9   two parts help guide the slider along as it moves on its path.

10         And the evidence will show that Kaidi owes Okin

11  royalty payment for the infringement.

12         Thank you, Your Honor.

13         **THE COURT:**  Thank you.  Appreciate it.

14         All right.  So, ladies and gentlemen, it's fairly

15  close to 5 o'clock.  It's been a busy day already.  I think

16  rather than trying to get started with a witness, we ought to

17  let you go home.

18         As I told you, we're not sitting tomorrow.  You don't

19  need to come in tomorrow.  But you'll be coming in Wednesday.

20  And I'll ask you to be here on time.  I'm hoping to get started

21  at 9:30 on Wednesday morning.

22         I should tell you that if we start at 9:30 or 10:00,

23  it doesn't mean that people are not doing work before that

24  time.  There are other things that we might try to get done at

25  the beginning and end of the day, but I think we can go ahead

 1    and start at 9:30 on Wednesday.

 2           Just leave your notes and binders and all that sort of

 3    thing here.  Don't talk about the case.  Keep an open mind.

 4    Don't go do any research about the case.

 5           I appreciate very much your time so far.

 6           And Ms. Moyé can let you know if there's anything --

 7    talk to you if you have any questions, but you are excused

 8    until 9:30 Wednesday morning.

 9           Thank you very much.

10        (Jury excused at 4:47 p.m.)

11           **THE COURT:**  All right.  Thank you.

12           You can all have a seat again.

13           Why don't we look forward to Wednesday for just a

14    moment and tell me the witnesses you're expecting to call.

15           That would be Okin.

16           **MR. GORMAN:**  Okin will start off with Mr. Bowen.  I've

17    already informed Mr. Hnath about this, Your Honor.  And then we

18    will follow with Mr. Brown.

19           **THE COURT:**  Brent?

20           **MR. GORMAN:**  Brown.

21           **THE COURT:**  Oh, Mr. Brown.  Yes.  Okay.  All right.

22           Any particular issues we want to anticipate for

23    Mr. Bowen or Mr. Brown?

24           **MR. GORMAN:**  I think that may take the whole day.  I

25    hope not.  I think we may play a video.  We will certainly

1  advise opposing counsel who, but we may play a video, one or

2  two.

3          And then after that, I think we'll be in Mr. Babcock.

4  So hopefully we may get to him on Wednesday.  We're trying to.

5          THE COURT:  Okay.

6          MR. GORMAN:  We're trying to.

7          THE COURT:  Okay.  Appreciate that.

8          Any particular issues, objections, and so forth?

9  Anything we can anticipate regarding Mr. Bowen or Mr. Brown?

10          MR. GORMAN:  I think we do have the Southern Motion

11  issue with Mr. Brown, so that's a ways away.  Actually, we have

12  tomorrow to talk about it.

13          I don't know.  We might be able to reach some

14  agreement on it, but I think that's an issue that will

15  affect -- Your Honor, I can't think of any issue that affects

16  Mr. Bowen.

17          Can you, John?

18          MR. JOHNSON:  No.

19          THE COURT:  Okay.  Thank you.

20          MR. HNATH:  I agree, Your Honor.

21          THE COURT:  Mr. Hnath.

22          MR. HNATH:  Why don't we talk to counsel.  Maybe we

23  can get together before 9:30, so 9 o'clock Wednesday, if that

24  makes sense.

25          THE COURT:  Sure.  You mean you'd like to get together

 1   in court or --

 2           **MR. HNATH:**  If there are any issues to raise.

 3           **THE COURT:**  Sure.  I was going to say we can do that,

 4   or you all can come to chambers a little bit after 9:00 on --

 5           **MR. HNATH:**  That would be fine.

 6           **THE COURT:**  Let's say 10 after 9:00 on Wednesday, if

 7   you've got issues.

 8           **MR. GORMAN:**  Right.  We're going to talk tomorrow.

 9           **THE COURT:**  Right.

10           **MR. GORMAN:**  Maybe we won't have issues.

11           **THE COURT:**  Maybe you won't have issues.  That would

12   be delightful.

13           **MR. GORMAN:**  You never know.

14           **MR. HNATH:**  So just to clarify, tomorrow it's -- or

15   Wednesday, it's Babcock, Brown --

16           **MR. GORMAN:**  No.  I think I said --

17           **MR. HNATH:**  Bowen, Brown, Babcock, the three Bs.

18           **MR. GORMAN:**  Well, no.  I also said we may play a

19   video.

20           **THE COURT:**  And a video, but you're going to tell

21   them --

22           **MR. GORMAN:**  Absolutely.

23           **THE COURT:**  -- what that video might be.

24           **MR. GORMAN:**  I think we'll regroup tonight and

25   tomorrow decide.

1          **THE COURT:**  Okay.

2          **MR. GORMAN:**  Thank you.

3          **THE COURT:**  All right.  Anything else that would be

4    helpful to talk about right now?

5          Okay.  Thank you all very much.  I will see you on

6    Wednesday.

7          (Court adjourned.)

8

9       I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

10   the foregoing is a correct transcript from the stenographic

11   record of proceedings in the above-entitled matter.

12

13                    _____/s/_____

14                    Douglas J. Zweizig, RDR, CRR
                     Registered Diplomate Reporter
                     Certified Realtime Reporter
15                   Federal Official Court Reporter

16                    DATE:  May 12, 2015

17

18

19

20

21

22

23

24

25

MR. AUTUORO: [11]  4/5 4/11 4/18
25/13 25/15 26/3 26/20 27/21 28/12
29/24 30/16
MR. GORMAN: [13]  95/15 95/19 95/23
96/5 96/9 97/7 97/9 97/12 97/15 97/17
97/21 97/23 98/1
MR. HNATH: [15]  3/2 3/5 3/7 3/11 3/15
3/23 4/1 24/7 32/3 96/19 96/21 97/1 97/4
97/13 97/16
MR. JOHNSON: [7]  23/22 30/23 31/9
74/13 74/21 87/15 96/17
MR. ROSENTHAL: [21]  4/14 6/11 6/20
23/24 24/11 25/5 25/9 26/23 28/9 28/17
29/3 29/8 29/16 30/9 30/17 30/19 30/24
31/8 33/13 36/5 71/7
THE CLERK: [2]  5/13 5/16
THE COURT: [59]  2/5 3/4 3/6 3/10 3/13
3/18 3/24 4/4 4/9 4/13 4/16 4/19 5/12
5/18 6/13 6/22 7/5 23/23 23/25 24/9 25/4
25/8 25/11 25/14 26/1 26/18 26/22 27/13
28/4 29/2 29/15 30/7 30/11 30/14 31/1
31/10 31/14 36/3 71/5 74/11 74/15 74/20
94/12 95/10 95/18 95/20 96/4 96/6 96/18
96/20 96/24 97/2 97/5 97/8 97/10 97/19
97/22 97/25 98/2

$
$1.2 [1]  93/23
$1.2 million [1]  93/23
$8.2 [1]  93/21
$8.2 million [1]  93/21

'
'144 [22]  7/1 7/17 7/21 7/25 8/7 8/12 8/14
8/24 12/20 13/2 13/7 13/17 20/25 21/10
45/24 55/1 57/16 77/7 79/22 80/23 81/14
82/23
'144 patent [21]  7/1 7/17 7/21 7/25 8/7
8/12 8/14 8/24 12/20 13/2 13/7 13/17
20/25 21/10 45/24 55/1 57/16 77/7 79/22
81/14 82/23
'90s [1]  82/15
'cause [3]  66/8 66/19 94/1

/
/s [1]  98/12

0
001 [4]  52/12 52/13 89/10 89/11
002 [2]  52/14 89/13
003 [4]  52/15 57/13 58/2 89/14
004 [7]  57/13 57/20 57/25 58/2 58/11
59/6 89/17
005 [31]  8/4 8/4 36/18 38/8 58/10 59/1
62/14 63/24 64/6 64/13 69/7 69/10 77/9
78/21 80/5 83/13 83/14 85/5 85/7 86/3
87/24 89/3 89/23 89/23 89/24 90/3 90/8
91/5 91/16 93/18 94/6
006 [1]  64/1
007 [6]  63/21 63/25 64/4 64/13 64/17
90/7

1
10 [2]  2/23 97/6
101 [1]  1/24
10:00 [2]  22/20 94/22
11 [3]  1/7 2/23 3/4
12 [1]  98/16

12th [2]  79/2 79/3
13 [2]  2/23 9/14
1357 [1]  26/17
145 [2]  29/16 29/17
17-minute [1]  6/1
1798 [1]  1/4
1893 [1]  48/25
1987 [1]  57/3
1992 [2]  42/8 42/25
1993 [1]  46/14 51/17 69/4
1995 [1]  79/2
1999 [1]  93/4
1:00 [1]  22/23

2
20 [3]  42/12 80/24 93/5
20 years [1]  78/25
20-plus [1]  42/11
2002 [1]  26/17
2006 [5]  52/8 81/9 81/9 89/5 89/10
2008 [5]  54/23 55/7 55/21 56/25 89/16
2009 [3]  51/6 51/8 93/10
2010 [2]  45/4 61/8
2011 [2]  63/11
2012 [4]  38/8 61/9 71/12 89/24
2013 [6]  38/9 64/22 90/4 90/6 93/11
93/19
2014 [2]  90/13 91/5
2015 [4]  1/7 79/3 93/20 98/16
21201 [1]  1/25
23 [1]  3/6
24 [2]  3/18 44/23
24-year-old [1]  44/25
25 [1]  42/11
26 [11]  7/24 8/5 8/12 10/16 11/2 20/25
49/6 78/14 85/17 85/22 93/6
27 [11]  7/24 8/5 8/12 10/16 11/2 20/25
49/6 55/21 78/14 85/17 93/6
279 [1]  26/17
27th [2]  55/7 56/3
28 [10]  7/24 8/6 8/12 10/17 11/2 20/25
49/6 78/15 85/17 93/7
28th [1]  64/22
29 [1]  10/14
2:00 [1]  2/7 22/24
2:10 [1]  5/12
2:54 p.m [1]  24/9

3
30 [2]  42/9 42/13
300 [1]  56/10
30th [1]  93/20
3:12 [1]  31/14
3rd [1]  93/19

4
43 [1]  24/16
45 [1]  28/14
4:47 p.m [1]  95/10
4th [1]  1/24

5
5 o'clock [2]  23/10 94/15
5,927,144 [2]  7/15 45/24
5,927,144 Patent [1]  77/1
5:00 [2]  22/24 23/7

7
7D [1]  1/8

8
9 o'clock [1]  96/23
900 [1]  42/12
9:00 [2]  97/4 97/6
9:30 [8]  22/19 22/20 31/7 94/21 94/22
95/1 95/8 96/23

A
able [11]  23/9 37/11 44/14 54/12 60/18
64/18 67/8 67/16 72/3 76/2 96/13
about [150]
above [3]  14/1 67/18 98/11
above-entitled [1]  98/11
absolute [2]  41/16 71/24
absolutely [4]  18/9 38/19 52/20 97/22
absorb [2]  82/3 82/6
abstract [2]  9/10 9/13
accepting [4]  84/8 84/8
Access [1]  26/16
accuracy [2]  66/5 66/6
accused [4]  25/23 26/22 28/1 37/2
accuses [1]  8/2
acting [3]  67/7 67/21 68/6
action [2]  4/8 69/22
actual [2]  27/21 77/15
actually [26]  3/20 4/21 5/24 22/20 30/14
39/15 39/16 41/1 45/4 45/24 47/22 53/10
54/8 57/2 59/1 62/13 63/7 65/4 76/7
77/17 77/20 81/20 81/21 91/22 92/9
96/11
actuator [25]  7/22 8/3 8/4 36/22 36/24
37/2 46/15 46/24 46/25 52/10 52/11 56/4
77/19 77/21 77/22 78/21 79/23 80/10
80/18 80/21 81/9 81/16 82/6 82/24 89/4
actuators [14]  36/23 40/6 40/22 48/19
49/1 50/3 51/2 51/11 52/8 65/11 69/3
80/11 80/16 81/17
add [5]  3/21 4/18 49/9 49/12 85/18
addition [3]  21/13 32/16 75/22
additional [6]  7/8 14/1 21/19 61/2 85/17
90/12
additionally [1]  7/2
adequately [1]  21/7
adjourned [1]  98/7
adjuster [3]  48/4 50/5 84/18
adjusting [3]  10/7 47/7 83/22
admissible [1]  30/7
admission [1]  30/2
admit [1]  48/21
admits [1]  91/6
admitted [4]  14/19 14/21 15/10 29/23
advance [1]  11/7
advise [1]  96/1
affect [1]  96/15
affects [2]  84/21 96/15
affirmed [1]  5/16
after [14]  2/7 9/13 9/15 20/23 22/16
43/23 79/6 79/11 90/2 90/23 93/24 96/3
97/4 97/6
afternoon [3]  22/25 32/5 33/14
again [33]  4/20 10/2 11/24 12/8 13/8 14/3
17/14 19/1 19/6 21/2 22/6 22/15 22/23
28/16 33/7 52/15 56/24 61/22 63/22
64/17 73/19 74/9 81/15 82/10 82/13 83/8
86/3 86/8 86/22 87/18 87/22 88/17 95/12
against [7]  4/9 26/15 30/2 71/13 90/3
92/10 93/19
ago [2]  43/16 63/11

## A

agree [10] 24/25 48/21 58/4 61/25 63/16 75/4 83/11 85/3 93/25 96/20
agreed [5] 6/8 25/3 28/12 28/13 55/22
agreement [2] 28/18 96/14
agrees [2] 47/18 56/1
ah [1] 37/8
ahead [3] 5/7 74/17 94/25
air [3] 38/18 38/23 71/16
AL [2] 1/3 1/5
alert [1] 27/20
alive [2] 87/5 93/5
all [106]
allegation [1] 64/23
allegedly [1] 7/21
Allen [2] 1/20 32/19
allergy [1] 34/21
allowed [7] 25/6 26/2 27/16 45/12 45/13 45/19 72/16
allows [2] 36/19 82/20
almost [4] 29/6 42/11 53/22 93/5
along [22] 2/19 6/18 6/25 11/19 14/5 32/21 57/22 60/15 62/1 62/2 62/8 63/24 66/8 66/11 69/21 70/7 87/17 88/4 88/11 91/12 94/8 94/9
already [16] 7/9 7/12 14/6 17/18 19/4 42/7 43/7 45/23 46/5 59/13 63/17 77/15 88/16 92/25 94/15 95/17
also [40] 1/18 3/21 7/18 8/6 9/5 9/21 10/23 11/5 11/15 14/6 18/15 18/23 21/5 24/16 32/18 33/5 33/15 43/8 43/21 44/3 48/8 49/5 49/6 49/22 59/21 64/1 65/8 66/3 66/13 69/9 74/23 75/9 75/19 76/1 76/12 84/24 85/16 88/23 89/23 97/18
although [2] 2/10 18/23
aluminum [3] 49/10 85/24 86/1
always [6] 19/19 27/13 42/24 51/5 58/24 72/18
AMERICA [9] 1/5 1/19 44/22 75/17 76/6 76/9 80/9 80/12 88/20
American [1] 44/21
among [2] 40/21 52/9
amount [4] 3/23 14/1 21/6 21/16
analogize [1] 28/22
analogy [4] 25/22 28/15 29/1 70/9
analysis [2] 27/11 91/24
analyze [1] 91/17
analyzed [1] 89/9
analyzes [3] 91/16 91/16 91/19
animation [5] 57/14 59/5 60/25 87/6 87/15
animations [1] 76/20
annoying [1] 19/7
another [11] 12/23 13/6 15/21 16/16 18/2 51/7 67/11 71/7 76/9 76/15 92/16
answer [7] 31/25 37/11 70/16 70/22 71/2 71/5 73/9
answered [1] 31/21
anticipate [2] 95/22 96/9
anticipated [2] 13/15 13/16
any [47] 3/1 3/1 8/14 12/5 13/17 13/24 14/1 14/11 14/19 14/21 15/1 15/7 15/8 15/9 17/6 17/6 17/8 17/8 17/11 17/22 17/23 20/11 21/2 21/19 21/24 23/13 25/1 29/24 37/20 43/11 46/23 53/7 63/14 64/10 64/22 64/23 65/13 66/18 66/19 78/16 85/19 95/4 95/7 95/22 96/8 96/15 97/2

anybody [3] 5/3 17/14 23/4
anybody's [2] 56/22 71/25
anymore [2] 36/13 56/11
anyone [7] 4/25 16/23 16/24 17/1 17/1 41/14 41/15
anything [21] 2/13 2/18 5/10 14/11 15/4 23/21 28/9 30/19 35/9 39/7 58/22 60/6 61/16 61/23 62/2 63/17 66/2 68/9 95/6 96/9 98/3
apart [1] 89/8
apologize [1] 19/7
application [8] 46/9 46/14 46/14 51/18 78/25 79/2 82/16 92/5
applications [1] 80/12
applied [5] 9/7 20/13 51/18 82/16 92/17
applies [3] 11/12 14/8 22/10
apply [12] 11/21 12/1 12/12 14/9 15/20 19/22 27/10 35/7 35/8 74/3 75/6 92/21
appreciate [5] 32/12 33/24 94/13 95/5 96/7
approach [1] 66/21
approaching [1] 41/20
approximately [1] 22/24
April [4] 38/9 90/4 93/19 93/20
April 2013 [1] 90/4
April 30th [1] 93/20
April 3rd [1] 93/19
apt [1] 70/9
aptly [1] 35/5
are [114]
aren't [2] 72/4 91/20
argue [5] 8/6 15/9 28/20 34/19 35/10
argues [1] 7/23
arguing [2] 35/9 61/4
argument [6] 25/18 25/20 28/16 60/11 64/25 68/19
arguments [5] 14/24 22/9 22/12 28/25 31/12
around [14] 4/25 5/6 19/12 22/23 25/8 36/5 48/7 50/4 51/19 51/23 57/9 57/24 63/18 91/21
arrangements [1] 30/21
art [22] 8/10 11/22 11/24 12/2 13/13 24/15 24/22 25/21 26/8 26/11 26/22 27/6 27/7 27/17 41/10 68/12 68/15 68/23 69/14 92/24 93/4
article [1] 17/12
as [104]
Ashley [2] 41/20 59/15
ask [8] 5/24 16/22 23/12 23/18 70/12 73/3 74/3 94/20
asked [12] 11/6 12/13 12/13 12/17 13/6 22/13 37/24 49/14 60/22 65/11 70/10 70/22
asking [5] 28/25 31/17 31/19 35/7 72/15
asks [1] 28/24
aspect [1] 83/12
assembly [3] 53/18 62/18 62/22
asserted [4] 8/1 11/1 12/19 90/3
asserts [2] 3/23 21/7
assessed [1] 12/21
assistance [1] 76/23
associated [4] 77/18 77/19 84/3 84/5
assume [1] 4/24
assuming [1] 28/11
assurance [2] 41/13 41/15
attached [4] 36/11 47/20 48/3 67/18
attended [1] 45/2
attention [7] 18/16 19/2 23/3 23/3 31/23

31/23 33/24
attorneys [1] 78/15
attorneys [3] 22/2 22/9 32/16
attorneys' [1] 22/6
audience [2] 44/4 45/17
August [1] 90/13
Autuoro [2] 1/17 76/17
award [3] 13/21 13/24 13/25
awarded [2] 8/16 13/19
away [5] 17/3 52/2 55/5 56/10 96/11

## B

Babcock [8] 69/19 71/3 88/24 91/15 92/17 96/3 97/15 97/17
Babcock's [3] 67/1 67/25 70/23
Bachelor's [1] 65/18
back [31] 2/9 24/7 31/15 36/2 36/20 37/1 38/8 51/18 54/12 59/17 66/17 66/20 69/23 73/2 75/24 76/15 77/23 81/14 81/14 84/20 84/23 85/8 86/24 87/16 87/18 88/10 88/14 90/13 91/3 92/6 92/12
background [3] 6/2 7/8 34/2
bad [1] 66/21
Baltimore [5] 1/8 1/25 41/2 41/7 44/12
bankrupt [1] 51/6
barbed [1] 46/20
barbed-wire [1] 46/20
bargain [1] 79/14 79/15 94/1 94/1
based [9] 17/16 34/8 34/8 34/8 37/24 42/19 51/17 79/14 93/18
basic [8] 8/19 47/6 47/8 47/10 48/6 48/18 52/15 83/23
basically [1] 67/25
basis [2] 12/22 16/15
be [191]
bears [1] 39/1
beat [1] 45/1
because [23] 2/14 13/10 19/19 26/7 37/21 38/15 38/22 41/6 48/4 49/18 53/7 57/13 61/1 62/11 64/2 67/2 67/4 67/7 69/6 71/16 73/14 81/10 82/5
become [1] 5/4 8/25 56/16
Becomes [1] 59/19
bed [2] 40/7 80/11
been [40] 3/9 7/12 7/12 7/19 8/12 8/15 8/18 12/13 13/18 13/22 14/21 15/10 15/19 16/13 19/25 20/8 20/9 20/10 20/25 26/9 27/8 44/2 48/7 49/1 50/4 51/5 51/16 51/19 54/11 55/1 56/15 56/20 62/15 63/18 72/2 72/3 80/16 93/5 93/9 94/15
before [18] 1/10 2/9 2/12 4/20 5/20 22/11 23/22 35/19 39/10 39/12 39/24 45/14 48/20 51/5 52/13 63/11 63/14 63/22 64/19 64/22 64/23 64/24 65/2 68/23 69/3 83/5 94/23 96/23
begin [3] 8/25 19/14 22/19
beginning [3] 42/25 60/18 94/25
begins [2] 9/9 10/7
behalf [4] 30/4 30/6 33/11 33/18
being [13] 9/25 12/17 20/4 20/21 24/22 28/23 31/20 50/10 63/18 66/19 67/17 70/10 91/1
believe [14] 4/6 4/12 22/3 22/4 22/20 24/5 24/24 30/10 31/1 31/16 32/3 74/5 85/14 88/1
bench [3] 19/5 19/5 19/9
benefit [2] 82/24 82/25
best [5] 5/4 30/14 41/16 43/18 75/3
BetaDrive [11] 25/2 51/14 51/25 52/18

**B**

BetaDrive... [7]  75/21 80/19 80/21 83/13 89/6 89/7 93/9
better [5]  43/17 52/22 72/13 72/14 72/14 34/7 48/8 57/5 64/12 70/24 86/14
beyond [2]  20/14 20/19
big [3]  51/9 71/19 72/8
bigger [1]  41/4
binder [1]  7/4
binders [2]  83/2 95/2
bit [16]  2/8 6/1 7/9 13/14 19/12 19/18 23/10 35/23 41/4 81/10 86/6 87/5 88/16 89/2 92/2 97/4
black [1]  47/21
BLAKE [3]  1/10 35/5 36/18
block [1]  84/19
blogs [1]  17/10
boards [1]  40/19
boils [1]  85/3
bolt [1]  47/23
book [1]  57/8
books [1]  55/7
both [16]  12/9 16/19 30/1 31/5 31/12 37/14 39/25 55/20 62/20 84/15 84/16 86/25 88/6 88/13 91/17 92/15
bottom [1]  58/13 67/13 87/13 88/8
bound [1]  87/20
boundaries [1]  83/16
Bowen [8]  1/19 75/14 88/21 95/16 95/23 96/9 96/16 97/17
box [2]  19/13 23/14
break [5]  23/1 23/4 23/22 41/17 83/19
breaks [1]  22/24
breakthrough [2]  80/20 83/4
Brent [1]  95/19
Brian [3]  1/13 32/16 33/15
brief [4]  4/7 7/11 9/11 32/14
briefings [1]  30/4
briefly [6]  4/20 9/1 10/16 25/16 72/17 82/12
bring [4]  5/7 41/22 67/12 87/5
bringing [1]  19/4
brought [2]  46/10 49/24
Brown [11]  32/6 76/5 88/19 95/18 95/20 95/21 95/23 96/9 96/11 97/15 97/17
Bryan [1]  32/17
Bs [1]  97/17
buildings [1]  42/25
built [3]  42/14 42/14 45/3
bunch [3]  28/19 28/19 53/5
burden [4]  2/24 39/2 39/4 66/14
business [3]  41/5 42/18 81/9
busy [1]  94/15
Butang [1]  33/5
button [1]  35/20
buy [1]  40/10

**C**

Cal [1]  51/18
call [11]  15/16 21/20 42/4 42/5 48/4 52/13 62/23 65/4 78/21 92/20 95/14
called [38]  7/13 7/13 9/9 10/3 10/12 13/13 14/18 19/6 19/15 20/9 26/4 29/14 36/18 36/22 38/11 43/10 48/3 49/18 51/7 51/14 52/12 57/12 57/13 58/10 59/1 63/2 63/10 63/13 63/21 63/25 64/18 64/23 65/3 77/20 78/21 84/18 84/18

calling [1]  21/20
calls [1]  45/2
came [8]  2/9 16/6 57/12 63/14 66/15 74/1 77/24 80/21
can [106]
can't [16]  15/13 15/14 18/19 27/15 34/18 34/18 34/23 41/16 41/17 63/16 71/3 71/3 71/3 72/8 96/15
Canada [1]  43/17
cannot [1]  71/2
cares [1]  45/16
carpet [4]  58/17 58/18 59/16 59/17
carried [1]  42/15
case [123]
cases [10]  12/12 27/12 34/15 34/16 34/21 34/25 73/4 73/5 73/5 73/6
catch [4]  2/18 59/24 61/18 68/8
catch all [1]  2/18
catches [1]  64/9
CATHERINE [1]  1/10
caught [5]  4/3 59/16 59/18 59/19 60/4
causes [3]  36/10 36/25 36/25
CCB [1]  1/4
CCB-13-1798 [1]  1/4
Cease [2]  54/4 56/5 56/7
cell [1]  17/19
Center [1]  6/6
CEO [2]  76/9 88/19
certain [6]  11/5 14/23 15/18 16/3 29/14 92/17
certainly [4]  4/25 43/18 52/3 95/25
certainty [1]  20/20
Certified [1]  98/14
certify [1]  98/9
chain [1]  16/2
chair [33]  35/18 35/21 35/22 36/1 36/8 36/10 36/11 36/17 36/20 58/14 59/19 66/23 67/5 67/11 67/12 67/12 67/13 67/14 67/14 67/17 67/20 68/3 74/15 77/18 77/22 77/23 77/23 79/24 81/21 81/22 82/4 84/23 91/19
chairman [18]  32/25 42/4 42/5 42/6 42/6 42/22 43/7 43/9 43/11 43/18 45/11 45/18 55/8 55/9 55/16 56/5 73/2 73/7
Chairman Zhou [2]  42/5 45/18
chairs [4]  35/19 41/21 80/11 91/23
challenge [1]  44/25
challenging [2]  93/6 93/7
chambers [1]  1/4
chance [3]  21/23 22/9 30/13
change [3]  2/24 3/16 63/19
CHANGZHOU [6]  1/3 1/19 32/7 32/25 40/23 81/2
character [1]  55/15
charge [1]  80/2
chemicals [1]  34/22
Children's [1]  59/18
China [7]  40/25 41/1 41/23 41/24 44/13 50/24 81/5
Chinese [3]  40/3 44/24 55/22
chose [1]  39/13
chronological [1]  19/20
circuit [3]  26/10 26/17 40/19
circumstances [1]  16/2
circumstantial [4]  15/22 16/2 16/14 16/18
cite [1]  26/10
city [3]  33/22 40/23 41/8
CIVIL [1]  1/4
claim [71]  2/18 4/1 5/8 5/10 8/6 8/13 8/14

10/4 10/6 10/10 10/11 10/12 10/16 10/24 11/19 11/19 11/21 11/23 11/20 11/22 11/24 12/22 12/22 12/23 13/4 13/7 13/7 13/10 13/12 13/15 13/17 20/7 21/2 21/4 21/9 21/11 21/18 21/24 26/1 26/7 46/19 46/19 46/21 46/22 47/2 47/2 47/7 49/6 49/17 49/19 49/21 69/17 69/17 70/4 78/14 78/14 78/14 78/15 78/18 83/11 83/12 83/15 83/17 85/18 85/22 86/12 86/12 87/18 87/20 87/22 93/7
Claim 1 [4]  49/6 49/17 49/19 49/21
Claim 28 [1]  78/15
claim-by-claim [1]  12/22
claimed [6]  63/4 78/9 78/9 78/11 78/11 78/12
claims [39]  7/24 8/1 8/1 8/5 8/12 8/12 10/3 10/3 10/14 10/15 10/16 10/22 10/23 11/6 11/7 12/4 12/14 12/19 13/9 20/25 25/21 26/13 26/14 27/5 27/9 27/11 28/2 49/5 49/18 49/19 49/22 61/6 61/6 69/11 78/13 85/16 85/17 86/10 93/6
Claims 1 [1]  20/25
clarify [1]  97/14
class [1]  65/9
clear [13]  13/11 17/18 20/9 20/10 20/21 21/11 38/18 38/19 38/23 38/23 50/23 71/16 72/18
clearer [1]  87/3
clearly [1]  84/13
client [6]  32/22 33/19 36/17 38/7 39/25 40/2
clients [1]  32/11
climate [1]  41/3
close [6]  10/20 55/17 70/15 70/17 71/6 94/15
closer [3]  27/20 77/3 87/24
closing [2]  22/9 22/12
co [1]  76/14
co-counsel [1]  76/14
coast [2]  41/1 41/3
collecting [1]  85/12
collection [1]  87/3
colored [1]  87/2
column [8]  9/23 9/23 9/25 10/2 10/4 10/5 10/15 10/17
Column 1 [1]  9/23
columns [2]  9/19 9/19
combination [1]  85/1
come [15]  3/10 11/20 14/17 18/1 18/21 19/19 19/19 41/24 44/12 65/12 75/23 77/24 87/7 94/19 97/4
comes [6]  15/24 16/9 39/5 57/22 70/12 91/3
comfort [1]  71/24
coming [6]  46/20 76/22 77/3 92/8 92/10 94/19
comments [2]  22/5 22/6
Commission [1]  38/12
common [14]  15/17 15/20 34/8 35/6 35/7 71/4 74/1 74/2 75/5 75/7 82/10 85/14 88/1 92/21
community [1]  34/9
compact [3]  83/3 83/6 83/9
companies [6]  34/7 45/7 72/7 74/25 80/10 80/11
company [24]  1/3 32/8 40/3 42/6 42/8 42/9 42/12 42/12 42/23 43/5 43/15 43/22 44/13 44/24 50/21 51/2 51/7 52/8 55/8 55/15 55/16 69/2 71/22 75/25

# C

compare [3]  25/21 57/10 86/11
comparing [2]  83/13 83/14
comparison [9]  24/23 25/19 26/15 26/21
26/22 26/25 27/25 27/25 28/4
compensate [5]  8/16 13/19 13/24 14/2
21/7
compete [3]  72/3 72/8 72/9
completely [6]  11/13 11/13 11/14 11/14
18/19 59/11
complicated [2]  35/1 40/19
component [4]  11/17 11/18 48/15 63/13
components [2]  29/14 62/19
compromise [1]  30/25
concerned [2]  38/16 38/16
concessions [1]  28/19
conclude [1]  16/13
conclusions [1]  15/18
conduct [1]  16/21
conference [2]  19/5 19/13
conferences [1]  19/5
configuration [2]  67/11 67/15
configured [1]  67/16
confirm [1]  30/20
confirming [1]  68/6
confused [1]  67/20
Congress [1]  77/25
connection [2]  30/3 86/13
consider [11]  11/1 11/3 12/13 12/13
14/25 15/7 15/11 15/13 15/15 16/19
68/21
considered [4]  9/6 18/14 92/25 93/3
considering [1]  13/5
consistent [1]  63/7
consists [1]  14/16
Constitution [1]  77/25
construction [2]  5/8 5/10
contact [5]  70/24 70/24 92/1 92/4 92/13
contention [1]  20/24
continue [5]  10/5 10/14 21/1 60/25 90/12
continues [2]  3/9 10/9
control [6]  18/12 18/21 40/13 40/14 40/14
40/18
controlled [1]  81/24
conviction [1]  20/10
convincing [4]  13/11 20/9 20/21 21/11
Cooperation [2]  82/19 82/20
copy [2]  6/17 25/4
copying [1]  25/4
corporate [4]  1/19 1/19 33/3 43/10 75/13
75/13
correct [3]  64/19 75/8 98/10
couches [1]  40/7
could [7]  32/24 59/8 62/5 62/6 62/6 68/22
69/14
couldn't [1]  16/8
counsel [12]  15/9 23/20 27/1 27/23 28/14
31/24 36/4 43/10 76/14 88/15 96/1 96/22
Counter [6]  1/4 1/5 1/12 1/15 1/20 1/20
counterpart [1]  50/19
countries [3]  32/25 34/1 34/4 34/7
country [1]  34/5
couple [1]  43/19
course [7]  14/12 19/6 21/14 27/12 28/5
29/19 43/6
court [12]  1/1 1/24 18/24 23/18 29/24
38/10 38/11 73/4 74/22 97/1 98/7 98/15
courthouse [2]  16/6 33/22

courtroom [11]  1/8 5/12 15/5 16/11 17/2
17/5 17/17 29/3 37/8 72/11 91/21
courts [1]  34/2
cover [42]  9/2 9/10 24/21 27/4 54/11
59/23 59/23 60/1 60/5 60/5 60/9 60/9
60/16 60/23 61/1 61/15 62/22 63/13 64/7
64/16 64/24 65/3 65/4 65/13 65/24 66/11
66/12 66/16 66/17 67/6 67/6 67/22 68/6
68/22 69/9 69/13 69/13 70/24 85/12
90/16 91/4 93/2
covered [1]  7/23
create [1]  83/3
created [1]  83/8
credentials [1]  72/22
credible [1]  74/7
criminal [2]  20/12 20/14
critical [3]  48/10 48/10 83/12
CRR [3]  1/23 98/9 98/13
crux [1]  49/23
cushions [2]  35/24 82/5
customer [1]  41/20 89/15
customers [10]  38/17 44/1 53/6 53/19
58/19 58/21 59/15 71/9 71/21 72/8
cut [4]  86/5 86/5 88/7 88/9
cutaway [1]  86/20

# D

damages [20]  3/20 3/23 7/20 8/16 13/19
13/21 13/24 14/4 21/6 21/16 21/19 72/17
72/19 72/20 72/21 72/24 72/25 88/24
89/1 93/8
dangerous [1]  59/20
date [8]  9/3 9/5 54/23 54/25 78/25 79/2
79/3 98/16
date's [1]  54/23
dated [1]  64/21
day [14]  22/19 22/21 23/6 37/20 37/21
43/15 43/15 54/11 54/11 65/5 72/15
94/15 94/25 95/24
day-to-day [1]  54/11
days [2]  22/16 73/20
deal [5]  28/20 34/3 34/16 35/3 71/21
debated [1]  61/7
dec [1]  24/16
decades [1]  80/16
deceive [1]  66/8
deceiving [1]  66/9
December [2]  90/6 91/5
decide [18]  8/11 8/14 8/16 12/6 12/17
13/6 13/17 13/19 14/8 14/14 15/6 16/15
19/24 22/13 34/4 35/11 71/5 97/25
decided [8]  34/8 52/7 52/21 56/13 59/22
62/14 69/5 73/9
decides [1]  68/15
deciding [1]  19/23
decision [6]  10/25 14/16 15/11 17/15
37/21 37/24
decisions [4]  34/6 42/18 42/18 42/21
declaration [10]  29/7 29/10 29/11 29/14
29/17 29/22 30/3 30/14 90/14 90/23
decoration [3]  61/17 64/9 85/12
deed [1]  80/1
Defendant [6]  1/4 1/5 1/12 1/15 1/20 1/20
Defendant/Counter-Plaintiff [3]  1/5 1/15
1/20
defense [3]  26/5 26/11 27/7
defined [2]  78/4 85/2
defines [2]  46/19 46/22
definition [1]  11/21

degree [1]  20/20
degree [2]  57/17 65/16
deliberate [3]  16/24 18/22 23/12
deliberating [1]  23/8
deliberations [4]  17/25 18/5 23/9 23/17
delightful [1]  97/12
deliveries [1]  56/8
demonstrate [3]  24/22 42/22 77/16
demonstrating [1]  39/11
demonstration [1]  77/15
denies [2]  8/5 90/5
dependent [1]  49/19
depending [1]  19/22
deposition [5]  32/21 44/15 44/16 61/21
91/9
deputy [1]  17/3
derived [1]  82/13
described [3]  9/14 9/15 60/6
describes [1]  57/15
description [2]  8/20 8/21
design [22]  25/3 25/8 39/13 44/18 48/6
52/3 52/15 52/16 52/19 53/15 53/25 54/2
56/13 56/19 56/20 57/1 57/2 57/6 57/12
57/20 82/25 83/9
designed [13]  39/12 50/5 50/10 52/12
60/1 62/21 81/17 81/18 81/20 82/3 82/6
91/5 91/20
designing [1]  25/2
despite [1]  79/4
detail [1]  12/25
detailed [2]  11/9 12/8
details [1]  38/13
detect [1]  66/4
determine [4]  11/6 20/8 49/15 86/11
determined [3]  11/7 11/12 11/16
determining [1]  87/20
develop [1]  89/4
developed [7]  37/14 44/7 58/8 59/1 61/12
61/14 63/20
developing [2]  53/6 61/8
development [3]  52/5 89/10 89/22
device [15]  28/1 36/22 48/11 52/21 53/21
56/8 66/7 66/19 66/23 78/16 79/23 81/12
84/8 84/8 87/23
devices [4]  71/25 74/15 78/17 78/17
devise [1]  65/12
DewertOkin [4]  75/25 80/8 80/15 88/18
dictionaries [1]  17/9
did [25]  4/10 24/25 25/7 26/7 29/7 39/13
45/1 45/10 55/2 55/2 55/4 56/8 63/21
65/22 65/23 65/23 66/15 67/10 77/24
81/7 82/22 83/20 88/16 92/5 92/17
didn't [19]  4/15 4/24 5/3 16/11 16/12 38/9
39/9 39/19 42/24 43/12 52/23 63/19
67/12 73/6 73/14 73/15 73/17 83/4 89/11
Dietmar [1]  82/14
difference [8]  58/1 60/9 61/19 64/11
64/15 64/16 66/1 66/12
differences [1]  64/15
different [19]  10/11 10/12 12/24 14/7 18/3
20/12 29/22 30/10 40/3 43/1 54/3 54/23
56/13 57/18 67/10 67/13 69/5 72/6 73/22
difficult [3]  34/15 36/1 64/11
dimensional [1]  87/6
Diplomate [1]  98/14
dire [1]  2/2
direct [4]  15/22 15/23 16/19 62/1
direction [2]  91/7 91/12
director [2]  33/3 43/15

## D

directs [1]  70/7
disagree [1]  85/14
disclose [2]  69/6 79/17
disclosed [1]  46/15
discuss [3]  16/22 31/22 82/8
discussed [3]  4/7 9/25 28/11
discussion [2]  25/2 56/15
disfavor [1]  27/8
dispute [27]  3/12 10/18 48/19 75/1 77/7
79/7 83/24 85/3 85/21 85/21 85/21
85/24 86/1 86/4 87/22 88/5 89/7 89/8
89/8 89/9 89/11 89/15 89/19 89/20 90/9
94/5
disputed [1]  57/25
disputes [3]  6/4 34/6 34/7
disregard [3]  14/13 15/2 15/3
disregarded [1]  15/5
dissimilar [1]  41/1
distinction [1]  50/15
distinguish [1]  40/9
distinguishes [1]  44/1
distribute [1]  6/13
DISTRICT [2]  1/1 1/1
divided [2]  9/18 10/11
DIVISION [1]  1/2
do [70]  4/17 4/21 5/3 5/25 6/14 11/11
14/12 15/7 17/6 22/5 23/12 23/13 23/19
25/12 25/21 29/3 29/4 30/22 34/21 36/3
39/18 40/15 41/15 41/22 43/18 46/22
49/21 50/17 53/8 55/2 55/4 55/11 55/13
55/17 58/22 59/22 60/5 61/16 61/23 62/2
62/5 63/3 63/14 65/11 65/1 67/8 68/1
68/4 68/9 71/10 72/14 72/16 72/17 72/21
74/3 74/14 74/16 74/17 75/3 75/4 77/14
81/5 81/7 82/1 82/5 88/16 95/4 96/10
97/3 98/9
document [7]  54/1 62/12 63/1 63/9 90/18
90/20 90/22
documents [10]  6/19 9/5 62/13 65/1 65/2
65/4 76/19 76/24 90/15 91/25
does [25]  6/19 18/25 36/19 37/8 37/15
37/23 38/20 43/17 49/17 58/4 58/4 58/5
60/8 61/15 62/11 63/3 63/3 64/8 65/7
68/7 68/9 69/19 71/18 85/5 89/20
doesn't [24]  19/19 23/16 43/11 49/12
49/17 49/21 59/21 60/5 61/16 61/18
61/23 62/2 62/11 63/14 64/10 65/25
66/12 69/6 70/5 71/25 72/19 82/5 91/17
94/23
doing [10]  5/1 30/23 57/23 60/10 65/13
65/20 66/1 70/25 79/16 94/23
dollars' [1]  80/5
don't [53]  2/25 4/14 4/18 6/24 7/17 12/6
17/4 17/13 17/13 17/14 17/18 17/20
17/21 17/21 17/22 17/23 18/12 19/13
20/11 23/3 26/6 29/10 29/24 30/14 31/2
31/6 31/21 37/20 39/7 40/10 42/20 46/23
49/9 53/7 55/18 64/2 72/4 72/9 73/21
76/23 77/14 79/6 85/19 86/11 87/18 88/5
92/9 94/18 95/3 95/4 95/13 96/13 96/22
done [5]  22/8 45/8 65/22 65/22 94/24
doors [1]  45/1
doubt [3]  20/15 20/19 94/4
Douglas [3]  1/23 98/9 98/13
down [28]  9/22 9/24 18/8 18/19 18/24
24/10 31/21 31/22 35/21 36/14 36/20
41/17 45/1 48/2 48/5 51/24 51/24 55/10

## 57/10 60/13 62/6 66/24 67/5 67/6 76/7 82/5 83/19 85/3

downward [2]  91/7 91/13
Dr. [13]  24/19 65/15 66/3 66/25 67/8
67/10 67/24 68/4 68/20 69/18 70/2 71/2
72/22
Dr. Howard [12]  24/19 65/15 66/3 66/25
67/8 67/10 67/24 68/4 68/20 69/18 70/2
71/2
Dr. Varner [1]  72/22
draw [4]  15/16 15/18 25/22 69/23
drawing [3]  9/14 54/1 86/14
drawings [5]  8/22 9/15 64/17 64/20 91/25
drawn [1]  28/4
draws [1]  69/21
drew [5]  56/23 56/25 57/8 57/11 91/9
drip [2]  58/16 59/25
dripping [1]  16/10
drippings [1]  58/18
drips [1]  59/13
drive [14]  10/7 38/20 38/20 38/24 39/3
47/7 50/2 50/4 77/16 80/20 83/4 83/6
83/9 83/22
driven [1]  67/17
drives [1]  77/17
due [1]  45/7
duly [1]  5/16
during [9]  14/12 18/6 22/1 43/5 44/16
76/2 85/20 91/9 91/16

## E

each [4]  9/18 9/21 11/1 19/15
earlier [3]  36/18 44/8 85/20
east [2]  41/1 41/3
east coast [2]  41/1 41/3
easy [3]  58/5 62/22 83/7
Eaton [3]  1/20 32/19 59/8
echo [1]  33/17
education [1]  87/19
educational [1]  6/6
effect [1]  60/7
efficiently [1]  75/4
efforts [1]  81/8
either [3]  22/22 25/22 49/18
elaborate [1]  17/5
elect [1]  23/13
electrical [5]  1/3 32/8 37/17 65/9 65/18
electronic [1]  17/11
elements [8]  13/12 47/6 48/20 83/24
84/11 85/18 87/2 87/4
else [10]  2/13 16/9 16/24 17/14 28/9
30/19 31/22 40/12 48/17 98/3
else's [1]  73/14
embodiment [2]  86/14 86/15
emphasize [1]  50/9
employee [1]  44/22
employees [1]  42/12
enclosed [2]  11/13 11/14
encountered [1]  59/9
end [30]  3/17 10/3 10/13 10/15 11/10
12/10 13/1 15/8 16/25 17/25 18/14 18/22
19/1 22/8 22/21 23/19 28/7 35/10 37/20
37/21 49/21 58/6 65/5 72/15 74/9 74/10
77/3 94/2 94/3 94/25
engineer [2]  65/19 91/5
engineering [9]  37/17 37/17 47/11 61/14
65/9 65/10 65/17 65/18 65/18
engineers [2]  42/13 90/24
English [4]  43/11 43/17 43/19 55/24

## enhance [1]  79/17

enjoy [1]  81/22
enough [3]  66/3 70/25 72/4
enter [1]  81/8
entered [2]  5/12 31/14
entire [7]  43/20 44/14 45/17 68/5 77/18
84/25 85/2
entirely [1]  12/6
entitled [2]  93/24 98/11
envy [1]  73/21
equal [1]  58/5
equipment [1]  4/22
especially [1]  73/6
Esquire [6]  1/13 1/13 1/14 1/16 1/16 1/17
essentially [2]  26/8 27/24
establish [1]  71/17
established [2]  15/19 16/16
ET [2]  1/3 1/5
even [12]  20/5 20/13 26/10 38/25 47/24
49/21 51/5 58/20 60/12 60/15 65/18 66/5
event [1]  15/24
events [2]  90/1 90/12
ever [5]  63/1 63/14 63/22 64/19 64/24
every [1]  54/12
everybody [7]  31/3 31/22 47/18 48/21
48/21 56/1 73/23
everybody's [1]  18/13
everyone [2]  33/18 38/19
everyone's [1]  48/11
everything [10]  18/24 24/3 24/3 24/13
29/7 40/10 48/17 49/19 55/14 73/21
evidence [106]
evident [1]  88/2
exactly [13]  35/23 38/5 51/22 52/23 53/24
54/14 55/12 57/8 57/11 60/8 60/15 63/7
64/8
examination [1]  91/25
examiner [2]  68/15 93/3
example [8]  16/4 16/17 86/8 86/9 86/10
92/4 92/8 92/16
except [1]  81/3
exception [4]  24/13 29/24 30/1 30/7
exclude [2]  46/23 46/24
excludes [1]  46/20
exclusive [2]  78/2 94/7
excused [2]  95/7 95/10
executives [1]  75/23
exhibit [4]  18/8 30/8 91/9 91/10
exhibits [3]  14/19 15/10 32/20
exist [2]  55/1 83/5
existed [3]  46/5 54/12 68/23
existence [1]  16/3
exists [2]  16/16 86/25
expect [2]  15/20 30/15
expecting [1]  95/14
experience [2]  15/17 16/15
experienced [1]  18/24
experiences [1]  76/3
experiment [1]  67/24
expert [14]  24/19 26/2 27/21 37/16 65/9
65/9 66/14 66/15 67/1 69/19 72/22 88/24
88/25 91/15
experts [5]  39/6 60/19 61/24 61/25 88/23
expiration [2]  79/3 79/4 79/5
expire [1]  56/16
expired [3]  57/3 57/3 93/25
expires [2]  79/6 79/6
explain [8]  12/25 19/17 22/3 80/8 81/8

Case 1:13-cv-01798-CCB Document ... Filed 05/29/1...

## E

explain... [3]  86/15 88/25 92/18
explained [3]  8/18 78/13 79/8
exposed [2]  59/11 60/3
expression [1]  14/11
expressly [1]  26/9
extend [1]  84/24
extent [1]  5/1
extra [1]  23/16
extracted [1]  88/12
extruded [3]  49/10 49/20 86/5
eye [3]  66/8 66/9 68/8
eyes [5]  37/11 37/22 60/19 61/11 74/4
eyewitness [1]  15/24

## F

F.3d [1]  26/17
Facebook [1]  17/21
facilities [4]  41/10 41/12 41/25 42/1
fact [21]  12/3 16/13 16/16 16/16 20/2
  20/4 20/8 20/10 20/14 20/19 20/20 28/12
  37/13 39/9 41/19 46/4 54/5 64/12 68/13
  79/4 93/2
factory [5]  41/9 41/9 41/23 41/25 42/24
facts [13]  14/9 14/10 14/14 14/21 15/6
  15/14 15/19 16/3 16/12 16/23 17/8 19/24
  74/3
factual [1]  14/13
fair [2]  4/16 43/12
fairly [4]  21/7 27/17 43/17 94/14
falling [1]  62/7
familiar [2]  8/25 65/10
family [2]  17/21 35/20
fancy [1]  42/24
far [3]  11/3 79/3 95/5
fashioned [1]  45/1
fault [1]  2/7
favor [3]  20/4 20/5 20/18
favorite [1]  82/1
February [1]  51/8
Federal [5]  1/24 6/5 26/10 26/17 98/15
fee [2]  80/3 80/6
feedback [1]  58/19
feel [5]  19/11 34/18 34/23 35/3 36/14
fence [1]  46/20
few [8]  12/24 24/7 34/3 34/24 43/1 53/8
  54/13 73/5
field [2]  80/17 80/17
fight [2]  72/10 72/12
figure [11]  26/25 27/15 74/4 78/11 86/8
  86/8 86/11 86/17 86/18 87/4 87/19
figures [7]  9/14 9/14 9/15 78/15 79/19
  83/14 87/19
file [1]  82/22
filed [22]  38/14 38/15 38/16 38/21 38/23
  38/25 39/10 39/19 43/24 46/8 46/9 46/10
  46/14 63/11 63/22 64/22 64/24 71/13
  71/15 72/10 78/25 82/17
filing [2]  9/5 69/3
final [1]  22/10
finally [3]  21/22 23/11 44/20
find [5]  16/20 31/18 49/21 54/7 54/12
finding [1]  86/13
finds [1]  69/24
fine [8]  4/23 14/1 18/10 28/7 29/3 36/4
  36/5 97/5
finished [1]  18/5
fins [1]  84/24

firm [3]  32/6 32/7 32/18
first [24]  2/6 5/24 16/10 12/7 25/17 32/3
  32/9 32/15 33/17 38/22 39/5 39/25 41/22
  44/22 52/7 52/11 52/12 53/25 65/22
  75/12 82/16 89/4 89/23 90/6
firsthand [2]  76/2 76/11
Fish [1]  75/12
fit [2]  77/17 84/9
fits [2]  47/5 77/22
fitting [1]  50/7 84/16
five [7]  24/2 31/3 31/11 43/3 43/4 71/7
  71/11
five-minute [1]  31/3
fix [1]  63/21
flagship [2]  51/13 52/2
floor [2]  1/24 59/14
Floors [1]  26/16
focus [4]  47/3 62/11 62/12 63/5
focused [1]  49/12
Fogel [1]  68/13
folders [1]  7/3
folding [1]  16/10
folks [1]  41/15
follow [3]  6/18 6/25 95/18
following [1]  41/12
follows [1]  9/16
footrest [3]  77/23 84/22 84/22
force [4]  66/18 67/21 68/6 92/3
forces [7]  66/16 67/3 67/7 67/16 67/23
  91/23 92/17
forefront [1]  45/6
foregoing [1]  98/10
foreperson [3]  23/13 23/13 23/16
forever [1]  56/21
forget [1]  26/25
forgot [2]  31/16 32/1
forgotten [1]  23/1
form [2]  17/23 50/7
form-fitting [1]  50/7
forth [13]  36/21 37/1 59/17 66/17 84/21
  85/9 86/23 87/16 88/10 88/14 92/6 92/13
  96/8
forward [3]  28/14 33/7 95/13
found [10]  39/16 54/13 54/15 54/20 54/25
  57/2 57/3 57/5 67/2 67/4
founded [2]  41/8 42/8
founder [1]  32/25
four [1]  78/13
frame [4]  36/11 67/11 84/10 89/10
Francis [1]  1/16
Frank [2]  76/14 76/14
Frederick [2]  76/7 80/13
free [7]  19/11 36/14 56/16 56/20 79/6
  79/9 93/25
fret [1]  76/23
Friday [1]  22/17
friends [3]  5/4 17/21 35/20
front [5]  5/4 40/4 65/15 81/19 93/2
function [2]  63/3 64/10
functional [1]  60/6
furniture [9]  10/8 35/14 35/15 40/20 47/8
  49/2 71/20 80/12 83/22

## G

game [1]  82/1
Gary [2]  1/13 32/6
gauge [1]  92/16
gave [2]  44/17 53/6
geez [1]  59/15

general [5]  1/8 12/11 13/1 22/16 75/17
generally [2]  74/8 94/5
generation [1]  63/21
gentleman [1]  46/7
gentlemen [7]  5/20 7/7 24/1 31/17 32/5
  74/23 94/14
German [8]  46/8 46/13 46/15 50/21 50/24
  57/3 79/9 82/14
Germany [4]  46/9 76/1 80/15 82/16
get [33]  4/10 4/15 4/21 11/9 14/4 23/3
  23/16 27/20 31/5 31/7 31/23 39/24 46/2
  52/7 55/5 56/12 56/18 59/16 59/17 59/17
  59/19 60/3 67/19 73/4 75/3 81/14 82/21
  94/16 94/20 94/24 96/4 96/23 96/25
gets [1]  71/21
getting [2]  31/6 71/6
give [15]  2/21 4/21 7/8 7/10 11/22 12/2
  14/1 16/4 22/10 22/11 23/1 23/4 23/22
  32/14 33/11
given [4]  11/21 11/25 14/9 77/25
gives [3]  38/6 78/6 87/9
giving [3]  5/9 12/8 12/9
go [41]  2/12 5/3 5/7 9/15 9/24 10/1 10/1
  10/13 16/24 17/9 17/21 23/6 23/7 23/7
  23/12 23/22 31/3 31/12 32/21 35/21
  36/20 39/5 47/1 47/5 53/18 54/8 57/19
  59/18 62/2 73/5 73/5 74/16 77/11 81/25
  82/12 87/18 90/16 90/17 94/17 94/25
  95/4
goes [10]  11/19 14/5 33/5 47/21 47/23
  51/23 51/24 59/17 66/7 90/11
going [193]
good [12]  4/2 25/5 31/1 32/5 33/14 52/19
  56/17 58/19 62/15 74/11 74/18 86/15
Gorman [2]  1/16 76/14
got [18]  4/5 9/22 38/5 45/2 56/13 58/18
  59/10 59/12 59/13 65/19 71/7 81/12
  87/18 89/7 94/1 94/1 94/2 97/7
gotten [2]  2/7 7/3
Government [2]  46/2 78/6
governs [1]  78/15
gradually [1]  52/2
grant [4]  68/16 78/1 78/5 78/5
granted [6]  68/14 68/18 68/24 77/2 93/1
  93/4
grants [1]  80/1
grease [9]  58/16 58/18 58/22 59/24 59/25
  61/18 64/10 68/8 85/12
greasy [2]  59/12 59/13
great [5]  62/16 72/5 80/25 80/25 82/24
green [1]  69/9
Greg [5]  1/19 75/14 75/15 76/8 88/21
Greg's [1]  75/16
ground [1]  62/7
grounds [2]  30/11 30/13
group [2]  7/13 7/13
grown [2]  42/12 43/1 45/9
guess [4]  7/4 10/20 15/13 62/6
guide [121]
Guide Rail [1]  29/15
guided [1]  57/18
guides [6]  11/17 11/18 48/15 49/11 60/23
  62/17
guiding [30]  28/24 57/23 60/10 60/14
  61/16 61/23 61/24 61/25 63/14 64/10
  65/13 66/2 67/23 68/9 70/1 70/3 70/13
  70/14 70/16 70/19 70/21 70/25 82/8 82/9
  85/10 86/7 88/14 91/14 92/7 92/15
guy [3]  65/20 76/18 76/21

H

had [33]  2/7 2/7 2/8 3/12 4/7 13/22 16/13
20/11 28/14 28/18 30/13 38/16 48/20
52/20 53/8 53/17 53/20 54/8 54/10 54/25
55/6 55/6 56/9 56/9 56/10 56/11 56/11
56/17 58/19 62/15 62/17 62/21 80/25
hadn't [1]  28/13
half [3]  32/13 33/8 73/20
hand [9]  5/15 15/15 36/15 37/4 37/5
51/15 70/18 81/17 81/23
handful [2]  62/13 71/19
handing [1]  76/24
hands [3]  59/13 59/18 60/4
handsets [1]  40/17
happen [1]  19/6
happened [12]  38/7 43/23 53/17 53/24
54/14 54/16 54/20 55/14 58/11 68/17
90/2 93/11
happens [5]  17/12 27/13 54/20 56/15
57/21
hard [6]  39/20 42/17 43/1 64/21 73/21
73/24
has [75]  3/9 6/21 8/5 8/14 8/18 8/19 9/2
9/3 9/4 9/4 9/5 12/18 13/18 18/17 19/15
20/8 20/10 20/14 20/17 20/18 20/20 21/3
21/14 21/17 21/23 22/3 27/8 34/4 35/2
38/3 39/2 42/12 44/1 46/22 47/8 48/7
48/13 48/15 49/20 49/20 50/23 50/24
51/19 53/1 53/11 54/2 56/18 57/6 59/3
60/11 64/6 65/16 65/16 65/17 66/14 67/6
69/7 69/9 72/2 72/22 79/5 79/5 80/4
80/12 80/13 80/15 80/23 80/25 80/25
82/6 82/24 83/17 93/5 93/9 93/13
hasn't [1]  55/2
have [117]
haven't [2]  54/11 72/3
having [4]  57/5 74/25 81/22 90/4
he [100]
he'll [10]  43/19 45/8 68/10 68/11 70/3
72/24 72/25 73/12 73/12 75/18
he's [55]  32/16 32/20 33/2 42/6 42/7
42/11 42/14 42/14 43/1 43/11 43/15
43/18 43/21 43/22 43/25 44/5 44/6 44/7
44/9 44/12 44/14 44/14 44/18 45/4 45/8
45/16 50/12 61/14 61/21 61/21 65/18
65/19 65/19 65/20 65/21 65/22 65/22
66/3 67/6 68/11 68/25 69/1 72/22 73/13
73/13 73/16 73/16 73/17 75/16 76/6
76/15 76/17 76/18 76/18 76/21
head [6]  44/5 44/21 61/13 74/4 75/25
88/17
headquartered [1]  81/4
headquarters [2]  80/13 80/15
hear [48]  10/18 11/19 13/16 15/4 17/16
17/25 18/1 18/17 32/13 36/23 37/13
37/14 37/16 41/12 41/19 42/2 42/3 42/5
42/16 43/3 43/3 43/6 43/8 44/3 44/11
44/17 44/20 48/21 50/14 53/1 54/19
56/10 60/7 60/24 61/11 61/13 61/22
61/24 70/6 72/3 72/13 76/2 84/17 84/18
88/17 88/19 88/21 88/23
heard [24]  2/5 12/14 13/14 15/25 20/13
25/12 34/14 35/5 35/13 36/18 38/25 39/1
46/17 54/5 56/14 78/23 79/25 81/2 85/20
89/5 89/17 89/18 89/22 92/2
hearing [5]  7/11 11/23 24/5 32/2 32/17
hearsay [5]  29/23 30/1 30/7 30/11 30/12
held [2]  69/17 81/17

help [5]  6/2 22/7 62/3 62/12 94/9
helpful [1]  68/98/4
helping [2]  61/25 66/20
helps [2]  24/18 60/23
here [82]  2/9 4/22 5/2 17/9 18/24 19/5
19/10 22/16 22/24 29/24 36/9 38/5 38/7
38/10 38/15 38/24 40/25 42/7 43/9 43/13
43/14 43/20 44/12 44/13 44/14 45/16
45/18 45/19 47/18 47/21 48/2 48/12 51/1
54/3 54/16 56/23 57/14 58/7 58/12 58/13
58/15 59/19 59/25 60/2 61/1 61/7 61/21
62/7 64/13 66/14 69/8 70/9 71/11 73/3
73/6 73/13 73/18 74/1 75/7 75/16 75/18
75/23 76/1 76/12 77/1 77/21 79/2 79/11
79/22 80/4 80/18 83/1 84/9 84/12 85/2
88/12 90/17 93/10 93/15 93/16 94/20
95/3
here's [5]  57/25 58/1 58/2 59/7 59/9
hereby [1]  98/9
high [2]  20/20 42/13
high-quality [1]  42/13
higher [1]  20/7
highlight [2]  81/16 90/1
highlighted [6]  48/12 49/25 54/3 57/7
69/8 69/9
him [14]  42/4 42/5 42/8 42/15 42/16
42/17 43/13 44/17 65/11 66/10 76/2
88/22 91/5 96/4
hired [3]  44/23 65/8 66/14
his [23]  42/8 42/18 42/18 43/18 44/15
44/24 45/3 46/16 50/4 52/9 57/8 61/22
66/22 69/3 69/18 72/23 73/16 76/3 82/14
88/15 91/9 91/24 92/20
history [3]  63/6 89/2 89/3
Hnath [7]  1/13 32/6 33/14 33/17 42/7
95/17 96/21
hold [1]  36/7
holding [2]  51/15 86/3
hole [1]  58/15
home [2]  81/25 94/17
homes [1]  35/19
honestly [1]  20/11
Honor [28]  3/3 4/4 4/6 4/15 4/19 6/12
23/23 23/25 24/12 25/14 26/18 26/24
27/22 28/10 29/4 29/25 30/10 30/17
30/18 31/1 31/10 32/4 71/9 74/14 94/12
95/17 96/15 96/20
HONORABLE [1]  1/10
hope [2]  4/21 95/25
hopefully [1]  96/4
hoping [4]  94/20
hour [1]  31/4
house [1]  40/10
housing [5]  47/8 47/9 47/10 48/18 83/23
how [28]  4/8 19/18 36/11 37/13 37/15
38/5 41/13 42/17 42/17 43/25 44/1 44/7
44/9 44/10 45/8 46/1 47/5 48/6 48/7 55/4
57/15 58/12 61/10 62/1 79/8 79/21 79/21
81/11
Howard [12]  24/19 65/15 66/3 66/25 67/8
67/10 67/24 68/4 68/20 69/18 70/2 71/2
however [1]  15/6
huge [1]  71/21
humble [1]  42/25
hundred [1]  49/2

I

I'd [2]  75/22 76/13
I'll [22]  4/20 5/7 7/10 7/24 8/7 8/25 12/25

13/22 22/21 23/13 23/18 23/22 27/19
31/24 37/18 39/21 44/8 48/7 55/7 82/12
88/15 94/20
I'm [37]  2/15 3/14 4/14 5/8 5/10 10/6 12/8
16/4 23/6 27/2 28/11 28/22 28/25 28/25
29/21 32/6 32/14 33/10 35/9 36/6 36/6
36/7 36/13 36/15 37/10 38/22 47/5 51/15
54/15 62/19 69/22 69/23 71/6 75/11 86/3
89/1 94/20
I've [10]  3/19 7/9 10/22 14/9 17/5 22/15
28/5 43/7 49/25 95/16
idea [4]  56/17 62/15 62/16 74/18
identified [1]  77/10
identifies [1]  90/20
identifying [1]  9/2
image [3]  28/14 28/16 28/16
imagery [1]  87/9
imagine [1]  27/15
immediately [1]  53/22
impeachment [1]  29/21
important [45]  15/11 17/15 17/23 17/24
18/15 19/1 27/3 27/17 32/10 33/19 33/19
33/21 33/23 34/11 34/12 39/9 41/13
41/17 44/6 45/11 45/19 46/18 46/18
49/14 49/16 50/8 50/15 50/16 50/17
50/18 51/11 53/17 74/8 74/24 75/2 78/9
81/11 82/7 82/7 83/10 83/10 85/20 86/6
90/7 91/20
importing [2]  7/21 13/3
imports [1]  50/24
impressions [1]  18/8
improper [2]  25/19 28/16
improvements [4]  46/4 46/5 64/6 64/7
in-house [1]  40/10
INC [3]  1/5 76/6 80/12
include [3]  8/22 13/25 85/6
includes [17]  17/8 17/18 83/23 83/23 83/25
84/2 94/7
including [2]  13/8 91/24
incoming [1]  79/4
indicating [45]  35/21 36/10 37/1 40/18
47/9 47/13 47/18 48/1 51/24 53/14 58/1
58/2 58/3 58/13 58/16 60/10 62/3 62/17
64/13 64/14 66/12 66/18 77/21 78/16
81/23 83/14 84/9 84/14 85/5 85/22
85/25 86/2 86/3 86/24 86/24 86/25 87/11
87/12 87/13 87/14 88/8 88/9 88/10 90/11
indication [1]  12/4
indirect [1]  16/1
individual [2]  18/13 46/8
industry [5]  42/14 45/3 45/5 49/11 80/20
inexpensive [1]  83/6
inferences [1]  15/16
information [5]  6/2 7/8 9/2 79/20 83/18
informed [4]  27/23 89/15 89/16 95/17
infringe [9]  13/1 26/6 37/8 49/17 49/17
58/4 71/18 71/25 72/20
infringed [9]  8/5 8/12 8/15 12/19 12/25
13/18 21/1 21/4 49/22
infringement [25]  3/9 8/2 8/17 10/22
10/25 11/2 12/5 12/21 12/22 12/23 13/20
14/2 20/1 21/2 21/8 21/15 21/19 26/14
27/9 37/3 64/23 74/25 77/13 90/3 94/11
infringes [6]  39/8 49/15 58/9 60/20 77/9
94/5
infringing [2]  7/21 63/15
initially [1]  53/15
initiated [1]  4/8
innovating [1]  58/24

I

inquiry [1] 49/22
inside [3] 36/1 36/16 48/2
installed [1] 91/19
instance [2] 47/17 52/17
instead [2] 36/15 68/21
instruct [1] 14/7
instructing [1] 8/7
instruction [5] 3/4 4/11 4/13 11/25 56/5
instructions [12] 2/14 2/22 3/2 5/22 12/9
12/11 12/12 14/2 22/10 22/11 23/21 28/7
intellectual [1] 72/1
intended [3] 62/1 62/8 70/7
interest [1] 30/2
interesting [4] 35/16 38/1 67/2 69/20
intern [1] 43/16
internal [1] 90/22
international [3] 38/11 82/17 82/21
Internet [2] 17/10 17/19
interpretation [5] 27/10 27/11 43/13 68/24
69/17
interpreted [5] 12/3 24/20 27/4 27/5 27/9
interpreter [1] 43/12
intrigued [1] 66/25
introduce [11] 6/9 32/15 32/22 39/25
44/24 45/22 50/19 75/10 75/22 76/10
76/13
introduced [5] 7/12 42/8 61/9 63/23 88/15
introductions [1] 32/14
invalid [15] 8/7 8/8 8/9 8/13 8/15 13/7
13/8 13/10 13/18 21/10 21/12 21/18 26/9
27/12 69/18
invalidity [10] 10/24 11/1 12/6 20/7 21/10
21/14 21/24 25/20 26/13 27/10
invaluable [1] 33/24
invented [4] 46/7 48/17 53/12 82/14
invention [12] 6/3 18/14 22/12 57/16 78/8 79/18
80/7 80/22 80/23 83/3 84/10 84/11 85/1
85/2 87/21
inventor [3] 79/1 79/17 79/18
inventor's [1] 9/4
invested [1] 40/15
investigate [1] 17/20
investigation [1] 17/6
involved [2] 17/9 85/17
involves [2] 7/15 56/4
is [403]
isn't [1] 73/16
isolate [1] 67/16
issue [35] 4/25 6/16 7/1 8/1 10/15 10/18
10/23 12/17 12/20 13/6 19/22 24/24
24/25 27/20 28/13 29/9 37/7 37/22 38/19
49/7 52/6 53/12 53/13 53/13 75/21 77/1
77/10 78/14 89/1 90/9 91/1 91/3 96/11
96/14 96/15
issued [1] 9/4 46/2 69/15 82/23
issues [21] 3/1 10/23 12/5 19/24 20/6
23/25 28/11 29/5 34/1 34/3 34/4 35/12
56/4 76/4 82/8 95/22 96/8 97/2 97/7
97/10 97/11
it [339]
it's [166]
ITC [3] 4/8 4/8 38/12
items [1] 91/24
its [25] 20/5 20/24 20/24 21/9 21/13
21/21 21/23 38/17 41/11 43/25 50/24
57/15 62/1 62/2 62/8 63/20 77/3 77/9
80/12 80/15 89/4 90/6 90/10 94/6 94/9

J

James [3] 33/5 76/15 88/23
January [1] 61/9
Japanese [1] 69/2
Jeffcoat [1] 76/15
job [5] 8/11 14/6 14/7 14/8 44/24
John [3] 1/16 75/11 96/17
Johnson [2] 1/16 75/11
joined [1] 52/8
joint [1] 4/13
judge [9] 1/10 35/5 36/18 39/1 45/23
46/17 48/14 68/13 78/13
judges [2] 14/10 34/2
judgment [6] 30/4 34/8 35/8 73/25 75/8
92/20
Judicial [1] 6/5
judiciary [1] 6/6
juries [1] 20/12
juror [3] 2/10 5/6 6/17
jurors [3] 5/22 16/21 32/10
jury [25] 1/10 2/2 2/5 2/9 2/14 5/7 5/12
5/13 5/14 5/16 5/18 19/13 20/14 23/22
24/7 24/9 28/23 31/14 34/1 34/4 34/10
74/23 81/19 91/21 95/10
jury's [1] 27/15
just [90] 2/6 2/13 2/21 3/25 4/7 4/16 5/11
5/22 6/24 7/10 7/17 8/3 8/25 8/25 9/11
10/1 11/3 17/4 18/11 18/20 19/11 19/12
19/16 23/11 23/14 23/16 23/18 24/2 24/3
24/7 24/10 25/16 25/17 26/24 26/25
28/14 30/5 30/20 31/2 31/22 32/14 36/7
37/23 40/23 40/24 47/3 47/4 47/8 49/9
51/2 51/3 52/22 53/3 55/3 55/4 56/11
57/6 57/9 59/6 59/7 59/25 60/1 60/1 60/6
61/1 62/23 63/18 64/2 65/23 67/9 67/11
67/16 69/7 69/10 72/17 73/7 73/19 73/25
74/7 74/16 78/21 83/1 83/19 85/2 87/2
87/8 92/23 95/2 95/13 97/14
justified [1] 15/16

K

KAIDI [96] 1/3 1/19 3/25 4/9 7/14 7/20
8/3 8/4 8/5 12/19 13/1 13/10 13/25 14/3
20/6 21/1 21/3 21/9 21/10 21/14 21/22
21/23 24/5 30/4 30/6 32/2 32/7 32/8 33/1
33/3 33/6 33/12 33/15 36/17 37/3 38/2
38/7 38/9 38/10 38/14 39/11 40/2 40/2
40/9 40/23 41/8 41/11 41/13 43/25 44/2
44/5 44/22 45/5 45/5 50/23 50/23 51/3
51/4 51/6 52/7 53/10 53/22 54/10 54/15
57/19 59/22 63/7 63/20 63/23 72/12
72/12 77/8 77/13 78/20 79/8 80/4 80/6
81/2 81/2 85/11 85/11 87/24 88/1 88/15
89/4 89/16 90/5 90/6 90/10 90/24 92/1
92/24 93/15 93/19 94/5 94/10
Kaidi's [10] 21/8 21/18 24/13 41/9 41/9
49/16 52/5 58/24 90/3 93/6
KDP'005 [1] 90/22
KDPT005 [2] 8/3 78/21
keep [10] 11/11 17/24 18/4 18/15 55/3
73/8 80/2 82/7 83/10 95/3
kidding [1] 48/25
kind [7] 42/22 42/22 50/2 53/23 71/20
74/10 87/9
kinds [4] 16/19 28/6 37/18 40/3
Kleinle [3] 75/24 75/25 88/17
knew [1] 39/21

itself [2] 40/10 44/1

know [36] 14/6 17/3 17/4 18/2 26/12
32/1 35/21 33/22 34/16 34/19 39/10
39/19 40/24 47/9 47/22 50/17 52/20
55/15 56/18 58/21 61/5 64/11 66/23
70/13 70/16 73/24 74/5 77/2 81/3 81/25
87/3 88/25 92/9 95/6 96/13 97/13
knowledge [2] 79/18 79/23
known [1] 93/16
knows [1] 65/19
Koch [7] 46/7 46/14 48/17 49/23 51/18
51/22 82/14
Koch's [1] 69/3

L

ladies [7] 5/20 7/7 24/1 31/16 32/5 74/22
94/14
language [8] 12/3 55/23 78/15 78/17
79/19 83/1 86/12 86/13
laser [1] 66/4
last [3] 3/8 3/17 3/17 4/7 7/17 42/11
71/11 73/1
lasts [1] 78/24
latch [1] 62/24
late [2] 23/8 72/7
later [6] 8/7 13/23 15/8 18/1 46/9 82/17
latitude [1] 41/4
launched [1] 71/15
law [17] 14/7 14/9 22/10 32/6 32/6 32/18
49/18
lawsuit [11] 38/14 38/15 63/11 63/22
64/22 64/24 65/2 71/10 71/13 71/15
93/19
lawyers [6] 14/24 19/4 19/9 19/17 31/18
71/3
lead [2] 15/18 90/24
leader [2] 80/16 80/17
lean [1] 5/4
learned [1] 39/11
least [5] 12/11 35/19 37/6 46/18 72/9
leave [5] 19/13 73/1 74/2 89/1 95/2
left [5] 9/23 20/10 24/9 53/7 64/21
legal [2] 12/14 32/15 76/12 76/12 83/16
legs [1] 80/23
length [1] 86/5
lens [1] 25/25
Leo [6] 1/19 33/2 43/8 43/14 43/15 45/13
less [3] 13/21 16/18 66/5
let [13] 2/12 5/25 7/8 16/23 17/3 17/4
17/14 24/3 32/15 80/8 86/16 94/17 95/6
let's [16] 24/5 27/18 31/11 56/19 56/20
57/19 58/24 59/23 68/1 68/1 69/22 81/14
87/14 87/24 90/12 97/6
letters [1] 52/13
level [1] 45/9
licensing [2] 72/23 72/24
life [1] 77/1
life's [1] 42/9
light [1] 15/17
lightbulb [1] 46/3
like [41] 5/5 5/13 15/23 18/7 28/21 34/1
34/4 36/14 41/20 46/3 47/9 47/22 51/3
51/3 52/18 52/22 53/4 53/15 56/10 59/6
59/15 66/23 67/2 69/7 69/10 73/13 74/23
74/24 75/9 75/9 75/22 76/13 78/16 79/16
80/1 80/3 82/3 83/19 84/22 87/10 96/25
likely [4] 3/13 20/3 22/11 23/6
limit [2] 27/15 27/18
limitation [3] 28/2 28/3 48/10
limitations [1] 10/12

**L**

limited [2]  18/21 78/2
Lindinger [2]  1/14 32/18
line [7]  3/8 9/24 26/21 36/21 37/1 53/18
62/18
linear [35]  7/22 36/22 36/23 36/24 36/25
37/2 40/6 40/21 46/15 46/23 46/25 48/19
49/1 50/3 51/2 51/11 52/8 52/10 52/11
56/4 65/11 77/19 77/21 77/21 78/20
79/23 80/10 80/11 80/16 80/17 80/20
81/9 81/17 82/24 89/4
lines [1]  9/21
list [2]  9/5 30/8
listed [1]  93/3
listen [3]  17/6 18/16 19/2
litigated [1]  91/1
litigation [1]  90/2
little [33]  2/6 2/8 5/25 7/9 9/22 10/1 13/14
16/7 19/12 19/18 23/10 35/23 36/1 38/2
38/6 40/11 40/11 40/11 40/17 41/4 46/19
57/14 58/15 58/21 58/25 61/4 81/10 86/6
87/3 88/16 89/2 92/2 97/4
lives [1]  75/3
LLC [3]  32/8 81/2 81/5
load [1]  82/7
located [1]  40/23
locked [1]  16/7
Lombard [1]  1/24
long [15]  19/12 19/13 39/12 47/11 48/7
48/7 48/11 54/4 51/19 55/5 56/16 63/14
65/2 73/20 73/20
longer [3]  23/10 60/3 64/7
look [26]  6/11 6/24 7/18 8/24 9/17 16/11
27/19 31/24 33/7 35/7 35/11 36/3 41/24
41/25 52/16 54/8 59/21 61/10 69/7 86/7
86/12 87/19 87/19 87/20 87/24 93/2
95/13
looked [14]  2/16 27/8 39/16 52/17 52/22
53/3 54/6 54/8 57/3 65/23 66/22 68/12
69/4 79/8
looking [8]  15/21 47/4 55/21 55/24 82/21
86/16 86/19 87/10
looks [5]  52/18 64/5 67/2 68/15 87/10
losing [2]  72/2 72/8
lot [29]  4/22 19/10 19/10 33/21 33/23
34/1 34/14 35/1 35/13 36/23 37/12 40/15
41/5 41/11 41/15 42/5 46/2 47/2 49/9
49/12 50/14 56/9 58/23 65/16 65/22
72/22 73/4 73/22 83/17
lower [5]  85/11 86/24 91/11 92/14 92/18
LTD [1]  1/3
luck [1]  74/11
lunch [2]  2/16 22/22
lying [1]  74/6

**M**

machine [2]  40/8 66/4
made [28]  2/24 25/20 28/19 29/1 30/21
36/17 37/3 39/13 39/22 42/21 45/1 49/11
51/25 52/23 53/5 53/5 53/10 57/14 58/11
59/10 62/14 63/9 64/4 68/19 69/2 71/12
91/22 91/22
Magic [3]  69/20 69/25 70/20
maintain [1]  27/23
make [46]  14/15 17/15 18/2 19/15 22/9
24/3 28/15 37/21 37/24 38/18 38/23
39/17 40/3 40/5 40/6 40/7 40/8 40/10
40/13 40/16 40/17 40/19 40/20 40/21

41/15 45/10 50/25 51/3 52/21 52/23
53/15 56/21 58/24 81/18 85/23 86/9
66/12 71/18 71/23 71/24 73/7 79/21
80/11 83/6 89/11 92/20
makers [1]  71/20
makes [11]  14/12 35/21 42/18 50/22 51/2
74/5 78/20 78/22 90/6 92/13 96/24
making [18]  7/21 10/25 13/2 27/24 28/25
41/21 42/10 42/25 46/23 46/24 52/9
53/23 55/3 75/20 78/7 79/16 80/7 80/16
man [1]  82/14
manager [1]  75/17
managers [1]  44/13
manner [1]  50/7
manufacture [1]  83/7
manufacturing [6]  64/19 69/2 75/17 75/20
80/13 81/4
many [7]  46/1 46/4 73/4 80/1 89/25 91/24
92/9
March [1]  54/23 56/24 64/22
March 28th [1]  64/22
marker [6]  69/21 69/21 69/25 70/20 92/5
92/7
market [13]  38/19 44/25 51/6 52/7 52/17
56/18 71/19 72/2 72/8 72/11 72/12 76/3
83/5
marketplace [5]  37/16 80/25 81/1 83/5
89/12
markets [1]  43/25
MARYLAND [6]  1/1 1/8 1/25 38/15 76/7
80/13
mass [1]  63/17
Master's [1]  65/17
material [6]  49/10 56/9 58/23 59/10 59/12
86/5
materials [2]  17/10 52/22
matter [4]  9/11 13/9 47/4 98/11
matters [1]  14/13
Max [2]  75/24 75/25
may [40]  1/7 2/9 5/17 6/13 7/3 7/25 8/3
8/9 8/21 10/11 12/12 12/22 13/1 13/8
13/16 13/21 13/25 14/3 14/6 14/11 14/11
15/4 15/11 18/2 19/6 20/13 20/21 22/5
43/3 55/7 55/21 56/3 56/24 74/22 95/24
95/25 96/1 96/4 97/18 98/16
May 27th [2]  55/7 56/3
maybe [9]  4/7 36/1 47/24 59/16 66/5 82/1
96/22 97/10 97/11
Mayer [1]  32/6
MBA [1]  65/19
McCarthy [3]  44/20 44/21 45/8
me [18]  2/12 2/13 3/21 5/25 7/8 17/3 19/4
23/21 24/10 27/20 27/24 32/15 32/16
67/2 80/8 82/4 86/16 95/14
mean [5]  11/13 16/14 18/25 94/23 96/25
meaning [5]  11/7 11/8 11/21 12/1 13/23
means [11]  11/16 17/11 20/2 43/22 46/15
48/14 61/24 61/25 70/2 70/6 86/7
meant [1]  13/24
meantime [1]  38/14
measure [4]  66/7 66/16 66/18 67/21
measured [2]  66/10 67/21
measures [1]  92/17
measuring [1]  67/22
Mecano [1]  51/8
mechanical [5]  37/17 47/11 65/10 65/17
65/17
medications [1]  34/22
meet [1]  49/19

meeting [5]  13/4 55/6 55/14 55/21
meetings [1]  43/21
meets [4]  27/4 28/1 28/3 47/15
Members [1]  5/14
mention [3]  4/7 4/24 31/16
mentioned [4]  19/21 20/6 48/24 50/2
merits [1]  39/24
message [2]  2/8 17/22
metal [13]  47/17 49/10 49/20 57/23 59/4
64/7 64/12 64/14 68/8 85/21 85/22 85/23
90/8
mete [1]  87/20
methodology [2]  67/25 68/2
Michael [4]  1/14 1/17 1/20 76/1
Michigan [1]  81/5
mid [1]  82/15
middle [4]  9/22 9/24 43/6 80/19
might [22]  6/4 8/8 8/19 12/24 15/18 16/13
23/9 38/17 43/19 53/21 54/5 55/1 59/17
59/17 59/18 61/4 73/3 84/17 84/18 94/24
96/13 97/23
Mike [2]  32/18 76/18
Miller [2]  1/20 76/18
millimeter [1]  66/6
millimeters [1]  66/5
million [2]  93/21 93/23
millions [1]  80/5
mind [7]  11/11 17/24 18/4 18/15 82/7
83/10 95/3
mine [1]  14/11
minor [1]  3/12
minus [1]  91/12
minute [5]  6/1 7/25 24/2 31/3 53/20
minutes [4]  24/8 31/11 71/7 71/11
Mississippi [4]  75/16 75/18 80/14 88/21
mistake [2]  68/19 90/25
Model [1]  8/3
modified [1]  35/22
moment [7]  10/21 37/19 48/8 55/8 74/14
87/8 95/14
Monday [2]  1/7 22/17
money [6]  7/20 8/16 13/19 40/15 41/11
73/7
monitor [1]  24/17
more [18]  3/13 11/9 11/19 12/8 12/11
12/25 13/23 14/4 20/3 31/4 40/19 41/14
41/14 43/4 74/5 81/10 85/1 86/6
morning [8]  16/6 22/20 22/25 25/1 31/7
31/8 94/21 95/8
most [6]  44/13 45/6 45/6 46/18 83/24
89/1
motion [4]  36/25 36/25 66/10 96/10
motor [23]  35/15 36/9 36/9 36/12 36/16
36/17 36/19 36/24 37/8 37/14 39/3 40/3
42/10 47/20 47/24 48/1 48/6 66/24 67/17
77/20 84/6 84/7 86/20
motor's [1]  77/20
motors [4]  36/16 40/5 41/21 51/3
move [12]  3/25 5/6 5/20 19/12 20/17 36/5
77/22 84/22 84/22 86/23 87/7 87/14
moved [1]  89/20
movement [4]  84/21 91/7 91/12 91/13
moves [8]  66/10 66/17 84/20 85/8 88/10
88/11 88/14 94/9
moving [4]  4/21 11/17 11/18 48/2 52/2
59/19 84/19 91/12 93/10
Moyé [2]  2/8 95/6
Moyé's [2]  23/3 31/23
Mr [3]  61/20 67/8 96/21

## M

Mr. [89]  26/23 29/12 29/13 29/19 32/16
32/19 32/23 32/24 32/25 33/2 33/5 33/11
33/14 33/17 42/7 44/3 44/5 44/11 44/12
46/7 46/14 48/17 49/23 51/18 51/22 52/8
54/18 54/18 54/22 55/9 55/9 55/20 55/20
56/3 56/7 56/23 57/8 59/8 61/13 61/20
62/4 62/4 62/9 63/10 63/12 63/16 64/18
67/1 67/25 69/3 69/19 70/23 71/3 74/13
74/23 75/5 75/9 75/14 77/6 77/10 77/20
79/8 81/7 82/14 83/19 84/1 84/20 88/17
89/19 90/13 90/19 90/24 91/3 91/6 91/15
92/2 92/8 92/17 95/16 95/17 95/18 95/21
95/23 95/23 96/3 96/9 96/9 96/9 96/11 96/16
Mr. Allen [1]  32/19
Mr. Babcock [5]  69/19 71/3 91/15 92/17
96/3
Mr. Babcock's [3]  67/1 67/25 70/23
Mr. Bowen [4]  95/16 95/23 96/9 96/16
Mr. Brian [1]  32/16
Mr. Brown [5]  95/18 95/21 95/23 96/9
96/11
Mr. Butang [1]  33/5
Mr. Dietmar [1]  82/14
Mr. Eaton [1]  59/8
Mr. Greg [1]  75/14
Mr. Hnath [4]  33/14 33/17 42/7 95/17
Mr. Kleinle [1]  88/17
Mr. Koch [6]  46/7 46/14 48/17 49/23
51/18 51/22
Mr. Koch's [1]  69/3
Mr. Rongqing [1]  32/23
Mr. Rosenthal [18]  26/23 33/11 74/13
74/23 75/5 75/9 77/6 77/10 77/20 79/8
81/7 83/19 84/1 84/20 89/19 90/19 92/2
92/8
Mr. Yao [14]  29/12 29/13 29/19 44/3 44/5
52/8 54/18 55/9 61/13 63/10 64/18 90/13
90/24 91/3
Mr. Yao's [2]  55/20 56/7
Mr. Zhou [2]  32/24 32/25
Mr. Zhou's [1]  33/2
Mr. Zhu [13]  44/11 44/12 54/18 55/9 56/3
57/8 61/20 62/4 62/4 62/9 63/12 63/16
91/6
Mr. Zhu's [3]  54/22 55/20 56/23
Ms. [4]  28/23 31/23 95/6
Ms. Moyé [2]  2/8 95/6
Ms. Moyé's [2]  23/3 31/23
much [17]  11/9 22/17 22/18 23/6 32/12
42/17 42/17 45/7 45/16 49/8 59/3 74/8
81/3 83/11 95/5 95/9 98/5
must [13]  3/22 13/11 14/13 15/5 21/2
21/5 21/10 27/10 70/1 70/2 79/17 79/18
79/20
my [16]  2/7 5/10 14/6 14/7 23/3 31/23
32/5 33/14 36/15 36/17 38/7 40/2 42/20
51/15 59/13 75/11

## N

name [8]  9/4 32/5 33/15 36/23 63/12
63/19 63/21 75/11
named [2]  46/7 90/15
namely [1]  77/23
naming [1]  63/7
nearly [2]  11/13 11/14
necessarily [1]  18/25
necessary [1]  14/2

need [26]  2/13 6/24 7/18 8/15 11/3 11/8
13/18 16/22 18/1 18/16 19/2 19/8 19/22
22/18 23/2 23/5 23/17 23/21 36/2 36/5
37/20 55/15 60/19 72/9 77/14 94/19
needed [2]  3/21 6/3
neither [1]  31/4
Nese [1]  32/17
never [6]  53/1 53/3 56/8 68/23 69/15
97/13
new [14]  8/9 13/9 13/10 13/15 41/20
48/22 49/2 57/1 57/20 58/8 58/8 58/9
63/23 79/23
newspaper [1]  17/12
next [12]  3/20 10/13 22/18 32/12 33/8
41/24 57/19 63/21 77/12 89/13 89/14
90/16
next-generation [1]  63/21
nice [1]  59/21
no [43]  1/4 4/10 5/5 16/8 16/18 23/23
23/24 23/25 26/5 29/8 29/18 38/19 48/19
52/20 55/6 60/2 60/9 64/7 70/2 70/17
70/19 70/21 72/19 72/20 77/6 83/24
85/21 85/21 85/24 86/1 86/4 88/1 89/7
89/7 89/8 89/9 89/11 89/15 94/4 94/5
96/18 97/16 97/18
No. [4]  3/4 7/15 8/3 24/16
No. 11 [1]  3/14
No. 43 [1]  24/16
No. KDPT005 [1]  8/3
nobody [1]  54/7
Nobody's [1]  72/23
noise [1]  19/11
nonetheless [1]  60/16
nonexistence [1]  16/3
normal [1]  91/20
normally [2]  22/19 23/7
North [2]  44/21 44/22
NORTHERN [1]  1/2
not [164]
note [3]  45/10 81/3 81/7
notebook [8]  6/17 6/19 7/19 54/12 54/22
54/24 56/7 56/14
notebooks [9]  6/13 6/13 54/10 54/14
54/18 54/19 55/19 55/19 55/20
notepaper [4]  6/22 6/23 7/2 7/3
notes [9]  18/7 18/7 18/12 18/12 18/18
18/20 19/2 31/17 95/2
nothing [4]  67/18 68/6 68/7 70/4
notice [1]  58/12
noticed [2]  55/3 63/10
notion [1]  26/11
novel [1]  79/23
now [75]  2/11 6/10 6/24 7/18 7/25 8/18
8/24 9/9 10/1 10/11 10/20 12/11 13/17
15/12 18/6 20/11 21/13 22/1 35/22 37/10
38/25 39/9 39/21 42/3 45/5 45/21 46/12
49/23 50/3 50/14 51/10 52/5 52/11 52/25
53/5 53/17 54/10 56/14 58/9 58/11 58/15
59/3 59/9 59/11 59/12 60/2 60/11 60/11
61/1 61/2 62/10 64/7 68/11 68/12 70/22
71/10 72/6 75/9 77/8 78/19 79/14 82/5
82/12 83/19 85/7 85/16 86/6 87/5 87/10
87/18 90/6 92/8 97/18 98/4
number [10]  9/4 10/5 10/9 11/23 13/8
18/8 25/24 25/25 29/11 45/25
numbered [3]  9/14 9/19 9/21
numbers [3]  7/17 9/22 9/24
nut [9]  47/21 47/22 47/23 47/23 48/2 48/3
84/2 84/2 84/5

nuts [1]  40/11

## O

o'clock [3]  23/10 94/15 96/23
oath [2]  14/17 44/18
object [3]  25/1 26/19 28/16
objected [2]  30/9 30/11
objection [6]  15/2 24/14 24/23 27/1 27/23
30/12
objections [1]  96/8
objects [2]  66/6 77/22
obtains [1]  89/5
obviously [4]  15/3 18/18 18/19 30/15
obviousness [1]  2/17
occurs [1]  31/20
October [3]  79/2 79/3 89/10
October 12th [2]  79/2 79/3
off [12]  16/9 35/22 35/24 69/25 70/20
76/24 79/3 80/2 81/18 91/7 92/7 95/16
offer [6]  21/19 72/13 72/14 72/14 72/21
73/7
offered [4]  14/20 21/22 21/25 26/24
offering [1]  7/22 13/2 78/8
offerings [1]  80/18
office [11]  6/4 9/6 9/8 68/14 68/17 68/18
68/23 69/4 69/15 77/2 93/1
official [3]  1/24 78/5 98/15
often [1]  8/22
Oh [3]  55/4 62/25 95/21
okay [55]  3/5 3/16 5/7 6/23 19/14 23/24
25/9 25/15 27/14 28/5 29/3 33/6 35/21
36/9 36/12 39/24 42/7 43/12 45/20 46/25
48/23 49/4 50/19 51/15 51/24 57/19 58/9
58/16 59/23 67/14 69/22 70/11 77/1 77/8
78/9 78/17 79/4 80/24 81/9 81/14 81/16
81/24 83/15 83/23 84/25 87/5 87/17
90/16 93/12 95/21 96/5 96/7 96/19 98/1
98/5
OKIN [73]  1/5 1/19 3/21 7/13 7/16 7/20
7/23 8/2 8/16 12/18 13/19 13/21 13/24
14/2 20/1 20/23 21/2 21/5 21/7 21/17
21/21 21/25 24/6 38/9 38/16 39/1 39/2
39/9 46/8 46/12 46/12 46/22 50/19 50/21
50/24 51/2 51/14 52/18 53/12 55/2 56/18
57/15 58/4 60/11 60/11 60/22 62/24
63/14 66/14 66/14 72/2 75/10 75/17 76/6
76/9 76/13 77/6 77/13 80/9 80/12 81/14
85/7 88/20 89/5 89/15 89/20 90/3 93/8
93/16 94/4 94/10 95/15 95/16
Okin America [6]  75/17 76/6 76/9 80/9
80/12 88/20
Okin's [12]  2/24 21/15 21/16 37/8 38/20
51/25 69/19 78/22 80/7 80/17 89/16
91/15
old [8]  44/23 44/25 45/1 48/24 53/8 62/16
62/16 72/5
old-fashioned [1]  45/1
older [2]  77/3 78/17
once [4]  22/8 22/13 33/7 71/17
one [73]  2/10 3/4 4/6 4/15 6/15 11/22
12/22 13/5 14/1 23/2 23/11 23/13 24/13
24/14 25/24 26/15 26/16 27/9 28/13
32/16 33/25 34/3 34/25 36/7 36/15 37/4
38/1 39/2 39/9 40/9 41/19 41/22 42/3
45/6 45/10 45/12 46/6 49/16 52/12 53/10
53/19 56/25 57/4 57/6 57/11 57/20 57/22
57/23 58/2 58/5 58/11 59/3 59/4 59/6
59/7 61/7 62/10 63/23 64/6 69/8 69/13
71/20 73/1 75/5 77/9 81/18 84/13 86/15

O

one... [5] 90/1 90/24 91/3 92/24 96/1
one's [2] 64/14 64/14
one-part [1] 91/3
one-piece [6] 56/25 57/4 57/11 61/7 69/8 69/13
ones [1] 10/17
online [1] 54/6
only [30] 3/3 3/16 5/3 14/10 15/7 15/8 15/13 20/18 22/6 23/6 24/24 26/24 27/22 29/9 33/25 42/16 45/12 48/22 53/5 53/8 57/21 57/22 61/9 61/21 62/5 66/22 67/20 67/22 71/19 93/7
open [3] 17/24 18/4 95/3
opening [7] 5/21 19/16 20/23 24/13 24/15 28/17 29/5 33/11 58/13 85/20 90/19
openings [7] 4/21 5/1 23/22 24/4 24/11 28/6 31/5
operate [1] 81/19
operation [3] 66/1 77/15 91/20
operations [1] 81/4
opine [1] 24/19
opinion [4] 14/13 17/23 65/12 69/18
opponent [1] 30/2
opportunities [1] 22/2
opportunity [5] 19/15 19/17 21/14 21/17 74/9
opposing [1] 96/1
orally [1] 27/24
orange [1] 86/21
order [5] 19/20 23/14 25/20 46/1 52/16
ordinarily [1] 43/9
ordinary [2] 11/21 12/1
organization [1] 44/21
original [4] 25/3 46/13 54/1 64/17
Orioles [1] 51/19
other [57] 2/18 2/24 3/1 3/1 3/3 3/16 4/6 5/5 6/19 10/9 12/12 15/14 15/15 15/17 16/1 16/12 17/11 17/19 20/6 24/24 26/15 28/11 28/13 29/5 30/20 30/21 33/20 37/5 44/2 45/14 45/18 48/18 49/5 49/22 51/25 52/1 58/23 60/6 60/20 62/10 64/12 64/15 67/12 68/11 69/19 71/1 71/3 72/7 73/23 75/2 75/23 76/3 76/22 78/16 80/1 85/16 94/24
others [7] 18/12 55/9 78/6 78/7 78/7 79/15 79/16
otherwise [3] 2/15 23/21 58/6
ought [1] 94/16
our [43] 4/16 24/15 24/16 24/19 24/21 25/2 25/17 26/7 27/2 27/3 32/6 32/10 32/15 32/16 32/18 32/19 32/22 33/3 33/19 34/9 38/4 39/25 41/25 41/25 43/4 50/19 55/12 65/1 68/19 71/18 71/21 72/18 75/3 75/12 75/13 75/22 76/12 76/16 76/19 81/12 81/12 88/23 93/19
ours [1] 28/11
out [33] 2/17 3/10 3/19 4/1 7/24 12/4 16/24 23/12 24/11 28/20 29/24 30/5 41/22 52/17 54/8 54/15 54/20 56/15 56/20 58/16 61/18 70/18 72/10 73/4 74/4 74/15 75/23 76/7 76/22 80/21 83/1 85/4 91/9
out-of-court [1] 29/24
outcome [1] 34/12
outline [1] 3/4
outside [8] 2/5 15/4 16/8 16/11 17/2

33/22 40/23 50/6
over [12] 2/16 3/17 23/17 32/12 33/10 42/11 49/2 51/17 61/4 75/19 82/13 93/9
overall [3] 81/11 93/18 93/20
owed [1] 79/13
owes [4] 77/13 80/6 80/6 94/10
own [8] 15/17 35/8 35/8 37/11 37/22 60/19 61/11 92/21
owned [2] 7/16 46/12
owner [1] 80/2
owns [2] 77/6 94/4
Oz [1] 32/20

P

p.m [4] 5/12 24/9 31/14 95/10
page [13] 2/23 2/25 3/5 3/6 3/18 9/2 9/10 9/18 9/20 9/21 10/13 54/24 89/25
Page 10 [1] 2/23
Page 13 [1] 2/25
Page 23 [1] 3/6
Page 24 [1] 3/18
pages [1] 9/17
paid [1] 13/22
panel [1] 5/14
paper [2] 31/21 31/23
par [1] 27/12
parent [1] 50/24
part [56] 3/20 6/6 11/16 11/17 11/18 11/18 27/2 27/3 48/10 48/12 48/15 49/24 50/8 53/19 55/11 56/9 56/19 57/18 60/13 65/14 67/13 77/11 81/13 84/10 84/11 84/12 84/13 84/16 85/4 85/6 85/11 85/13 85/15 85/24 86/1 87/17 87/23 87/25 87/25 87/25 88/2 88/4 88/8 88/8 88/9 88/11 88/12 89/20 90/4 90/5 90/10 90/10 91/2 91/3 91/17 94/8
participate [2] 82/9 85/10 92/15
participates [2] 60/14 92/14
participating [2] 34/13 88/13
particular [15] 9/25 11/8 13/4 35/13 35/14 47/15 51/13 79/10 82/4 83/5 83/9 86/17 89/11 95/22 96/8
parties [7] 4/12 6/7 7/10 7/12 17/8 24/25 40/1
parts [23] 8/19 10/7 10/11 10/12 40/8 42/10 47/7 48/9 48/13 49/22 50/11 50/13 53/1 83/22 85/2 85/7 85/8 85/9 85/23 86/4 91/17 94/9
party [5] 20/19 30/2 38/3 50/20 76/9
party-opponent [1] 30/2
passed [2] 9/7 72/7
past [2] 9/15 23/7
patent [168]
Patent No. 5,927,144 [1] 7/15
patent number [1] 9/4
patented [2] 25/23 52/3
patentholder [1] 46/13
patents [9] 6/3 6/4 46/1 46/6 48/25 56/15 56/22 57/3 68/14
path [5] 62/1 62/3 62/8 70/7 94/9
pause [2] 59/8 74/20
pay [6] 18/16 19/2 73/7 73/13 73/15 73/17
payment [2] 79/25 94/11
payments [1] 77/13
PCT [1] 82/18
penalty [1] 14/1
pending [1] 30/12
people [18] 34/7 34/19 34/24 42/5 42/9

45/14 46/20 46/23 46/24 59/16 61/12 73/22 90/6 78/22 76/23 80/2 82/21 94/23
people's [1] 60/4
perceive [2] 34/5 37/25
perception [8] 34/9 35/8 37/15 71/4 75/6 75/7 82/11 92/21
perfect [3] 3/24 35/6 71/8
perfectly [1] 19/19
perform [1] 37/18
perhaps [1] 2/10
period [3] 54/11 72/20 78/24
permission [2] 78/22 80/5
permitted [1] 18/6
perseverance [1] 43/2
person [7] 12/1 15/24 42/22 73/24 81/21
persuade [2] 21/3 21/11
persuasive [1] 16/20
Ph.D [1] 65/16
Philip [2] 76/5 88/19
Phoenix [1] 51/8
Phoenix Mecano [1] 51/8
phone [1] 45/2
phones [1] 17/19
phrases [1] 11/6
physical [1] 91/25
pick [1] 36/15
picture [7] 24/16 24/17 24/22 28/23 41/9 51/14 86/19
piece [43] 2/23 18/1 18/2 24/15 27/16 31/21 31/23 47/17 47/21 48/3 49/4 50/16 53/8 56/25 57/4 57/6 57/11 57/20 57/23 57/23 57/25 58/2 59/3 59/4 59/6 59/7 61/2 61/2 61/6 61/7 62/3 64/23 65/14 68/7 68/21 69/5 69/6 69/8 69/12 69/13 73/10 92/24 93/4
pieces [11] 35/23 40/11 40/12 40/19 50/18 51/21 51/23 53/11 57/5 57/18 58/2
pinpoint [1] 66/5
place [2] 69/23 92/5
plain [1] 73/15
plaintiff [8] 1/4 1/5 1/12 1/15 1/20 1/20 38/2 38/22
Plaintiff/Counter-Defendant [3] 1/4 1/12 1/20
plaintiffs [1] 32/7
plant [4] 75/17 75/20 80/14 88/21
plastic [5] 40/12 64/8 64/14 90/11 90/11
platform [3] 28/24 70/15 92/10
play [3] 95/25 96/1 97/18
played [2] 7/5 87/15
player [4] 42/14 45/5 51/10 51/11
playing [1] 51/19
please [6] 5/15 17/3 23/3 24/7 36/3 68/8 74/22 76/5
plus [1] 42/11
point [15] 4/18 5/9 6/20 7/24 16/3 21/21 27/14 27/24 30/5 30/15 73/1
points [1] 43/19
portion [1] 49/25
position [6] 21/24 25/17 66/6 72/2 72/18 81/12
positions [1] 7/9
possible [3] 22/1 24/13 27/10
possibly [1] 74/16
potentially [1] 62/5
power [5] 35/15 40/7 78/1 81/15 81/22
powered [1] 81/24
PowerPoint [1] 76/20
practicing [4] 26/5 26/8 26/11 27/7

Case 1:13-cv-01798-CCB   Document 118-10   Filed 05/29/15   Page 110 of 115

P

preamble [1] 83/21
precedes [1] 48/18
precise [4] 65/20 90/9 91/1 91/3
precisely [1] 66/7
prejudicial [1] 25/24
preliminary [5] 2/14 2/22 3/2 5/22 23/20
prepare [1] 25/21
prepared [2] 6/5 6/7
preponderance [10] 2/25 3/14 3/22 12/15 12/18 19/25 20/2 20/17 21/3 21/6
presence [1] 2/5
present [10] 1/18 3/21 5/15 13/12 15/24 20/24 21/5 21/9 77/8 91/17
presentation [2] 4/16 22/1
presented [2] 15/13 28/23
presenting [3] 21/13 33/7 76/19
preside [1] 23/17
president [4] 33/6 76/6 76/9 88/19
pressing [2] 66/20 66/20
pressure [2] 66/23 67/17
pretty [2] 42/25 70/9
prevent [3] 79/15 91/7 91/11
preventing [1] 91/13
previous [1] 13/12
previously [1] 4/24
price [1] 40/15
principally [1] 43/4
principle [3] 73/10 73/11 73/18
principled [1] 42/19
principles [1] 42/19
printed [1] 13/12
prior [17] 13/13 24/15 24/21 25/21 26/5 26/8 26/11 26/22 27/6 27/7 27/17 68/12 68/15 68/23 69/14 92/24 93/4
probably [7] 7/3 7/16 16/22 18/23 22/20 30/14 45/6
problem [8] 29/19 50/13 58/17 59/7 59/9 59/11 66/21 66/22
problems [3] 3/1 59/24 60/2
proceedings [3] 2/5 18/9 98/11
process [4] 34/12 34/13 68/14 74/8
product [63] 7/23 8/2 13/4 25/23 25/23 26/7 26/22 38/8 38/17 39/8 39/12 44/1 44/7 49/17 51/13 51/16 52/22 52/25 53/1 53/3 53/7 53/23 55/3 55/12 55/17 55/17 58/8 58/8 58/9 58/20 58/20 59/2 61/8 61/10 62/14 62/16 62/16 62/21 63/21 63/23 65/6 66/1 71/12 71/18 71/24 72/13 72/19 77/9 78/12 81/6 89/5 89/11 89/17 89/18 89/21 90/7 90/8 90/22 91/2 91/6 92/12 93/9
production [6] 53/18 53/22 56/4 56/6 63/17 73/10
products [20] 40/4 41/16 43/1 44/2 44/8 44/19 50/22 50/24 50/25 51/1 52/1 52/1 52/6 53/10 63/24 64/15 65/11 72/5 72/6 78/16
Professional [1] 65/19
progress [1] 78/1
promote [1] 65/9
proof [6] 16/2 19/21 20/16 20/17 21/15 39/2
proper [2] 25/20 25/25
property [6] 72/1 78/4 78/19 80/1 80/2 83/17
proposed [2] 4/10 4/13
protection [2] 82/17 82/21

proud [2] 42/1 54/16
prove [13] 3/22 21/23 21/5 21/10 39/2 39/7 39/7 39/8 60/23 70/25 77/12 77/12 88/2
proved [5] 19/25 20/3 20/8 20/14 20/20
proven [1] 20/10
provide [2] 6/4 64/10
provides [1] 64/9
proving [3] 20/1 20/6 20/19
public [5] 79/17 79/18 79/20 79/23 93/25
publication [1] 13/13
pulled [2] 83/1 85/4
pulling [2] 32/20 70/11
punish [2] 13/25 14/3
purchased [1] 51/7
purpose [2] 18/21 91/22
pushing [4] 62/8 66/24 67/5 67/6
put [18] 21/14 21/17 21/23 23/14 28/14 39/5 42/8 58/17 59/23 60/1 60/5 61/1 61/1 61/15 68/2 69/23 75/4 83/7
puts [1] 41/11
putting [5] 2/24 24/15 24/17 30/21 62/19

Q

qualifications [1] 72/23
qualify [2] 30/1 30/6
quality [5] 40/14 41/13 41/13 41/14 42/13
question [17] 28/22 28/23 29/1 31/20 31/24 37/9 37/11 60/22 60/25 63/4 70/10 70/13 70/17 70/22 71/2 71/5 72/23
questions [4] 14/24 31/18 31/19 95/7
quickly [2] 80/8 92/23
quite [4] 31/19 59/13 80/24 84/13

R

radio [1] 17/12
rail [25] 5/4 29/15 29/15 54/2 54/2 62/7 62/17 62/17 62/18 62/19 62/23 62/23 63/10 64/18 90/14 90/21 90/21 91/6 91/7 91/11 91/11 92/14 92/15 92/18 92/18
rails [4] 54/3 62/20 81/18 82/8 90/20 92/6
rain [1] 16/12
raincoat [1] 16/9
raining [1] 16/13
raise [3] 5/15 64/25 97/2
raised [2] 25/1 90/23
ran [2] 67/24 92/6
range [2] 51/3 93/23
rather [5] 57/4 72/11 91/4 93/15 94/16
RDR [3] 1/23 98/9 98/13
reach [2] 75/8 96/13
reached [1] 70/18
read [9] 5/9 5/10 10/6 17/6 17/13 17/14 24/21 27/5 64/21
reading [4] 10/7 12/9 50/2 50/10
ready [1] 53/18
real [1] 59/10
reality [1] 27/25
realized [1] 65/3
really [17] 33/23 40/1 43/1 43/13 44/10 46/21 49/12 50/14 50/16 62/11 63/16 68/22 74/24 77/14 81/22 89/25 90/15
Realtime [1] 98/14
reason [13] 15/17 16/15 17/15 27/22 34/5 41/12 45/13 67/4 71/14 71/15 73/9 73/13 73/13
reasonable [7] 13/22 13/23 20/15 20/19 25/9 93/16 93/22
reasons [1] 13/8
rebuttal [3] 21/20 21/21 21/23

recall [1] 20/11
receive [2] 19/21 53/20
recess [4] 22/22 24/2 31/3 31/13
recline [1] 36/10 81/22 81/22
recliner [2] 79/24 81/15
recliners [1] 81/24
reclining [5] 10/8 35/15 35/18 51/12 83/22
recollection [1] 18/13
record [2] 55/20 98/11
recorded [3] 2/2 44/16 55/7
red [1] 48/13
refer [5] 15/7 15/9 36/13 36/18 45/23
reference [9] 12/14 17/10 69/2 69/4 79/9 79/10 82/18 92/25 92/25
references [2] 2/17 9/5
referred [4] 7/25 8/3 8/22 19/25
referring [1] 7/16
refers [1] 6/15
reflects [1] 56/7
regarding [7] 2/14 12/5 16/21 21/5 22/15 23/20 96/9
regardless [2] 14/18 14/20
registered [2] 81/5 98/14
regroup [1] 97/24
rejected [1] 26/9
rejects [1] 26/11
related [1] 81/5
relating [2] 18/9 82/8
relevant [3] 8/10 64/2 76/4
relies [1] 91/24 92/24
remaining [1] 29/9
remains [2] 24/24 25/11
remember [4] 18/11 48/14 66/13 68/12
remote [1] 81/24
remote-controlled [1] 81/24
remotely [1] 82/2
render [1] 27/9
rendition [1] 87/7
rent [5] 80/3 80/7 93/17 93/17 93/24
repeat [1] 16/22
report [1] 17/13
reported [2] 1/22 7/5
reporter [5] 1/24 18/24 98/14 98/14 98/15
represent [1] 33/15
representative [6] 1/19 1/19 33/3 43/10 75/13 75/13
representatives [1] 75/10
represents [1] 32/7
requirements [3] 12/25 13/4 47/1
requires [3] 37/23 47/7 85/22
research [2] 17/6 95/4
resolve [2] 29/7 30/13
resolved [4] 5/8 24/12 29/6 38/14
resources [1] 41/11
respect [16] 24/25 25/7 26/13 26/14 61/16 66/2 68/9 76/3 78/19 81/11 89/25 90/8 90/21 92/4 92/12 92/20
respected [2] 42/13 45/7
respond [3] 21/22 39/6 72/25
responding [1] 66/13
responding [4] 21/15 21/16 21/18 21/24
responsibilities [1] 52/9
responsive [1] 72/4
rest [1] 2/16
resulted [1] 80/22
results [1] 66/25
resume [1] 22/23
return [1] 79/15

**R**

Richard [1] 88/24
Richardson [1] 75/12
rid [1] 56/12
right [75] 3/7 3/14 4/2 4/19 5/15 5/20 6/24
7/6 7/7 7/18 9/10 9/23 17/3 23/6 23/20
24/1 25/12 31/2 31/11 32/2 36/9 39/21
41/4 41/6 42/7 44/12 46/22 46/23 46/24
48/15 49/24 56/1 56/3 56/18 56/23 58/18
60/2 60/10 63/12 68/1 68/4 72/24 73/25
74/21 75/6 75/19 77/7 77/20 78/4 78/5
78/6 78/19 79/15 80/2 80/19 80/22 82/18
83/1 83/17 84/6 84/9 84/10 85/19 86/7
86/9 87/10 93/3 94/2 94/14 95/11 95/21
97/8 97/9 98/3 98/4
rights [2] 78/2 78/2
Ripken [1] 51/18
rise [1] 32/24
road [1] 47/15
rocker [1] 67/14
role [3] 5/22 6/3 44/6
Rongqing [2] 32/23 42/4
room [2] 16/7 24/7
Rosenthal [21] 1/13 26/23 32/16 33/11
33/15 74/13 74/23 75/5 75/9 77/6 77/10
77/20 79/8 81/7 83/19 84/1 84/20 89/19
90/19 92/2 92/8
rotating [2] 83/25 83/25
row [1] 65/15
royalty [13] 13/22 13/23 77/13 79/13 79/25
80/6 93/16 93/22 94/11
rubbed [1] 92/7
rubber [1] 47/15
rule [1] 45/13
run [7] 47/24 53/18 55/16 57/17 59/6
65/23 76/21
running [1] 9/22
runs [4] 42/23 43/15 69/24 69/24

**S**

said [35] 12/21 13/15 27/1 28/20 30/6
30/22 33/14 33/17 39/17 48/14 49/23
49/25 52/18 53/20 53/23 55/10 55/16
56/17 57/19 58/21 58/24 59/22 60/18
63/12 63/15 63/16 67/1 67/25 74/24
80/12 85/20 89/19 91/10 97/16 97/18
sale [4] 7/22 13/2 78/8 90/6
sales [7] 44/21 81/6 89/23 89/24 93/10
93/18 93/20
same [21] 24/21 26/19 27/1 27/10 27/24
52/15 52/23 56/7 60/8 60/15 61/20 62/15
64/8 66/12 68/22 69/14 72/5 73/9 73/18
88/16 89/25
sample [7] 6/10 6/15 6/16 6/21 6/25 53/9
53/20
samples [4] 53/5 53/6 53/7 56/10
sat [1] 55/10
savings [1] 42/9
saw [11] 9/1 10/2 10/16 15/25 16/12
65/25 65/25 77/14 77/15 78/3 90/18
say [37] 8/19 14/12 15/21 16/14 18/17
26/6 27/2 29/19 30/15 32/1 35/5 38/4
49/9 55/2 55/4 55/11 56/25 58/9 60/13
60/16 61/20 62/4 62/5 62/25 65/1 68/11
68/20 68/22 69/1 69/14 69/16 70/2 70/3
70/5 81/3 97/3 97/6
saying [8] 27/8 29/19 59/15 60/11 67/6
68/18 90/14 90/24

says [15] 10/4 29/22 50/2 56/3 61/22
63/7 64/11 69/22 70/4 70/6 73/24 83/7
85/11 88/1 91/3
scale [3] 20/5 20/16 20/18
scene [1] 63/15
schedule [1] 22/15
schematic [1] 54/1
school [1] 78/1
science [1] 78/1
scrap [1] 56/11
scrape [2] 70/20 92/10
scrapes [1] 69/25
screen [7] 40/4 40/25 51/15 78/3 82/18
85/4 87/7
screw [7] 47/11 47/12 48/3 59/12 84/4
84/4 84/5
screws [1] 40/11
Sean [3] 44/20 44/20 45/8
seat [3] 77/15 77/17 95/12
seated [2] 5/17 31/15
seating [2] 10/8 83/22
seats [2] 40/7 51/12
second [4] 25/19 36/7 60/13 68/21
section [45] 5/11 11/15 11/16 11/17
47/14 47/16 47/18 47/19 48/9 48/13
48/14 50/10 50/13 51/22 51/23 70/5 70/6
77/11 81/13 84/12 84/13 84/16 85/4 85/6
85/8 85/9 85/13 85/15 86/23 86/24 87/12
87/13 87/17 87/23 87/25 88/1 88/3 88/4
88/11 88/12 89/18 89/21 90/4 90/5 90/10
sections [2] 50/6 88/13
see [91] 2/12 2/13 4/22 6/8 9/10 9/13
9/17 10/6 10/13 15/4 16/8 16/12 23/21
24/5 27/16 29/24 34/18 34/23 35/3 35/24
36/2 36/9 36/11 37/6 37/22 37/23 40/25
47/12 47/17 48/25 51/21 53/11 53/24
54/2 54/22 55/3 55/4 55/9 56/3 57/4
57/17 57/21 57/23 58/1 58/1 58/15 59/6
59/11 60/8 60/15 60/19 60/20 61/11
64/11 64/13 64/20 65/8 67/18 68/4 69/22
75/24 76/10 76/20 76/23 77/17 78/3
80/18 82/18 83/1 83/8 83/21 83/25 84/13
86/20 87/2 87/6 87/7 87/11 87/12 87/12
87/13 88/7 88/8 88/8 88/9 91/10 91/15
93/10 93/11 93/13 98/5
seek [1] 93/22
seeking [4] 7/20 28/15 93/15 93/16
seem [5] 15/16 19/10 23/1 53/11 61/4
seemed [1] 3/21
seems [1] 55/11
seen [2] 19/4 35/18
select [1] 23/18
selected [1] 5/14
sell [5] 41/21 55/17 55/18 58/20 63/24
selling [13] 7/22 13/2 38/7 38/8 51/16
52/4 72/5 72/6 78/7 79/17 80/7 80/23
80/24
sells [1] 78/20
sense [17] 15/18 15/20 34/8 35/6 35/8
38/6 71/4 74/1 74/2 74/5 75/5 75/7 82/10
85/14 88/1 92/21 96/24
sentence [2] 3/18 3/20
sentences [1] 10/10
separately [2] 11/2 11/4
September [1] 89/10
September/October [1] 89/10
sequentially [1] 46/1
served [1] 20/11
service [5] 33/9 72/5 72/14 72/14 74/24

serving [1] 32/9
set [29] 4/1 4/3 6/7
settled [1] 73/4
setup [2] 66/22 67/7
several [1] 43/16
shag [1] 59/16
Shanghai [1] 40/24
Shannon [3] 75/16 76/8 80/14
shift [2] 89/17 89/18
shining [1] 16/7
shipping [1] 41/6
short [2] 5/25 23/22
shortened [1] 2/21
shortly [2] 7/11 19/14
should [23] 3/9 3/10 11/21 12/4 15/3 17/2
18/23 26/1 26/12 26/13 26/14 28/1 40/4
43/14 56/24 63/13 65/3 69/17 72/19 75/7
81/10 90/15 94/22
shouldn't [3] 14/25 17/5 17/9
show [49] 5/1 5/2 13/11 19/18 22/4 26/25
29/11 30/14 35/16 35/23 36/8 39/3 39/15
39/20 39/21 39/21 42/21 46/6 53/25
54/14 54/24 55/8 57/14 61/10 62/25 63/6
65/1 65/2 66/4 67/9 70/23 76/21 78/20
79/12 80/4 80/6 81/1 81/13 82/1 85/15
86/16 87/5 88/13 92/13 93/8 93/23 94/6
94/7 94/10
showed [3] 49/6 84/1 84/20
showing [1] 24/16
shown [7] 12/18 22/3 28/3 40/25 86/21
87/4 91/21
showrooms [1] 35/19
shows [3] 39/16 45/2 53/24
shrunk [1] 59/3
Shucheng [2] 1/19 33/2
side [17] 9/23 9/23 19/15 33/20 35/20
47/20 62/10 69/21 75/10 76/19 84/6 84/9
86/18 86/19 86/20 92/5 92/10
side's [3] 29/5 31/4 71/3
sidebar [1] 19/6
sides [5] 37/15 84/15 84/16 87/1 88/6
sideshow [1] 65/5
similar [7] 9/1 41/3 41/3 41/7 52/24 64/6
70/10
simple [5] 16/4 73/15 77/9 83/9 92/19
simplicity [1] 82/25
simplify [1] 47/3
simply [3] 27/8 28/22 30/5
simulate [1] 68/2
single [5] 13/12 56/8 57/6 89/18 89/20
single-guide [1] 89/18
single-part [1] 89/20
sit [10] 24/10 36/14 43/13 43/14 45/12
45/14 81/20 81/21 82/4 91/22
sites [1] 17/10
sits [5] 58/13 58/14 64/9 67/11 70/15
sitting [14] 16/9 19/11 23/2 33/4 36/16
42/7 43/9 43/20 45/17 65/15 68/3 75/18
90/13 94/18
skill [1] 11/24
skilled [2] 11/22 12/1
skittish [2] 71/21 71/23
slide [13] 24/16 24/23 25/13 25/17 25/23
27/1 27/23 28/14 29/10 57/19 77/14
90/16 93/10
slider [38] 36/20 48/4 50/5 50/6 51/23
57/17 57/22 59/4 60/8 60/24 66/7 66/10
66/17 67/3 67/5 67/18 69/22 69/25 70/24
84/17 84/19 84/20 84/24 85/8 86/22

**S**

slider... [13]  86/22 87/14 88/4 88/9 88/10
88/14 91/8 91/12 92/6 92/6 92/15 94/8
94/9
slides [6]  24/14 48/4 60/13 87/16 88/4
94/8
slightly [1]  20/5
slit [8]  48/8 57/5 84/15 84/15 86/25 86/25
88/5 88/5
slot [1]  84/25
small [3]  42/25 46/4 46/5
smaller [5]  51/10 58/25 59/2 59/3 59/10
smartphone [1]  34/17
so [154]
sold [10]  52/1 52/25 53/1 53/3 56/8 63/18
64/1 64/5 71/12 80/4
solely [2]  61/17 61/17
solution [1]  83/8
solve [1]  59/24
solved [2]  50/5 50/12
solves [1]  60/2
some [58]  5/21 5/21 6/2 6/22 6/23 7/2 7/8
9/22 12/3 12/11 14/13 15/14 15/18 16/12
16/16 18/11 19/24 22/5 29/4 32/14 34/21
35/22 39/20 41/6 41/10 42/21 43/4 43/23
44/8 44/18 46/4 47/5 47/8 50/25 52/13
54/10 58/20 59/13 64/6 65/12 67/3 67/7
69/25 70/20 72/6 73/7 75/6 76/23 76/23
79/8 80/8 80/17 83/1 84/24 86/13 86/20
90/12 96/13
somebody [2]  16/9 23/17
somehow [3]  60/14 61/1 68/20
someone [6]  23/19 38/3 40/12 62/14 68/2
73/14
something [26]  5/5 15/23 18/9 26/9 29/22
30/5 30/8 31/25 34/19 37/5 52/21 52/23
53/17 56/19 56/20 62/1 63/2 63/3 69/13
70/7 73/15 73/16 73/17 75/8 80/21 83/4
something's [1]  66/20
sometimes [4]  19/5 19/8 66/8 82/24
84/17 84/18
somewhat [3]  34/15 37/4 51/10
son [1]  33/2
sorry [3]  31/8 32/1 64/5
sort [6]  19/12 23/17 26/6 50/4 86/13 95/2
Sounds [1]  25/9
Southern [1]  96/10
Southern Motion [1]  96/10
space [5]  45/7 51/9 51/10 51/11 51/13
speak [2]  43/11 43/17
speaking [1]  38/22
specialized [2]  34/2 38/11
specific [4]  11/25 12/14 46/25 78/24
specifically [3]  26/16 39/22 91/10
specification [3]  8/22 9/9 9/18
speculate [1]  15/14
spending [1]  32/12
spindle [30]  24/21 47/10 47/11 47/12
47/23 48/1 59/1 61/15 64/7 64/16 64/24
65/3 65/4 65/13 65/24 66/11 66/12 66/16
66/17 68/6 83/25 84/1 84/3 84/3 85/11
86/21 87/10 87/11 87/11 90/15
spokesperson [1]  23/18
stand [7]  5/15 19/11 36/2 74/18 75/15
75/24 76/5
standard [1]  20/7
standards [5]  12/14 19/21 20/12 20/16
20/22

Standing [1]  36/4
start [18]  2/8 2/15 2/20 7/4 10/4 12/15
17/25 40/2 50/3 52/9 75/12 76/25 77/5
87/7 89/22 94/22 95/1 95/16
started [13]  38/7 38/8 42/9 42/24 43/16
45/4 61/8 81/8 89/9 90/2 93/19 94/16
94/20
starting [1]  9/18
starts [2]  83/21 89/4
state [2]  8/10 41/10
state-of-the-art [1]  41/10
stated [1]  77/6
statement [7]  9/11 19/16 29/24 30/1
33/11 83/11 83/16
statements [5]  12/14 24/20 23/31/12
STATES [13]  1/1 7/15 7/23 13/3 13/3
46/10 46/11 50/22 71/13 77/25 78/6 81/6
82/23
station [4]  70/11 70/12 92/9 92/11
stay [1]  23/9
stenographic [1]  98/10
stenographically [1]  2/2
step [1]  24/7
still [13]  2/10 23/7 39/1 39/4 44/14 51/10
51/19 59/3 59/6 63/24 79/5 80/23 80/23
stipulated [1]  14/21
stipulations [1]  14/22
stop [8]  55/16 62/6 62/6 73/9 78/6 78/7
78/7 79/16
stopped [2]  53/22 54/6
stops [1]  70/12
story [4]  54/16 54/20 58/6 81/11
straight [1]  36/25
strain [2]  92/3 92/16
strain/force [1]  92/3
strain/gauge [1]  92/16
strange [2]  38/3 61/4
Street [1]  1/24
stressed [1]  66/19
stretch [2]  19/12 74/19
stretched [1]  69/12
stricken [1]  15/2
stuff [5]  28/20 33/21 40/15 48/18 71/20
subject [3]  9/11 13/9 82/12
subjected [1]  91/23
submit [3]  26/5 37/10 91/13
submits [1]  90/14
submitted [2]  30/3 90/23
subsidiary [5]  50/21 50/23 50/25
success [2]  80/25 81/1
successful [3]  44/2 51/5 93/9
such [7]  9/3 24/20 27/4 27/5 37/22 61/2
92/1
sudden [1]  58/17
sue [2]  38/3 38/9
sued [5]  38/9 38/10 50/20 71/14 71/14
sufficient [3]  20/5 20/18 79/20
suit [2]  6/21 85/17
summarize [1]  74/10
summary [4]  7/11 30/3 77/5 94/4
sun [1]  16/6
supplies [1]  40/8
support [2]  20/24 21/23
supposed [2]  18/13 48/22
sure [16]  24/3 27/2 29/21 39/13 39/17
39/22 41/16 50/16 56/21 66/9 71/6 71/18
71/23 71/24 96/25 97/3
surrounded [4]  5/11 11/12 11/14 47/14
surrounding [1]  50/6

surrounds [1]  59/4
sustain [1]  15/1
swear [1]  5/13
switch [1]  74/15
switches [1]  90/10
sworn [5]  5/16 5/18 14/16
sworn/affirmed [1]  5/16
system [8]  6/9 34/1 34/6 34/6 34/10
79/14 94/7 94/8
systems [1]  93/18

**T**

table [3]  33/4 43/10 49/24
tables [1]  4/23
tablets [1]  17/19
take [33]  4/1 8/24 18/7 18/7 18/11 18/19
18/20 19/2 24/2 27/19 31/2 31/11 31/24
34/22 35/22 35/24 36/2 41/24 42/20
61/18 69/16 70/1 73/14 73/15 73/16
73/17 73/21 79/10 81/18 86/7 87/24
91/17 95/24
Takei [7]  24/22 26/25 27/15 28/3 69/7
92/24 93/3
taken [3]  3/19 12/4 31/13
takes [1]  69/20
taking [6]  2/17 7/10 16/9 18/24 31/17
33/24
talk [31]  4/1 4/20 16/24 17/2 17/4 17/20
19/8 25/6 31/24 37/13 44/7 44/8 44/9
45/21 48/8 49/8 52/5 64/2 68/5 71/10
72/17 74/9 81/10 86/6 89/2 95/3 95/7
96/12 96/22 97/8 98/4
talked [3]  2/21 43/7 71/14
talking [10]  16/5 35/16 37/15 40/24 42/2
48/11 43/3 51/22 57/15 68/13
talks [2]  29/14 70/4
task [2]  50/5 83/3
Tate [2]  26/16 27/19
taught [1]  79/10
team [5]  32/15 76/12 76/12 76/13 76/16
technical [16]  34/2 34/23 35/1 36/22 37/5
54/1 62/12 62/13 64/20 88/24 90/15
90/18 90/20 90/22 91/15 91/25
technical-background [1]  34/2
Technician [2]  1/20 1/20
technology [16]  17/19 33/6 34/16 38/4
38/20 39/14 39/18 39/23 44/5 48/24 49/1
56/20 58/5 73/14 80/10 88/25
television [1]  17/13
tell [31]  2/13 5/25 8/25 9/24 11/5 11/9
13/23 15/12 15/23 22/21 23/11 24/10
37/18 44/6 44/6 48/7 54/16 61/14 68/7
68/10 68/25 69/18 73/12 73/12 77/5
79/18 79/20 94/22 95/14 97/20
telling [7]  50/12 50/17 63/8 63/9 73/22
74/6 75/19
tells [5]  6/25 15/25 54/19 55/14 73/23
ten [2]  24/2 51/17
ten-minute [1]  24/2
term [7]  11/15 11/22 11/24 12/2 47/11
78/23 79/11
terminology [1]  62/15
terms [5]  2/16 11/20 20/1 31/17 34/15
terribly [1]  23/8
test [7]  28/1 66/15 66/22 67/1 67/19 68/2
69/20
testified [1]  44/16
testify [19]  14/17 26/3 29/13 43/11 43/18
43/21 43/22 43/25 44/15 44/18 45/8

T

113

testify... [8] 45/15 53/2 61/16 61/21 62/9 65/16 65/21 72/24
testifying [3] 29/18 75/19 76/1
testimony [14] 14/16 15/10 15/23 18/7 19/3 26/6 26/20 30/16 37/12 39/11 45/14 50/15 61/22 92/1
testing [7] 92/1 92/1 92/3 92/4 92/16 92/16 92/21
tests [6] 37/18 37/19 41/14 65/12 65/21 70/23
than [20] 2/18 3/13 5/5 13/21 16/18 20/3 23/10 31/4 41/14 41/15 43/17 57/4 60/6 64/12 66/5 69/5 72/11 85/1 91/4 94/16
thank [31] 4/4 4/19 5/17 5/19 7/6 29/4 30/17 30/18 32/1 32/4 32/9 33/9 33/13 33/18 34/12 71/8 71/8 73/19 74/8 74/11 74/12 74/23 94/12 94/13 95/9 95/11 96/19 98/2 98/5
thankfully [1] 35/2
that [540]
that's [130]
their [37] 26/2 31/19 37/15 37/23 39/3 39/4 39/6 39/8 39/14 41/10 41/14 44/22 50/25 50/25 51/13 52/1 52/12 53/19 54/11 55/17 55/18 55/25 57/1 58/5 58/9 58/20 63/1 63/8 66/15 67/1 71/25 72/2 72/25 81/4 81/6 81/8 81/12
them [44] 2/16 4/22 5/9 5/9 5/10 6/11 7/11 7/24 11/4 11/8 12/9 12/9 14/18 14/20 14/25 15/11 17/4 28/5 29/19 40/8 40/18 41/17 41/18 41/22 45/19 46/1 46/3 46/4 46/5 53/2 53/8 54/7 54/13 57/5 62/12 65/22 72/7 73/7 73/7 76/10 76/10 81/2 89/1 97/21
themselves [3] 8/21 40/13 40/16
then [37] 2/20 2/23 3/17 3/17 3/25 5/21 8/15 8/20 10/4 10/9 11/25 14/9 18/1 21/9 21/17 22/17 22/23 24/4 24/6 26/7 27/4 31/1 31/2 31/3 31/12 32/22 39/6 46/9 50/8 59/9 69/24 71/13 71/14 74/11 89/9 95/17 96/3
theory [1] 62/5
there [79] 2/10 2/12 3/1 6/4 6/10 7/13 8/20 9/10 9/13 10/14 10/17 10/22 10/23 11/5 11/8 11/15 11/20 12/22 12/24 14/22 14/23 16/9 16/14 17/12 18/25 19/8 19/11 19/21 22/24 22/25 23/2 23/15 24/14 29/10 30/12 34/22 38/19 41/5 43/19 47/10 47/12 48/19 49/6 52/12 52/17 52/20 53/20 54/5 55/24 56/14 56/21 57/7 59/18 61/17 61/17 64/1 64/9 64/15 64/21 67/2 68/4 68/5 68/8 70/23 72/19 72/20 75/19 76/17 76/22 78/13 82/6 84/1 84/6 84/12 85/16 87/16 93/3 94/24 97/2
there's [81] 2/13 7/13 8/19 9/21 10/5 15/1 19/10 24/23 28/4 33/21 33/23 34/19 35/1 35/20 37/11 39/9 45/13 47/2 47/20 47/21 47/22 47/23 48/2 48/8 48/19 49/5 51/14 51/21 57/18 57/22 58/13 58/15 60/9 61/2 62/13 66/18 67/18 69/1 69/13 70/4 70/9 71/19 75/2 77/6 77/9 77/10 81/13 82/18 83/21 83/24 84/2 84/6 84/8 84/15 84/17 84/24 85/1 85/2 85/19 85/21 85/21 85/24 86/1 86/4 86/20 86/21 86/22 86/23 86/24 86/25 87/23 88/5 88/5 89/7 89/8 89/9 89/11 89/15 94/4 95/6
therefore [2] 30/7 67/5
these [50] 7/25 9/17 10/15 11/6 20/12 20/16 20/22 35/18 35/24 36/7 40/8 40/17 40/20 40/21 41/21 41/21 44/19 47/22 49/11 49/17 49/18 49/22 50/3 52/8 54/14 54/18 54/19 55/7 55/19 57/5 58/17 59/24 64/12 65/10 71/21 77/16 78/17 78/17 80/10 81/17 83/24 84/11 85/17 85/18 86/4 87/2 87/3 88/13 90/1 91/20
they [178]
they'd [1] 27/1
they'll [3] 14/17 22/2 28/6
they're [35] 2/10 6/3 10/17 18/18 37/18 38/21 39/4 39/5 40/7 41/6 41/9 41/20 42/1 45/18 45/19 49/6 51/9 51/10 52/2 53/8 55/22 62/12 62/20 62/20 62/25 63/5 71/23 72/5 72/6 72/7 72/15 81/20 91/21 91/22 92/10
they've [9] 6/8 40/15 45/9 49/1 51/16 56/15 59/10 59/10 80/16
thing [248] 4/6 5/3 5/24 10/7 25/20 26/15 46/19 48/22 49/16 52/23 56/7 58/23 60/8 60/12 61/20 62/3 64/8 65/13 65/22 65/23 67/20 67/22 68/11 68/22 69/14 69/19 90/1 95/3
thing's [1] 63/17
things [25] 4/22 9/3 14/23 17/22 19/8 23/12 30/21 30/23 33/23 35/3 38/1 40/9 40/21 41/9 41/22 43/23 47/4 47/22 58/12 62/10 73/22 75/2 76/20 79/16 94/24
think [59] 2/9 2/18 2/25 3/3 3/12 4/5 4/14 4/16 4/17 4/18 5/8 7/2 7/19 12/14 14/12 15/11 15/12 18/3 19/17 20/21 24/12 24/14 25/10 25/10 27/14 28/7 28/10 28/15 29/6 29/6 29/9 30/6 30/13 31/6 31/18 37/20 38/4 38/17 43/12 53/20 65/8 67/9 74/10 75/6 77/14 77/19 85/19 86/6 88/5 94/15 94/25 95/24 95/25 96/3 96/10 96/14 96/15 97/16 97/24
third [1] 3/8
third-to-the-last [1] 3/8
this [469]
thorough [1] 31/19
those [34] 4/5 9/15 9/19 10/17 10/23 11/7 17/22 22/11 23/20 30/23 34/3 34/9 34/25 36/2 36/15 37/19 40/16 41/13 42/1 42/2 42/16 42/19 42/21 46/6 47/1 48/20 49/8 49/13 49/15 54/3 55/25 60/2 62/19 71/11
though [4] 38/25 60/12 62/15 81/7
thought [7] 28/18 29/25 35/16 43/14 62/18 62/22 79/9
thousand [1] 56/24
three [5] 7/17 49/5 85/16 87/6 97/17
three-dimensional [1] 87/6
through [21] 2/16 9/7 10/5 10/13 10/14 25/22 25/25 31/5 31/12 43/12 44/15 44/17 45/12 47/1 47/5 68/14 77/11 82/22 84/16 84/25 93/20
throughout [3] 15/8 75/18 93/14
throw [1] 56/9
Thursday [1] 22/17
time [34] 2/3 8/10 13/5 32/11 32/12 33/10 33/24 39/12 41/24 45/12 45/17 46/8 46/16 48/7 48/12 50/4 51/20 54/11 56/16 57/13 64/18 68/5 76/8 76/8 78/24 79/12 79/13 89/10 93/13 93/14 93/20 94/20 94/24 95/5
timeline [1] 38/6
times [1] 78/2
timing [1] 40/14
tip [2] 90/5 90/18
today [9] 22/16 31/5 35/14 38/5 43/2 44/9 58/20 63/24 64/5
together [6] 17/16 62/20 83/7 87/4 96/23 96/25
told [13] 7/9 7/19 10/22 16/21 17/5 22/15 28/5 31/17 45/23 54/7 55/1 61/20 94/18
tomorrow [9] 22/20 31/7 31/7 94/18 94/19 96/12 97/8 97/14 97/25
tonight [2] 81/25 97/24
took [3] 28/19 52/16 89/8
tools [1] 17/20
top [8] 3/18 4/2 9/19 44/11 44/13 87/12 87/25 88/8
total [4] 3/22 10/14 21/6 21/16
touch [2] 34/18 35/3
touched [2] 70/18 82/12
touches [1] 70/5
touching [4] 70/3 70/3 70/5 70/8
track [6] 66/11
tracks [2] 28/25 70/14
trade [2] 38/11 45/2
Trademark [1] 9/6
train [15] 28/15 28/24 28/25 70/11 70/12 70/13 70/14 70/15 70/16 70/18 70/19 70/21 92/8 92/11
trains [1] 92/9
trajectory [1] 93/11
transcribed [2] 2/3
transcript [1] 98/10
transcripts [2] 18/25 32/21
translation [3] 55/23 55/25 56/2
travels [1] 76/7
treaty [4] 82/19 82/20 82/20 82/22
trial [17] 1/20 1/20 3/4 14/12 19/7 19/14 43/5 43/20 44/14 45/12 73/4 73/5 73/5 75/18 75/23 76/2 91/16
tried [1] 54/6
tries [1] 66/15
Troxel [1] 88/24
true [5] 20/3 20/4 24/21 79/11 80/17
trust [1] 73/25
truth [1] 74/6
try [11] 4/17 17/2 17/20 41/22 47/3 55/4 58/24 60/20 74/4 75/3 94/24
trying [8] 19/7 22/3 25/22 30/5 41/21 94/16 96/4 96/6
Tuesday [1] 22/18
turn [1] 33/10
turned [2] 57/9 57/9
turns [3] 47/24 48/1 48/1
tweaked [2] 52/14 52/14
Tweet [1] 17/22
twist [1] 88/7
twisted [1] 69/12
Twitter [1] 17/22
two [72] 3/17 8/19 9/19 11/8 11/11 11/16 11/18 19/21 20/22 25/25 28/4 48/8 48/13 48/15 48/15 48/22 49/4 49/24 50/10 50/13 50/18 51/21 51/23 53/1 53/11 53/19 54/2 55/11 56/9 56/19 56/24 57/5 57/18 57/18 58/2 58/5 61/2 61/6 62/17 62/19 64/12 65/14 69/5 69/6 69/12 73/10 77/11 81/13 84/12 84/13 84/16 85/2 85/4 85/6 85/7 85/15 85/22 86/4 87/17 87/23 88/4 88/11 88/12 88/23 90/4 90/5 90/20 91/2 94/8 94/9 96/2
two-part [26] 11/16 11/18 48/15 49/24

114

**T**

two-part... [22]  53/19 55/11 56/9 56/19 57/18 77/11 81/13 84/12 84/13 84/16 85/4 85/6 85/15 87/17 87/23 88/4 88/11 88/12 90/4 90/5 91/2 94/8
two-piece [8]  49/4 61/2 61/6 65/14 69/5 69/6 69/12 73/10
type [7]  16/1 46/25 52/2 52/9 52/11 55/16 67/13
types [2]  35/18 40/5

**U**

U.S [4]  44/25 46/2 64/1 89/23
U.S. [7]  50/21 50/23 50/25 64/4 64/5 79/2 89/24
U.S. and [2]  64/4 64/5
U.S. application [1]  79/2
U.S. in [1]  89/24
U.S. subsidiary [3]  50/21 50/23 50/25
ugly [1]  60/3
ultimate [1]  37/7
ultimately [4]  49/15 51/7 82/22 84/21
umbrella [1]  16/10
uncomfortable [2]  23/2 23/4
uncontroverted [1]  53/3
under [5]  14/17 27/11 44/18 58/14 67/12
underneath [6]  35/24 56/1 59/18 77/17 77/22 81/21
understand [8]  6/2 18/20 22/7 27/17 34/15 34/24 47/5 75/2
understanding [1]  31/4
understood [1]  62/2
unfortunately [1]  29/10
UNITED [13]  1/1 7/15 7/23 13/3 13/3 46/10 46/11 50/22 71/13 77/25 78/5 81/6 82/23
United States [10]  7/15 7/23 13/3 13/3 46/10 46/11 71/13 77/25 81/6 82/23
universities [2]  41/5 41/5
unknown [1]  45/5
unlikely [1]  17/1
until [12]  16/24 17/23 17/24 18/4 18/5 35/9 74/11 79/5 79/12 79/12 94/2 95/8
up [47]  5/4 10/20 11/20 11/25 12/7 14/14 15/6 16/7 16/10 16/19 19/4 19/5 19/9 19/10 19/11 24/3 24/15 24/17 24/17 32/20 35/21 36/2 36/4 36/7 36/15 36/20 40/25 41/4 43/9 48/2 48/4 51/24 51/24 57/12 59/23 60/13 65/12 66/15 68/1 74/18 75/15 75/24 79/12 79/12 87/7 87/12 92/10
upcoming [1]  22/4
upper [3]  86/23 92/14 92/18
upside [1]  57/9
upward [1]  93/11
us [5]  17/4 33/4 41/24 66/8 71/13
use [26]  6/24 17/19 20/7 25/2 25/3 25/8 34/2 35/5 38/20 39/13 39/18 40/17 55/11 56/13 57/20 58/5 62/15 68/1 71/4 71/20 74/4 74/4 79/9 79/21 93/17 93/24
used [21]  3/13 24/22 29/21 35/15 40/6 40/7 49/1 51/11 52/22 54/10 59/5 62/16 66/4 66/6 67/10 67/25 71/25 79/6 91/19 92/8 93/25
useful [1]  56/11
uses [6]  34/1 39/3 40/9 57/4 58/23 59/2
using [16]  3/14 7/22 13/2 26/3 28/15 37/11 38/4 39/23 50/13 51/16 56/20

usually [4]  22/23 35/20 35/3 78/24

**V**

valid [2]  27/25 28/4
validity [3]  11/3 26/1 92/23
valuable [1]  32/11
value [6]  16/18 34/5 34/6 79/5 79/5 93/14
values [2]  42/15 42/17
various [7]  9/13 20/16 40/5 42/2 44/8 76/20 91/23
Varner [1]  72/22
verbatim [1]  18/19
verdict [1]  16/25
version [1]  2/21
very [68]  9/1 16/4 17/1 17/23 18/24 19/14 20/20 32/10 32/11 32/11 33/18 33/19 33/21 33/23 34/3 34/11 34/11 34/12 34/23 34/23 34/23 35/5 38/23 39/9 41/3 41/7 41/17 42/1 42/13 42/13 45/7 45/10 45/16 45/19 46/25 49/8 49/16 51/9 51/11 53/17 54/15 54/15 56/17 59/21 64/5 64/11 64/11 65/10 65/20 65/20 66/7 66/7 66/25 70/9 70/15 70/17 73/4 73/5 73/5 74/8 74/8 80/24 83/11 92/19 92/23 95/5 95/9 98/5
vice [1]  33/6
video [26]  2/20 5/25 6/1 6/5 6/15 6/18 6/25 7/5 8/19 9/1 10/2 12/15 13/14 39/1 46/4 46/17 56/14 68/13 78/4 78/23 79/25 95/25 96/1 97/19 97/20 97/23
view [4]  5/12 6/25 70/25 86/19
viewed [3]  26/1 26/12 26/13
visit [1]  41/24
visually [1]  77/16
voir [1]  2/2
vote [1]  23/16

**W**

Wait [1]  53/20
waiting [1]  2/10
walk [1]  4/25
walked [1]  91/21
want [48]  5/2 5/3 6/11 8/24 11/11 23/3 23/9 25/12 27/19 29/11 30/20 33/17 35/11 36/7 39/25 40/2 45/10 45/22 50/19 52/5 53/25 56/18 56/21 71/10 71/17 71/18 71/23 71/24 72/9 72/13 72/17 72/17 73/1 73/19 74/18 74/23 75/12 76/25 77/5 81/7 81/16 81/25 82/1 83/19 87/5 89/2 90/1 95/22
wanted [11]  2/8 32/9 32/22 38/18 38/18 50/8 55/16 66/9 71/16 76/10 77/16
wants [2]  72/12 72/12
was [91]  2/2 3/4 4/8 5/3 6/5 6/7 7/5 9/3 9/7 11/6 16/7 21/22 24/14 28/15 30/3 30/3 30/6 31/13 38/14 38/15 38/16 39/10 41/8 43/12 43/23 44/7 44/16 44/22 44/23 44/24 45/5 46/7 48/22 49/24 50/5 50/17 51/6 51/18 51/22 52/9 52/12 52/14 52/15 52/15 52/17 52/20 53/13 54/7 55/1 56/5 56/14 56/25 58/19 59/22 61/13 61/14 61/15 62/14 63/19 63/11 63/22 64/1 64/4 64/18 64/22 64/24 66/9 66/25 67/8 68/5 68/13 69/3 69/5 71/13 77/2 77/25 78/4 79/9 79/10 80/20 82/23 83/3 83/4 89/13 89/14 90/23 90/23 90/25 92/25 93/1 97/3
wasn't [4]  17/18 48/24 56/11 64/1
watch [6]  5/25 17/14 45/14 81/25 82/1

56/21 78/7 79/16 80/3 80/7
87/14
waterage [1]  11/4 4/6
way [24]  8/8 15/21 18/3 24/20 26/12 27/4 27/9 45/1 45/3 47/21 52/20 54/12 55/22 57/2 57/24 66/19 66/21 67/15 68/1 73/23 73/24 84/4 91/18 93/6
ways [4]  12/24 72/9 80/1 96/11
we [210]
we'll [23]  2/20 7/4 22/23 23/4 24/4 28/7 31/7 31/12 31/24 39/6 54/24 55/3 55/3 55/4 59/23 62/23 72/15 77/11 77/12 87/7 90/17 96/3 97/24
we're [47]  2/19 2/20 5/9 5/24 16/4 19/7 21/20 22/16 24/1 30/5 31/6 32/2 35/6 35/16 39/10 39/15 39/17 39/20 39/22 40/24 45/21 45/23 47/1 47/3 47/4 49/3 49/8 49/12 50/16 56/21 57/15 57/19 58/21 60/13 63/6 68/18 71/11 73/18 74/3 86/16 89/19 89/25 90/16 94/18 96/4 96/6 97/8
we've [10]  29/6 35/18 35/22 55/22 57/9 57/9 69/8 69/9 88/12 88/16
wear [1]  41/17
Web [1]  17/10
Wednesday [14]  22/17 22/18 31/8 31/8 94/19 94/21 95/1 95/8 95/13 96/4 96/23 97/6 97/15 98/6
week [5]  4/7 22/18 32/12 33/8 73/20
weight [2]  67/20 82/3
weights [1]  68/2
welcome [2]  18/20 31/15
well [36]  2/6 6/20 7/3 12/12 13/16 16/11 24/18 26/4 26/6 27/14 28/3 28/5 28/13 32/17 42/13 43/17 44/19 50/22 50/23 52/13 52/18 59/15 60/12 62/22 63/16 67/9 67/25 68/22 69/13 70/1 70/13 76/11 76/17 80/24 80/24 97/18
well-respected [1]  42/13
went [5]  43/16 51/6 63/12 64/19 70/19
were [24]  2/5 3/1 3/17 5/8 9/6 16/7 23/14 24/15 24/16 24/17 48/19 51/7 51/9 52/12 53/6 53/12 53/15 53/18 57/13 63/15 64/20 72/7 82/4 93/10
weren't [1]  62/7
wet [1]  16/10
what [156]
what's [28]  2/23 7/4 9/9 13/13 19/15 20/9 28/2 34/17 34/20 34/21 35/23 38/23 43/10 46/18 49/21 52/3 53/13 55/12 59/1 59/5 61/7 63/4 70/13 70/14 73/24 73/25 74/7 74/7
whatever [4]  5/2 34/11 35/10 39/17
whatsoever [1]  79/7
when [44]  9/6 9/17 10/25 11/9 15/6 15/9 15/15 16/14 18/15 18/21 23/12 27/20 27/25 39/5 39/19 41/19 45/4 45/4 45/19 51/18 52/7 54/5 54/12 54/14 54/20 56/15 56/16 58/11 61/10 61/14 62/14 62/21 63/9 63/20 63/20 64/20 69/7 69/24 76/23 85/8 88/10 92/10 93/1 93/19
where [56]  5/8 11/6 20/14 20/17 20/19 24/15 34/6 36/8 47/15 49/3 66/23 68/15 69/13 74/10 77/24 78/4
whether [23]  3/13 8/11 8/13 12/18 13/7 19/24 20/8 28/1 28/2 28/3 37/23 49/15 60/20 65/12 65/13 66/18 68/16 72/15 77/10 82/8 87/23 90/9 91/2
which [22]  8/8 8/21 9/24 15/1 15/7 16/12 26/1 27/8 28/24 29/10 39/20 40/4 40/6

## W

which... [9]  44/8 59/12 64/20 68/7 69/9
70/10 73/1 76/25 86/8
while [4]  5/1 53/7 59/19 65/8
white [2]  36/19 48/3
whiteboard [1]  69/21
who [19]  14/18 14/20 29/18 32/19 33/5
33/11 46/8 53/20 54/18 61/13 61/20
72/22 74/5 74/5 75/23 82/21 88/17 91/5
96/1
who's [7]  15/24 44/3 44/11 45/12 65/10
65/15 76/19
whoever [2]  41/20 41/21
whole [9]  10/6 45/12 49/9 49/12 50/14
51/3 64/25 67/12 95/24
why [21]  6/3 6/4 29/14 31/2 38/21 38/22
39/4 44/1 46/12 50/15 50/15 50/16 61/15
63/19 71/11 73/3 73/6 73/6 73/18 95/13
96/22
will [89]  3/21 6/7 7/16 8/15 9/17 11/2 11/5
12/13 16/22 17/5 18/12 18/21 18/25 21/5
21/9 22/2 22/4 22/9 22/11 22/13 22/22
22/22 22/22 23/11 29/18 29/19 31/25
33/3 33/11 34/2 34/19 37/10 38/3 45/19
46/6 58/4 59/16 59/23 59/24 61/16 61/20
61/25 62/4 62/4 62/9 68/7 68/20 69/18
70/2 72/18 74/9 75/3 75/8 75/19 76/1
76/21 76/22 77/8 77/12 77/22 78/20
79/11 79/12 79/13 80/4 80/6 81/1 81/12
84/9 84/22 84/22 85/3 85/15 88/2 88/13
88/17 92/13 92/18 93/8 93/23 93/25 94/6
94/7 94/10 95/16 95/18 95/25 96/14 98/5
willful [1]  3/9
willfulness [3]  2/17 3/19 4/1
windows [1]  16/8
wire [1]  46/20
within [1]  47/10
without [9]  30/25 38/13 60/9 60/16 65/24
66/11 78/22 80/5 81/22
withstood [1]  93/13
witness [6]  18/8 18/16 18/17 29/18 92/1
94/16
witnesses [15]  11/23 14/17 19/3 29/2
31/6 37/13 37/16 42/2 42/3 43/4 45/11
45/18 63/8 88/15 95/14
wizard [2]  32/20 76/18
won't [7]  4/25 23/7 41/17 45/17 81/3
97/10 97/11
word [6]  11/11 13/16 25/3 25/8 42/20
69/11
words [5]  11/5 15/17 44/17 47/2 55/25
work [10]  41/15 42/17 43/2 44/9 44/10
47/22 54/11 82/13 82/14 94/23
worked [3]  24/11 42/17 46/8
workers [2]  62/18 62/23
workhorses [1]  81/20
working [1]  66/16
works [4]  48/6 60/15 61/10 76/8
world [5]  33/25 50/12 50/17 63/18 65/9
world-class [1]  65/9
worried [1]  58/21
worth [1]  80/5
would [48]  3/25 4/1 6/8 6/14 10/12 11/22
11/25 12/2 13/21 18/7 21/7 21/20 22/6
23/7 24/20 24/21 26/2 26/5 26/7 26/8
26/19 27/5 27/5 27/11 27/24 30/1 30/6
30/22 35/16 43/9 53/11 53/12 62/15
67/21 67/22 68/24 69/15 69/16 70/19

70/20 75/9 76/5 91/13 93/21 95/15 97/5
97/11 98/5
wouldn't [3]  58/7 62/22 82/5
write [3]  18/7 31/21 31/22
writing [2]  11/9 12/10
written [3]  8/20 8/21 55/22
wrong [1]  73/25
wrote [1]  55/25

## Y

Y minus [1]  91/12
Yao [15]  29/12 29/13 29/19 33/5 44/3
44/5 52/8 54/18 55/9 61/13 63/10 64/18
90/13 90/24 91/3
Yao's [2]  55/20 56/7
yeah [4]  3/3 4/12 25/16 85/7
year [1]  44/25
years [11]  42/11 42/11 43/16 44/23 49/2
51/17 63/11 78/25 80/24 93/5 93/9
yellow [3]  54/4 57/7 69/10
yes [16]  3/11 3/19 3/24 4/5 4/5 6/12 6/14
25/14 26/21 30/24 31/9 31/10 74/16
90/17 92/5 95/21
yet [1]  55/3
you [454]
you'd [4]  5/13 28/21 36/14 96/25
you'll [32]  4/17 7/11 11/18 13/18 14/4
17/25 18/1 24/5 31/18 32/17 35/24 36/9
37/24 41/19 44/20 60/6 60/8 61/22 61/24
70/6 70/22 76/2 76/20 88/7 88/8 88/8
88/9 88/19 88/21 88/23 91/15 94/19
you're [62]  4/2 4/2 5/1 6/16 10/18 10/25
11/23 12/17 13/6 14/10 14/15 16/8 18/20
19/11 19/23 36/23 37/13 37/14 37/16
38/4 41/12 41/24 42/1 42/3 42/5 42/16
43/3 43/6 43/8 43/21 44/3 44/11 44/17
45/13 48/20 48/25 49/14 50/14 53/1
53/23 54/19 55/21 55/24 56/10 60/3
60/18 60/19 60/22 60/24 61/11 61/13
67/19 69/16 70/10 71/6 72/3 72/13 74/1
74/2 87/10 95/14 97/20
you've [12]  7/19 9/22 12/12 18/5 19/4
34/14 35/13 58/18 59/12 67/2 71/6 97/7
your [86]  3/3 4/4 4/6 4/15 4/19 5/1 5/15
5/22 6/12 7/3 7/18 8/11 8/24 10/25 13/25
14/8 15/11 15/17 15/20 16/15 16/21
16/25 17/19 17/20 17/25 18/4 18/5 18/8
18/18 23/17 23/18 23/23 23/25 24/12
25/14 26/8 26/18 26/24 27/22 28/10 29/4
29/25 30/10 30/17 30/18 31/1 31/10 32/4
32/11 32/12 33/9 33/24 34/17 35/5 35/7
35/8 35/8 37/11 37/22 58/17 58/18 60/14
60/19 61/11 70/18 71/4 71/4 71/9 73/25
74/1 74/2 74/4 74/4 74/14 74/24 75/3
81/25 83/2 87/7 92/21 94/12 95/2 95/5
95/17 96/15 96/20
Your Honor [21]  3/3 4/6 4/15 23/25 24/12
26/18 26/24 27/22 28/10 29/4 29/25
30/10 30/17 30/18 31/1 32/4 71/9 74/14
94/12 95/17 96/20
yours [1]  14/7
yourself [2]  35/11 86/19
yourselves [1]  20/13

## Z

zero [2]  68/5 68/5
Zhou [24]  1/19 32/23 32/24 32/25 33/2
33/2 42/4 42/4 42/5 42/6 42/22 43/7 43/8
43/9 43/11 43/14 43/18 45/11 45/13

70/20 75/9 76/5 91/13 93/21 95/15 97/5
97/11 98/5
Zhou's [1]  33/2
Zhu [14]  44/11 44/12 54/18 55/9 56/3
57/8 61/20 61/20 62/4 62/4 62/9 63/12
63/16 91/6
Zhu's [3]  54/22 55/20 56/23
Zweizig [3]  1/23 98/9 98/13